**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

LEROY PERNELL, DANA THOMPSON
DORSEY, SHARON AUSTIN, SHELLEY
PARK, JENNIFER SANDOVAL,
RUSSELL ALMOND, MARVIN DUNN,
and JOHANA DAUPHIN,
    *Plaintiffs*,

v.

FLORIDA BOARD OF GOVERNORS OF       Case No. 4:22-cv-304
THE STATE UNIVERSITY SYSTEM,
BRIAN LAMB, ERIC SILAGY,
TIMOTHY M. CERIO, RICHARD
CORCORAN, AUBREY EDGE,
PATRICIA FROST, NIMNA
GABADAGE, EDWARD HADDOCK,
KEN JONES, DARLENE LUCCIO
JORDAN, ALAN LEVINE, CHARLES H.
LYDECKER, CRAIG MATEER,
STEVEN M. SCOTT, WILLIAM SELF,
AND KENT STERMON, in their official
capacities as members of the Florida Board
of Governors of the State University
System, MANNY DIAZ JR., in his official
capacity as the Commissioner of the
Florida State Board of Education,
UNIVERSITY OF FLORIDA BOARD OF
TRUSTEES, UNIVERSITY OF SOUTH
FLORIDA BOARD OF TRUSTEES,
FLORIDA INTERNATIONAL
UNIVERSITY BOARD OF TRUSTEES,
FLORIDA A&M UNIVERSITY BOARD
OF TRUSTEES, FLORIDA STATE
UNIVERSITY BOARD OF TRUSTEES,
and UNIVERSITY OF CENTRAL
FLORIDA BOARD OF TRUSTEES,
    *Defendants*.

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Laura Moraff respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs in the above-captioned matter, and states as follows:

1.      Plaintiffs have retained the law firm of the American Civil Liberties Union Foundation (ACLU) to represent them in this matter.  In addition, Plaintiffs have retained the American Civil Liberties Union Foundation of Florida, Inc., Ballard Spahr LLP, and the NAACP Legal Defense and Educational Fund, Inc. as counsel in this matter.

2.      I am a legal fellow at the American Civil Liberties Union Foundation, located at 125 Broad Street, 18th Floor, New York, NY 10004.

3.      I am licensed to practice law in the State of New York and an active member in good standing of the New York Bar (Registration No. 5929690). *E.g.,* Certificate of Good Standing (New York, July 19, 2022).

4.      I have successfully completed the online Attorney Admission Tutorial. My confirmation number for completion of the online tutorial is FLND16606168006571.

5.      I have successfully reviewed the CM/ECF Attorney User's Guide.

2

6.      I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Laura Moraff respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs.

Dated: August 18, 2022                              Respectfully submitted,

                                                    /s/Laura Moraff
                                                    Laura Moraff
                                                    NY Registration No. 5929690
                                                    AMERICAN CIVIL LIBERTIES
                                                       UNION FOUNDATION
                                                    125 Broad Street, 18th Floor
                                                    New York, NY 10004
                                                    lmoraff@aclu.org

                                                    *Counsel for Plaintiffs*