# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

LEROY PERNELL, DANA THOMPSON
DORSEY, SHARON AUSTIN, SHELLEY
PARK, JENNIFER SANDOVAL, RUSSELL
ALMOND, MARVIN DUNN, and JOHANA
DAUPHIN,
     *Plaintiffs*,

v.

FLORIDA BOARD OF GOVERNORS OF
THE STATE UNIVERSITY SYSTEM,
BRIAN LAMB, ERIC SILAGY, TIMOTHY
M. CERIO, RICHARD CORCORAN,
AUBREY EDGE, PATRICIA FROST,
NIMNA GABADAGE, EDWARD
HADDOCK, KEN JONES, DARLENE
LUCCIO JORDAN, ALAN LEVINE,
CHARLES H. LYDECKER, CRAIG
MATEER, STEVEN M. SCOTT, WILLIAM
SELF, AND KENT STERMON, in their
official capacities as members of the Florida
Board of Governors of the State University
System, MANNY DIAZ JR., in his official
capacity as the Commissioner of the Florida
State Board of Education, UNIVERSITY OF
FLORIDA BOARD OF TRUSTEES,
UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES, FLORIDA
INTERNATIONAL UNIVERSITY BOARD
OF TRUSTEES, FLORIDA A&M
UNIVERSITY BOARD OF TRUSTEES,
FLORIDA STATE UNIVERSITY BOARD
OF TRUSTEES, and UNIVERSITY OF
CENTRAL FLORIDA BOARD OF
TRUSTEES,
     *Defendants*.

Case No.: 4:22-cv-304

## <u>MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*</u>

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Leah Watson respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs in the above-captioned matter, and states as follows:

1.     Plaintiffs have retained the law firm of the American Civil Liberties Union Foundation ("ACLU") to represent them in this matter.  In addition, Plaintiffs have retained the American Civil Liberties Union Foundation of Florida, Inc., Ballard Spahr LLP, and the NAACP Legal Defense and Educational Fund, Inc. as counsel in this matter.

2.     I am a staff attorney at the ACLU, located at 125 Broad Street, 18th Floor, New York, NY 10004.

3.     I am an active member in good standing of the District of Columbia Bar (Registration No. 1010886), as indicated by the attached certificate.

4.     I have successfully completed the Attorney Admission Tutorial. My confirmation number is FLND16609296996602.

5.     I have successfully reviewed the CM/ECF Attorney User's Guide.

6.     I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Leah Watson respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs.

Dated: August 19, 2022         Respectfully submitted,

/s/ Leah Watson
Leah Watson
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7855
lwatson@aclu.org

*Counsel for Plaintiffs*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Leah Watson

was duly qualified and admitted on April 1, 2013 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August 12, 2022.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*