**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**LEROY PERNELL,**
**et al.,**

    *Plaintiffs*,

v.                                  Case No. **4:22cv304-MW/MAF**

**FLORIDA BOARD OF GOVERNORS**
**OF THE STATE UNIVERSITY**
**SYSTEM, et al.,**

    *Defendants*.
_____/

## ORDER ADMITTING LEAH WATSON *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Leah Watson *pro hac vice.* ECF No. 6. The motion is **GRANTED**. Ms. Watson has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED** on August 22, 2022.

                                                     s/Mark E. Walker_____
                                                     **Chief United States District Judge**