# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, DANA THOMPSON DORSEY, SHARON AUSTIN, SHELLEY PARK, JENNIFER SANDOVAL, RUSSELL ALMOND, MARVIN DUNN, and JOHANA DAUPHIN,<br>    *Plaintiffs*,<br><br>v.<br><br>FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, BRIAN LAMB, ERIC SILAGY, TIMOTHY M. CERIO, RICHARD CORCORAN, AUBREY EDGE, PATRICIA FROST, NIMNA GABADAGE, EDWARD HADDOCK, KEN JONES, DARLENE LUCCIO JORDAN, ALAN LEVINE, CHARLES H. LYDECKER, CRAIG MATEER, STEVEN M. SCOTT, WILLIAM SELF, AND KENT STERMON, in their official capacities as members of the Florida Board of Governors of the State University System, MANNY DIAZ JR., in his official capacity as the Commissioner of the Florida State Board of Education, UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, FLORIDA A&M UNIVERSITY BOARD OF TRUSTEES, FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES, and UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES,<br>    *Defendants*. | Case No.: 4:22-cv-304 |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Sarah Hinger respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs in the above-captioned matter, and states as follows:

1. Plaintiffs have retained the law firm of the American Civil Liberties Union Foundation ("ACLU") to represent them in this matter. In addition, Plaintiffs have retained the American Civil Liberties Union Foundation of Florida, Inc., Ballard Spahr LLP, and the NAACP Legal Defense and Educational Fund, Inc. as counsel in this matter.

2. I am a staff attorney at the ACLU, located at 125 Broad Street, 18th Floor, New York, NY 10004.

3. I am a member in good standing of the New York Bar (Registration No. 4823878), as indicated by the attached certificate.

4. I have successfully completed the Attorney Admission Tutorial. My confirmation number is FLND16611857276613.

5. I have successfully reviewed the CM/ECF Attorney User's Guide.

6. I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Sarah Hinger respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs.

Dated: August 23, 2022        Respectfully submitted,

/s/ Sarah Hinger
Sarah Hinger
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7882
shinger@aclu.org

*Counsel for Plaintiffs*



Appellate Division of the Supreme Court
of the State of New York
Second Judicial Department

———

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Sarah Ann Hinger

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 23, 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on August 12, 2022.*

Maria T. Fasulo

Clerk of the Court

CertID-00079127