# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LEROY PERNELL,**
**et al.,**

    *Plaintiffs*,

v.                                         Case No.: 4:22cv304-MW/MAF

**FLORIDA BOARD OF GOVERNORS**
**OF THE STATE UNIVERSITY**
**SYSTEM, et al.,**

    *Defendants*.
_____/

## ORDER ADMITTING SARAH HINGER *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Sarah Hinger *pro hac vice*. ECF No. 8. The motion is **GRANTED**. Ms. Hinger has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED** on August 23, 2022.

                                          s/Mark E. Walker_____
                                          **Chief United States District Judge**