# Exhibit 8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

LEROY PERNELL, et al.,
  *Plaintiffs*,

v.

FLORIDA BOARD OF GOVERNORS OF
THE STATE UNIVERSITY SYSTEM, et al.,
*Defendants*.

Case No.: 4:22-cv-304

## DECLARATION OF JOHANA DAUPHIN IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

I, Johana Dauphin, hereby declare and state as follows:

**A. Background**

1. My name is Johana Dauphin. I am 20 years of age.

2. I have personal knowledge of the following facts and if called to testify could and would competently do so.

3. I am from Orlando, Florida and I am currently enrolled as a senior at Florida State University in Tallahassee. I am majoring in International Affairs with a concentration in Urban and Regional Planning.

5. I work with multiple groups on campus to advocate for social and racial justice.

6. I currently serve as the Political Action Chair for FSU's chapter of the NAACP. In this role I work on voter education and registration issues. My goal is to organize a campaign to get as many FSU students as possible to vote.

7. In January of 2022, I became an Organizing Fellow for the People Power for Florida. In this role, I work to fight against voter suppression and educate individuals on voter rights and how to engage in their civic duties.

8. I am a member of the pre-law fraternity Phi Alpha Delta Law Fraternity, and the Events Chair for the Black Female Future Attorneys pre-professional organization. I joined these groups to network with people on the same career path as I am, and to learn more about the legal field and applying to law school. I also hope to use my positions in these organizations to establish mentorship programs with local high school students to help them prepare for college and eventual careers in law and politics.

9. In summer of 2022, I was a Factotum with the Cornell Branch of the Telluride Association Summer Seminar, which works to facilitate college readiness. I worked with seminar professors to prepare and teach Critical Black Studies and Anti-Oppressive Studies workshops for high school

juniors from across the country. I believe that Critical Black studies and Anti-Oppressive Studies help students contextualize their own experiences, and provide them with tools to better understand why racial disparities exist. For example, when students do not know the depths of Black disenfranchisement over the course of history, they may assume that there is a wealth disparity because of some type of cultural deficiency. I believe it is important that we teach students accurate history so that they do not fill in gaps in their knowledge with untrue assumptions.

10. In Spring of 2022 I interned for Representative Anna V. Eskamani at the Florida House of Representatives. I was interested in working at the Capitol because I wanted to learn more about the legislative process and how politicians can influence people's lives. During my internship, I researched and wrote about bills being considered, and kept in touch with constituents.

## B. My Experience With House Bill 7 (H.B. 7)

11. I first read the text of H.B. 7 during my internship at the Florida House of Representatives. When I saw that the bill prohibited any instruction that would promote eight concepts, including concepts related to unconscious bias and privilege, it was clear to me that H.B. 7 was an attempt to prevent

certain students from feeling uncomfortable, at the expense of ignoring

experiences and perspectives of people like me.

12. I felt compelled to testify against H.B. 7 because I wanted lawmakers to

know that H.B. 7 would only make existing issues of racism in schools

worse. So, on February 8, 2022, I testified before members of the Florida

House of Representatives in opposition to H.B. 7.[1] In my testimony, I

emphasized the discomfort I have felt as a Black woman in Florida's public

education system, listening to classmates say that Black people are inferior

and are responsible for the effects of institutionalized racism. But I strongly

believe that free, uncensored discussion about race in public education can

help individuals unlearn prejudice and racist behaviors.

13. For example, I took a speech and debate course in high school where

students were permitted to openly discuss systemic racism and how it

manifests itself in modern society. There was a student who was unequipped

to understand how racism operates in society and made several racially

ignorant comments, but over time, honest discussions about race in the

course educated him, and he learned other viewpoints outside of what he had

---

[1] *2/8/22 House Education and Employment Committee* at 01:58:26— 1:59:30, The Florida Channel (Feb. 8, 2022), https://thefloridachannel.org/videos/2-8-22-house-education-employment-committee/.

been exposed to previously. H.B. 7 deprives students of those types of experiences in Florida schools.

