# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LEROY PERNELL,**
**et al.,**

    *Plaintiffs*,

v.                                              Case No.: 4:22cv304-MW/MAF

**FLORIDA BOARD OF GOVERNORS**
**OF THE STATE UNIVERSITY**
**SYSTEM, et al.,**

    *Defendants*.
_____/

## ORDER SETTING CONFERENCE SCHEDULE

Pending before this Court are Plaintiffs' Complaint, ECF No. 1, and Motion for Preliminary Injunction, ECF No. 12. Accordingly, in order to promote the orderly and prompt resolution of this matter,

**IT IS ORDERED:**

1.  Plaintiffs shall serve Defendants with a copy of this Order, their Complaint, and their Motion for Preliminary Injunction before the close of business, 5:00 p.m. (ET) on Tuesday, August 30, 2022, so the parties can confer prior to the scheduling conference.

2.  The attorneys for both parties must confer prior to the scheduling conference in a good faith effort to reach agreement on the scheduling of a hearing

on the request for preliminary injunction and on other procedural and substantive issues relating to the motion, including briefing deadlines for the parties' responses and replies, if any, the need for live testimony, and the admissibility of declarations.

2. The Clerk shall set this matter for a telephonic scheduling conference on Friday, September 2, at 2:00 p.m. (ET).

**SO ORDERED on August 25, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**