# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, DANA THOMPSON DORSEY, SHARON AUSTIN, SHELLEY PARK, JENNIFER SANDOVAL, RUSSELL ALMOND, MARVIN DUNN, and JOHANA DAUPHIN,<br>　　*Plaintiffs*,<br>v.<br><br>FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, BRIAN LAMB, ERIC SILAGY, TIMOTHY M. CERIO, RICHARD CORCORAN, AUBREY EDGE, PATRICIA FROST, NIMNA GABADAGE, EDWARD HADDOCK, KEN JONES, DARLENE LUCCIO JORDAN, ALAN LEVINE, CHARLES H. LYDECKER, CRAIG MATEER, STEVEN M. SCOTT, WILLIAM SELF, AND KENT STERMON, in their official capacities as members of the Florida Board of Governors of the State University System, MANNY DIAZ JR., in his official capacity as the Commissioner of the Florida State Board of Education, UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, FLORIDA A&M UNIVERSITY BOARD OF TRUSTEES, FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES, and UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES,<br>　　*Defendants*. | Case No. 4:22-cv-304 |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs, Leroy Pernell, Dana Thompson Dorsey, Sharon Austin, Shelley Park, Jennifer Sandoval, Russell Almond, Marvin Dunn, and Johana Dauphin through the undersigned counsel, respectfully move for the admission *pro hac vice* of Morenike Fajana, a licensed member of the New York Bar. Ms. Fajana has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1. Morenike Fajana resides in New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

2. Ms. Fajana is licensed to practice law in New York and is a member in good standing of the New York Bar, as verified by the Attorney Admissions Clerk. *See also* Exhibit A.

3. Ms. Fajana is counsel at the NAACP Legal Defense and Educational Fund, Inc., located at 40 Rector Street, 5th floor, New York, New York, 10006.

4. Ms. Fajana completed the online Attorney Admission Tutorial and exam and the online CM/ECF Tutorial. Her confirmation number is FLND16609367596605.

5. Ms. Fajana studied and is familiar with the Local Rules of this District.

6. Ms. Fajana has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is

mfajana@naacpldf.org.

7.  Ms. Fajana is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit Morenike Fajana to appear *pro hac vice*.

Dated: August 25, 2022

Respectfully submitted,

/s/Morenike Fajana
Morenike Fajana
(NY Bar No. 5266846)
NAACP Legal Defense &
  Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel.: (646) 891-6448
Fax: (212) 226-7592
mfajana@naacpldf.org

*Counsel for Plaintiffs*