# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, DANA THOMPSON DORSEY, SHARON AUSTIN, SHELLEY PARK, JENNIFER SANDOVAL, RUSSELL ALMOND, MARVIN DUNN, and JOHANA DAUPHIN,<br>    *Plaintiffs*,<br>v.<br><br>FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, BRIAN LAMB, ERIC SILAGY, TIMOTHY M. CERIO, RICHARD CORCORAN, AUBREY EDGE, PATRICIA FROST, NIMNA GABADAGE, EDWARD HADDOCK, KEN JONES, DARLENE LUCCIO JORDAN, ALAN LEVINE, CHARLES H. LYDECKER, CRAIG MATEER, STEVEN M. SCOTT, WILLIAM SELF, AND KENT STERMON, in their official capacities as members of the Florida Board of Governors of the State University System, MANNY DIAZ JR., in his official capacity as the Commissioner of the Florida State Board of Education, UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, FLORIDA A&M UNIVERSITY BOARD OF TRUSTEES, FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES, and UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES,<br>    *Defendants*. | Case No. 4:22-cv-304 |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Emerson Sykes respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs in the above-captioned matter, and states as follows:

1. Plaintiffs have retained the law firm of the American Civil Liberties Union Foundation (ACLU) to represent them in this matter. In addition, Plaintiffs have retained the American Civil Liberties Union Foundation of Florida, Inc., Ballard Spahr LLP, and the NAACP Legal Defense and Educational Fund, Inc. as counsel in this matter.

2. I am a Senior Staff Attorney at the American Civil Liberties Union Foundation, located at 125 Broad Street, 18th Floor, New York, NY 10004.

3. I am licensed to practice law in the State of New York and an active member in good standing of the New York Bar (Registration No. 5020078). *E.g.,* Certificate of Good Standing (New York, August 16, 2022).

4. I have successfully completed the online Attorney Admission Tutorial. My confirmation number for completion of the online tutorial is FLND16614350936641.

5. I have successfully reviewed the CM/ECF Attorney User's Guide.

6. I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Emerson Sykes respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs.

Dated: August 26, 2022

Respectfully submitted,

/s/Emerson Sykes
Emerson Sykes
NY Registration No. 5020078
AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
esykes@aclu.org

*Counsel for Plaintiffs*