IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL,**
**et al.,**

     *Plaintiffs*,

v.                                 Case No.: 4:22cv304-MW/MAF

**FLORIDA BOARD OF GOVERNORS**
**OF THE STATE UNIVERSITY**
**SYSTEM, et al.,**

     *Defendants*.
_____/

## ORDER ADMITTING EMERSON SYKES *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Emerson Sykes *pro hac vice*. ECF No. 18. The motion is **GRANTED**. Mr. Sykes has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED on August 26, 2022.**

                                                    s/Mark E. Walker
                                                    **Chief United States District Judge**