IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, et al.,<br><br>　*Plaintiffs*,<br><br>v.<br><br>FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, et al.,<br><br>　*Defendants*. | Case No.:  4:22-cv-304-MW-MAF |

### NOTICE OF APPEARANCE

The undersigned attorney, Katherine Blankenship, enters her appearance in this matter on behalf of all Plaintiffs.

Date:  August 30, 2022

Respectfully submitted,

*/s/ Katherine Blankenship*
**Katherine Blankenship**
Florida Bar No. 1031234
American Civil Liberties Union
　Foundation of Florida, Inc.
4343 W. Flagler Street, Suite 400
Miami, Florida 33134
786.363.1871
kblankenship@aclufl.org
*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Katherine H. Blankenship_____
Katherine H. Blankenship