# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, DANA THOMPSON DORSEY, SHARON AUSTIN, SHELLEY PARK, JENNIFER SANDOVAL, RUSSELL ALMOND, MARVIN DUNN, and JOHANA DAUPHIN,<br>    *Plaintiffs*,<br><br>v.<br><br>FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, BRIAN LAMB, ERIC SILAGY, TIMOTHY M. CERIO, RICHARD CORCORAN, AUBREY EDGE, PATRICIA FROST, NIMNA GABADAGE, EDWARD HADDOCK, KEN JONES, DARLENE LUCCIO JORDAN, ALAN LEVINE, CHARLES H. LYDECKER, CRAIG MATEER, STEVEN M. SCOTT, WILLIAM SELF, AND KENT STERMON, in their official capacities as members of the Florida Board of Governors of the State University System, MANNY DIAZ JR., in his official capacity as the Commissioner of the Florida State Board of Education, UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, FLORIDA A&M UNIVERSITY BOARD OF TRUSTEES, FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES, and UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES,<br>    *Defendants*. | Case No. 4:22-cv-304 |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Isabella Salomão Nascimento respectfully moves this Court for leave to appear *pro hac vice* on behalf of Leroy Pernell, Dana Thompson Dorsey, Sharon Austin, Shelley Park, Jennifer Sandoval, Russell Almond, Marvin Dunn, and Johana Dauphin (collectively "Plaintiffs"), and states as follows:

1. Plaintiffs have retained the law firm of Ballard Spahr LLP to represent them in this matter.  In addition, Plaintiffs have retained the American Civil Liberties Union Foundation, the American Civil Liberties Union Foundation of Florida, Inc., and the NAACP Legal Defense and Educational Fund, Inc. as counsel in this matter.

2. I am an associate with Ballard Spahr LLP ("Ballard"), and regularly practice law at Ballard's office in Minneapolis, Minnesota.

3. I am an active member in good standing of the Minnesota Bar, as indicated by the attached certificate.

4. I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND16603346556564.

5. I have successfully completed the CM/ECF online tutorials.

6. Finally, I have paid the required pro hac vice fee concurrent with the filing of this motion.

WHEREFORE, Isabella Salomão Nascimento respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs.

Dated: August 30, 2022        **BALLARD SPAHR LLP**

<div style="margin-left: 3em;">

*/s/ Isabella Salomão Nascimento*
Isabella Salomão Nascimento
2000 IDS Center, 80 South 8th St.
Minneapolis, MN 55402-2119
salomaonascimentoi@ballardspahr.com

*Counsel for Plaintiffs*

</div>

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

ISABELLA SALOMAO NASCIMENTO

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

February 18, 2020

Given under my hand and seal of this court on

August 12, 2022

Emily J. Eschweiler, Director
Office of Lawyer Registration