# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, DANA THOMPSON DORSEY, SHARON AUSTIN, SHELLEY PARK, JENNIFER SANDOVAL, RUSSELL ALMOND, MARVIN DUNN, and JOHANA DAUPHIN,<br>    *Plaintiffs*,<br><br>v.<br><br>FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, BRIAN LAMB, ERIC SILAGY, TIMOTHY M. CERIO, RICHARD CORCORAN, AUBREY EDGE, PATRICIA FROST, NIMNA GABADAGE, EDWARD HADDOCK, KEN JONES, DARLENE LUCCIO JORDAN, ALAN LEVINE, CHARLES H. LYDECKER, CRAIG MATEER, STEVEN M. SCOTT, WILLIAM SELF, AND KENT STERMON, in their official capacities as members of the Florida Board of Governors of the State University System, MANNY DIAZ JR., in his official capacity as the Commissioner of the Florida State Board of Education, UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, FLORIDA A&M UNIVERSITY BOARD OF TRUSTEES, FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES, and UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES,<br>    *Defendants*. | Case No. 4:22-cv-304 |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Jason Leckerman respectfully moves this Court for leave to appear *pro hac vice* on behalf of Leroy Pernell, Dana Thompson Dorsey, Sharon Austin, Shelley Park, Jennifer Sandoval, Russell Almond, Marvin Dunn, and Johana Dauphin (collectively "Plaintiffs"), and states as follows:

1. Plaintiffs have retained the law firm of Ballard Spahr LLP to represent them in this matter. In addition, Plaintiffs have retained the American Civil Liberties Union Foundation, the American Civil Liberties Union Foundation of Florida, Inc., and the NAACP Legal Defense and Educational Fund, Inc. as counsel in this matter.

2. I am a partner with Ballard Spahr LLP ("Ballard"), and regularly practice law at Ballard Spahr's office in Philadelphia, Pennsylvania.

3. I am an active member in good standing of the Pennsylvania Bar, as indicated by the attached certificate.

4. I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND16612872406628.

5. I have successfully completed the CM/ECF online tutorials.

6. I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Jason Leckerman respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs.

Dated: August 30, 2022  **BALLARD SPAHR LLP**

*/s/Jason Leckerman*
Jason Leckerman
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8266
leckermanj@ballardspahr.com

*Counsel for Plaintiffs*



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Jason A. Leckerman, Esq.

#### DATE OF ADMISSION

**November 16, 2001**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 29, 2022

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk