IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, et al.,<br><br>    *Defendants*. | Case No.: 4:22-cv-304-MW-MAF |

**PLAINTIFFS' NOTICE OF COMPLETED SERVICE OF PROCESS**

In response to the Court's Order Setting Conference Schedule (ECF No. 14), Plaintiffs are informing the Court that they have successfully served each of the Defendants in this matter. This includes serving Plaintiffs' Complaint (ECF No. 1), Plaintiffs' Motion for Preliminary Injunction and Memorandum of Law and its attachments (ECF Nos. 12-13), and the Court's Order Setting Conference Schedule. Proof of service is attached to this Notice.

Dated: August 30, 20222

Respectfully submitted,

/s/ Jerry C. Edwards
Jerry Edwards
Fla. Bar No. 1003437
American Civil Liberties
Union Foundation of Florida
933 Lee Road, Suite 102
Orlando, FL 32810
(786) 363-1107
jedwards@aclufl.org

1