14. When I found out that there would be testimony before the Senate too, I decided to testify again, because I wanted to provide more detail on the reasons why I oppose H.B. 7.  On March 1, 2022, I testified before members of the Florida Senate in opposition to HB 7.[2] In my Senate testimony, I emphasized that H.B. 7 bans precisely the type of education that is needed to address existing racial disparities.

15. When I hear racist remarks in school, I don't automatically assume the people saying them are bad people, or should be blamed for every racist event in history. But I do think that they need to be educated on the history and perspectives of Black people so that they understand where their prejudice may come from, and work to eradicate it. H.B. 7 prevents the type of education helps students understand and confront racism.

16. On April 22, 2022, Governor Ron DeSantis signed H.B. 7 into law. The law sends the message to students and faculty that we should watch what we say when it comes to discussing race and sex in class. I fear my professors will be too afraid to teach comprehensive and accurate lessons on topics that

---

[2] *3/1/22 Senate Committee on Rules* at 5:27:22—5:29:25, The Florida Channel (Mar. 1, 2022), https://thefloridachannel.org/videos/3-1-22-senate-committee-on-rules/.

have been central to my undergraduate education, like unconscious bias and white privilege.

17. For example, disparities in healthcare were a crucial component to the curriculum in my Race and Biology class. We read studies that showed that, for example, Black and Latina women are stereotyped as having histrionic personalities, so doctors are less likely to take their pain seriously. And we read research showing that maternal mortality rates for Black women are significantly higher than mortality rates for white women who are otherwise similarly situated. We cannot understand these disparities without understanding systemic racism and unconscious bias. If professors feel they cannot advance the concept that some doctors might unconsciously assume that Black women exaggerate pain, then they cannot fully educate students on all the nuances of our healthcare system.

18. For the Fall semester, I am enrolled in a class called Race & Minority Relations. The course covers historical and contemporary race relations in the United States from a sociological perspective. It focuses on how racial and ethnic groups interact with and are affected by social institutions like the mass media, the political economy, the education system, the environment, and the criminal and civil justice system. I wanted to take this course

because I am always looking for more ways to learn about racial justice and take classes that include perspectives of people of color.

19. But because of H.B. 7, I'm worried I will not get the version of this course that students who took it pre-H.B. 7 got, because the instructor cannot advance certain concepts that seem central to this course. For example, one of the "course objectives" listed in the syllabus is: "Identify the ways race/ethnicity is imbedded within the structure of society, and how it materially and symbolically benefits some, while disadvantaging others." How can we fully explore these issues when H.B. 7 bans instruction that advances the concept that a person's status as privileged or oppressed is determined by race? If the professor tries to teach this course without advancing that concept, we will be deprived of relevant information about how race affects people's perceived or actual status in various contexts.

20. I am also enrolled in Religion, Race and Ethnicity for the Fall semester. This course examines the intersection of race and religion, and religious beliefs in a cross-cultural context. I chose to take this course because I am interested in interrogating my own thoughts about religion and my religious upbringing. For example, I have always wondered why I was brought up singing Hymnals in Haitian Creole during the week, but only in French on the Sabbath, as if Creole Hymnals are not respectable enough for the

Sabbath. I am interested in exploring these types of traditions and how they intersect with race and ethnicity.

21. But because of H.B. 7, I fear my professor will not be able to provide all of the information they have in past versions of the course, and might water down the views they express about race. For example, if the professor is worried about facing liability for sharing certain views on colorblindness and unconscious bias, they might be less willing to talk about how religious practices can be discriminatory, or experienced differently depending on a person's race or ethnicity.

22. I plan to enroll in additional courses on race throughout the duration of my studies at Florida State University, because they help me contextualize my own experiences, and I always want to learn from perspectives that have historically been underrepresented. H.B. 7's restrictions will limit my ability to learn about race-related issues in class, and learn to think critically about those issues through honest, uncensored instruction.

23. Because H.B. 7 prohibits the banned concepts from being promoted through any instruction, I can no longer express certain views when I am acting as an "instructor" without violating the law. For example, in a class discussion on race and religion during my first semester at FSU, the topic of responding to being called out for racist comments came up. In my experience, many

people's reaction to being told they said something racist is to work to show that they are a good person. In class, I expressed my opinion that it is unhelpful for people to work on demonstrating that they good person instead of working on unlearning the unconscious prejudices that led them to saying the racist remark.  I instructed other students that, in my view, saying that a remark was racist is different than saying a speaker is racist, and it is an indication that there were unconscious prejudices or knowledge gaps at play. That discussion was productive and engaging, but I think it would be illegal under H.B. 7, because it could be seen as subjecting students to instruction that they bear responsibility for and should feel distress about historical racism that led to our generation having unconscious biases.

24. Limitations on the information I can receive and discuss in my college classes affect my future career in addition to my education. My university education should prepare me to apply to law school and embark on a career as a lawyer, but if my professors have to sugar-coat conversations about race, and my professors are scared to engage in honest discussions about race and its relation to the legal system, I will be denied instruction that would have helped me become an effective lawyer.

25. By limiting the information that instructors can teach, H.B. 7 also limits my representation in the curriculum. H.B. 7 will make instructors reluctant to

share certain controversial race-related views when they could avoid doing so, even if doing so would help students develop a fuller understanding of the subject matter at hand and the variety of viewpoints that exist. H.B. 7 empowers instructors to ignore race-related issues in class, or even promote the "virtue" of "colorblindness," which, under H.B. 7, cannot be advanced as racist or as a theory created for oppressive purposes. As I learned in Florida public schools throughout my life, pretending that our society is "color blind" means ignoring Black perspectives.

26. H.B. 7 also minimizes my lived experiences. Proponents of H.B. 7 expressed concerns about *conversations about race* making students uncomfortable, but they were not concerned about *actual racism* making students uncomfortable. The discomfort that I have felt from hearing racist comments from classmates, and sitting through lessons that ignore racism didn't matter at all to these legislators. Instead, they chose to outlaw instruction that they disagree with that might make people who look like them uncomfortable.

**D. Exhibits**

25.    Race and Minority Relations in the U.S. Syllabus

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on  August 19th_____, 2022.

_____

Johana Dauphin

# Exhibit A

1

# Race & Minority Relations
## The Sociology of Race & Ethnicity
### SYD 4700
### Spring 2021
### Florida State University

## Instructor Information

Instructor: Derek Leach, M.S. (he/him/they)
Office Hours: Zoom Office Hours: Fridays 10:00am – 11:00am and by appointment.
Email: dleach@fsu.edu or dl15j@my.fsu.edu

## Course Description

The purpose of this course is to provide an introduction to the social construction of race and its real-world consequences in the United States and abroad. The course will focus on how racial and ethnic groups interact with and are affected by social institutions including the mass media, the political economy, the education system, the environment, the institution of medicine, the criminal and civil justice system, and religion. The course material will introduce students to an intersectional critical perspective on privilege, power, representation, recognition, and inequality and how this impacts experiences and understandings of immigration, criminality, sexual politics, environmental pollution, educational achievement, fair housing, health care, and warfare. The class is responsible for answering the following questions:

1. How do institutions of power construct marginalized populations along the lines of race?
2. How does this process produce and reproduce new and existing inequalities?
3. How does it impact the way people interact with – or resist and respond to – institutions of power and other people?

## Course Objectives

By the conclusion of the course, students will be able to:

1. Think critically about how race/ethnicity shapes their social lives at the individual, group, and institutional levels.
2. Identify the ways race/ethnicity is imbedded within the structure of society, and how it materially and symbolically benefits some, while disadvantaging others.
3. Identify and critically engage with key concepts related to race and ethnicity.
4. Read and critically engage with scholarly research and theory on race and ethnicity.
5. Display effective communication skills in both speech and writing.
6. Use the sociological imagination in pragmatic ways to benefit the world around them.

## Required Text



Golash-Boza, Tanya Maria. 2019. *Race and Racisms: A Critical Approach*. Brief Second Edition. New York: Oxford University Press. ISBN: 978-0-19-088943-2

## Student Responsibilities

### First Day Attendance/Syllabus Agreement

Students will be required to complete a syllabus agreement designed for first day attendance which is mandatory for those wanting to maintain enrollment in the course. The syllabus agreement will be worth 5 points and will open on January 6 at 8am and close that same evening at 11:59pm.  Those who do not complete the syllabus agreement will be dropped from the course.

### Written Quizzes

Students will have to complete seven written quizzes throughout the course. The written quizzes are open book and will consist of a question that the instructor will ask at the beginning of each week. The answer to the question must be at least 500 words and include references to the course material. Each written quiz will be worth 20 points each. For each week a written quiz is due, it will open up that Monday at 8:00am. It must be submitted via Turnitin by that following Wednesday at 11:59pm.

### Discussion Boards

Students will have to complete four discussion boards throughout the course. Each student will be required to write a response to a documentary film and replies to two of their peers. The response to the film must be at least 300 words and include references to the course material. The replies must be 150 words each. The word count must be included at the end of both the response and the replies. The response will be worth 10 points, the two replies will be worth 3.5 points each, and the word count will be worth 3 points, for a total of 20 points.  For each week a discussion board is due, it will open up that Monday at 8:00am, and close the following Wednesday at 11:59pm.

Discussion Board 1 is due Wednesday, January 27 at 11:59pm.
Discussion Board 2 is due Wednesday, February 17 at 11:59pm.

Discussion Board 3 is due Wednesday, March 10 at 11:59pm.
Discussion Board 4 is due Wednesday, March 24 at 11:59pm.

### Midterm Essay Exam

Students will be required to take one midterm essay exam, which consists of four clusters of questions. It is open book and will require the students to draw on course material (i.e. the textbook, scholarly articles, and film) to answer the questions.  Each question will be worth 20 points, for a total of 80 points.  Students will have a total of 7 days to answer the questions and complete the exam.  The essay exam will open on Monday, February 8 at 8:00am and will need to be submitted via Turnitin, no later than Sunday, February 14, at 11:59pm.

### Final Zine Project

A zine is a "self-published, small circulation, non-commercial booklet or brochure" (Underground Press-Zine 101). For the final assignment, students must compile a zine in which they will apply theory to a topic of choice within a social institution (Week 7 – Week 14). The topic can be a social problem, a current or historical event, something pertaining to media or a form of media, or a personal experience. Students must submit a paragraph description of their topic no later than Thursday, January 21 at 11:59pm for 50 points. You will be expected to submit a hard copy of your finalized zine via Turnitin on Wednesday, April 14 at 11:59pm for 150 points.

### Grading Scales

| Assignment | Points |
|---|---|
| Final Zine | 150 |
| Written Quizzes | 140 |
| Midterm Essay Exam | 80 |
| Discussion Boards | 80 |
| Zine Declaration of Topic | 50 |
| First-Day Attendance | 5 |
| Total: | 505 |

To convert your final score to a letter grade, divide your final score by 505, multiply it by 100 to get a percentage, and then use the following scale:

| | | | | |
|---|---|---|---|---|
| A  93-100 | A- 90-92.99 | B+ 87-89.99 | B  83-86.99 | B- 80-82.99 |
| C+ 77-79.99 | C  73-76.99 | C- 70-72.99 | D+ 67-69.99 | |
| D  63-66.99 | D- 60-62.99 | F  below 60 | | |

### Late Assignment Policy

Missed quizzes and essays will be excused with a valid reason.  Valid reasons include documented illnesses, deaths in the immediate family and other documented crises, call to active military duty (I will extend this to spouses of service members) or jury duty, religious holidays,

4

official University activities, reasons having to do with work and employment, and legal troubles.  Accommodations for these excused absences will be made in a way that does not penalize students who have a valid reason.  Consideration will also be given to students whose dependent children experience serious illness.

## Academic Honor Policy

The Florida State University Academic Honor Policy outlines the University's expectations for the integrity of students' academic work, the procedures for resolving alleged violations of those expectations, and the rights and responsibilities of students and faculty members throughout the process. Students are responsible for reading the Academic Honor Policy and for living up to their pledge to ". . . be honest and truthful and . . . [to] strive for personal and institutional integrity at Florida State University." (Florida State University Academic Honor Policy, found at http://fda.fsu.edu/Academics/Academic-Honor-Policy.)

## Academic Success

Your academic success is a top priority for Florida State University.  University resources to help you succeed include tutoring centers, computer labs, counseling and health services, and services for designated groups, such as veterans and students with disabilities. The following information is not exhaustive, so please check with your advisor or the Dean of Students office to learn more.

### Americans with Disabilities Act

Students with disabilities needing academic accommodation should: (1) register with and provide documentation to the Office of Accessibility Services; and (2) request a letter from the Office of Accessibility Services to be sent to the instructor indicating the need for accommodation and what type; and (3) meet (in person, via phone, email, skype, zoom, etc...) with each instructor to whom a letter of accommodation was sent to review approved accommodations. This syllabus and other class materials are available in alternative format upon request. For the latest version of this statement and more information about services available to FSU students with disabilities, contact the:

Office of Accessibility Services
874 Traditions Way
108 Student Services Building
Florida State University Tallahassee, FL 32306-4167
(850) 644-9566 (voice)
(850) 644-8504 (TDD)
oas@fsu.edu
https://dsst.fsu.edu/oas

**Confidential campus resources**
Various centers and programs are available to assist students with navigating stressors that might impact academic success.  These include the following:

| Victim Advocate Program University Center A, Room 4100, (850) 644-7161, Available 24/7/365, Office Hours: M-F 8-5 https://dsst.fsu.edu/vap | University Counseling Center, Askew Student Life Center, 2ndFloor, 942 Learning Way (850) 644-8255 https://counseling.fsu.edu/ | University Health Services Health and Wellness Center, (850) 644-6230 https://uhs.fsu.edu/ |
|---|---|---|

**Free Tutoring at Florida State University**
On-campus tutoring and writing assistance is available for many courses at Florida State University. For more information, visit the Academic Center for Excellence (ACE) Tutoring Services' comprehensive list of on-campus tutoring options - see http://ace.fsu.edu/tutoring or contact tutor@fsu.edu. High-quality tutoring is available by appointment and on a walk-in basis. These services are offered by tutors trained to encourage the highest level of individual academic success while upholding personal academic integrity.

**Title IX**
Since FSU receives federal funds for educational activities, this institution is required by the 1972 Title IX Education Amendments to ensure that all educational programs are free from discriminatory behavior on the basis of sex.  Sexual discrimination includes any form of sexual misconduct including:
1.  Sexual violence
2.  Stalking
3.  Intimate Partner Violence (IPV)
4.  Animosity or stereotyping based on gender.
If there are any other questions about Title IX, or on how to file a complaint, feel free to visit FSU's Title IX website at https://knowmore.fsu.edu/title-ix/title-ix-signed-statement/.  You could also call:

Tricia Buchholz
Title IX Director
(850) 645-2741
tbuchholz@fsu.edu

For additional information with regards to the confidential, on-campus, Victim Advocate Program, please visit the website at https://dos.fsu.edu/yap/.

**Syllabus Change Policy**

Except for changes that substantially affect implementation of the evaluation (grading) statement, this syllabus is a guide for the course and is subject to change with advance notice.

## Course Schedule

| Date | Topic | Reading | Assignments |
|---|---|---|---|
| **Week 1 (January 6 – January 8)** | Course Introduction and Syllabus Review: Critical Theory, and Social Justice | "The Combahee River Collective Statement" | Syllabus Agreement due Wednesday, January 6 at 11:59pm. |
| **Week 2 (January 11 – January 15)** | What is Race: Racial Formation as a Historical Process | Golash-Boza, Tanya Maria. 2019. "The Origin of the Idea of Race." Pp. 1–31 in *Race and Racisms: A Critical Approach.* Brief Second Edition. New York: Oxford University Press. | Written Quiz 1 due Wednesday, January 13 at 11:59pm |
| **Week 3 (January 18 – January 22)** | Theories of Race | Golash-Boza, Tanya Maria. 2019. "Racial Ideologies and Sociological Theories of Racism." Pp. 32–63 in *Race and Racisms: A Critical Approach.* Brief Second Edition. New York: Oxford University Press.<br><br>Dubois, W.E.B. [1903]. "Of Our Spiritual Strivings." Pp. 7–14 in *The Souls of Black Folk*. Oxford World Classics Edition, 2007. New York: Oxford University Press. | Written Quiz 2 due Wednesday, January 20, at 11:59pm.<br><br>Paragraph description declaring the topic for the zine is due Thursday, January 21, at 11:59pm. |
| **Week 4 (January 25 – January 29)** | Policing the Margins: Imperialism and Immigration | Golash-Boza, Tanya Maria. 2019. "Racism and Nativism in Immigration Policy." Pp. 64–102 in *Race and Racisms: A Critical Approach.* Brief Second Edition. New York: Oxford University Press.<br><br>Agustín, Laura María. 2007. "The Rise of the Social – and of 'Prostitution'." Pp. 96–133 in | Discussion Board 1 due Wednesday, January 27 at 11:59pm |

| | | *Sex at the Margins: Migration, Labour Markets and the Rescue Industry*. Zed Books First Edition. New York: Zed Books. | |
|---|---|---|---|
| **Week 5 (February 1 – February 5)** | Colorism and the Latin-Americanization of Race | Golash-Boza, Tanya Maria. 2019. "Colorism and Skin-Color Stratification." Pp. 130–154 in *Race and Racisms: A Critical Approach*. Brief Second Edition. New York: Oxford University Press.<br><br>Bonilla-Silva, Eduardo. 2002. "We are all Americans!: the Latin Americanization of racial stratification in the USA." *Race & Society* 5: 3–16. | Written Quiz 3 due Wednesday, February 3 at 11:59pm. |
| **Week 6 (February 8 – February 12)** *Midterms will be due this week.** | | | The Midterm Essay Exam will open Monday, February 8, at 8:00am and must be submitted via Turn-It-In no later than Sunday, February 14 at 11:59pm. |
| **Week 7 (February 15 – February 19)** | Social Institutions and Race: Controlling Images within the U.S. Media | Golash-Boza, Tanya Maria. 2019. "Racism in the Media: The Spread of Ideology." Pp. 103–129 in *Race and Racisms: A Critical Approach*. Brief Second Edition. New York: Oxford University Press.<br><br>Collins, Patricia Hill. 2002. "Mammies, Matriarchs, and Other Controlling Images." Pp. 69–96 in *Black Feminist Thought: Knowledge, Consciousness, and the Politics of Empowerment*. Second Edition. New York: Routledge. | Discussion Board 2 due Wednesday, February 17 at 11:59pm. |

| | | *********Optional*********<br>Shaheen, Jack G. 2003. "Reel Bad Arabs: How Hollywood Vilifies a People." *The Annals of the American Academy of Political and Social Science* 588(Islam: Enduring Myths and Changing Realities): 171–193.<br>************************* | |
|---|---|---|---|
| **Week 8 (February 22 – February 26)** | Social Institutions and Race: Economic Inequality: The Labor Market and Redlining | Golash-Boza, Tanya Maria. 2019. "Income and Labor Market Inequality." Pp. 182–210 in *Race and Racisms: A Critical Approach.* Brief Second Edition. New York: Oxford University Press.<br><br>Wingfield, Adia Harvey. 2010. "Are Some Emotions Marked "Whites Only"? Racialized Feeling Rules in Professional Workplaces." *Social Problems* 57(2): 251–268.<br><br>*********Optional*********<br>Desmond, Matthew. 2012. "Eviction and the Reproduction of Urban Poverty." *American Journal of Sociology* 118(1): 88–133.<br>************************* | Written Quiz 4 due Wednesday, February 24 at 11:59pm. |
| **Week 9 (March 1 – March 5)** | Social Institutions and Race: Educational Inequality and Segregation | Golash-Boza, Tanya Maria. 2019. "Educational Inequality." Pp. 155–181 in *Race and Racisms: A Critical Approach.* Brief Second Edition. New York: Oxford University Press.<br><br>Wilkins, Amy. 2012. "'Not Out to Start a Revolution': Race, Gender, and Emotional Restraint among Black University Men." *Journal of Contemporary Ethnography* 41(1): 34–65. | Written Quiz 5 due Wednesday, March 3 at 11:59pm. |

| | | *********Optional*********<br>Holland, Megan M. "Only Here for the Day: The Social Integration of Minority Students at a Majority White High School." *Sociology of Education* 85(2): 101–120.<br>************************** | |
|---|---|---|---|
| **Week 10 (March 8 – March 12)** | Social Institutions and Race: Sexual Politics and the Family | hooks, bell. 1990. "Reflections on Race and Sex." Pp. 57–64 in *Yearning: race, gender, and cultural politics.* Massachusetts: South End Press.<br><br>Collins, Patricia Hill. 2005. "The Past is Ever Present: Recognizing the New Racism." Pp. 53 – 85 in *Black Sexual Politics: African Americans, Gender, and the New Racism.* New York: Routledge. | Discussion Board 3 is Due Wednesday, March 10 at 11:59pm |
| **Week 11 (March 15 – March 19)** | Social Institutions and Race: Environmental Racism and the Institution of Medicine | Golash-Boza, Tanya Maria. 2019. "Health Inequalities, Environmental Racism, and Environmental Justice." Pp. 267–296 in *Race and Racisms: A Critical Approach.* Brief Second Edition. New York: Oxford University Press.<br><br>Feagin, Joe and Zinobia Bennefield. 2014. "Systemic racism and U.S. health care." *Social Science & Medicine* 103: 7–14.<br><br>*********Optional*********<br>Bullard, Robert D. 1993. "Chapter 1: Anatomy of Environmental Racism and the Environmental Justice Movement." Pp. 15–39 in *Confronting Environmental Racism: Voices from the Grassroots*, edited by R. | Written Quiz 6 is due Wednesday, March 17 at 11:59pm. |

| | | Bullard. Massachusetts: South End Press.<br>*************************** | |
|---|---|---|---|
| **Week 12 (March 22 – March 26)** | Social Institutions and Race: The Criminal Justice System and the New Jim Crow | Golash-Boza, Tanya Maria. 2019. "Racism and the Criminal Justice System." Pp. 235–266 in *Race and Racisms: A Critical Approach.* Brief Second Edition. New York: Oxford University Press.<br><br>Alexander, Michelle. 2010. "The New Jim Crow." Pp. 173–208 in *The New Jim Crow: Mass Incarceration in the Age of Colorblindness.* New York: The New Press.<br><br>*********Optional*********<br>Pettit, Becky, and Bruce Western. 2004. "Mass Imprisonment and the Life Course: Race and Class Inequality in U.S. Incarceration." *American Sociological Review* 69: 151–169.<br>*************************** | Discussion Board 4 is due Wednesday, March 24 at 11:59pm. |
| **Week 13 (March 29 – April 2)** | Social Institutions and Race: Racialization of Religion and the War on Terror | Selod, Saher. 2019. "Gendered racialization: Muslim American men and women's encounters with racialized surveillance." *Ethnic and Racial Studies* 42(4): 552–569.<br><br>Kurzman, Charles, Ahsan Kamal, and Hajar Yazdiha. 2017. "Ideology and Threat Assessment: Law Enforcement Evaluation of Muslim and Right-Wing Extremism." *Socius* 3: 1–13. | Written Quiz 7 is due Wednesday, March 31 at 11:59 pm. |
| **Week 14 (April 5 – April 9)** | | | Nothing scheduled for this week. |

| **Finals Week (April 12 – April 16)** | | | Final Zine Project due Wednesday, April 14 at 11:59pm. |
|---|---|---|---|