## AFFIDAVIT OF SERVICE

**State of Florida**            **County of**            **District Court**

Case Number: 4:22-CV-304

Plaintiff:
**LEROY PERNELL, ET AL.**

vs.

Defendant:
**FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, ET AL.**

For:
Jerry C. Edwards
ACLU
4343 West Flagler Street
Miami, FL 33134

Received by Kristofer Vela on the 25th day of August, 2022 at 12:17 pm to be served on **Florida International University Board of Trustees Modesto A. Maidique Campus, 11200 Southwest 8th Street, PC 548, Miami, FL 33199.**

I, Kristofer Vela, being duly sworn, depose and say that on the **26th day of August, 2022** at **12:40 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, (all following writs on USB) Proof of Service, Verified Complaint, Plaintiff's Motion for Preliminary Injunction, Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction, Table of Contents, Exhibits, and Order Setting Conference Schedule** with the date and hour of service endorsed thereon by me, to: **CHARMAINE CAVE** as **PARALEGAL** for **Florida International University Board of Trustees**, at the address of: **11200 Southwest 8th Street, PC 548, Miami, Miami-Dade County, FL 33199**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: BLACK, Height: 5'5", Weight: 145, Hair: BLONDE, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

Subscribed and Sworn to before me by means of [x] physical presence or [ ] online notarization this the 29 day of AUGUST 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

LYNN REICH
Notary Public - State of Florida
Commission # GG 255266
My Comm. Expires Sep 4, 2022
Bonded through National Notary Assn.

**Kristofer Vela**
MDCPS#10015

Lynx Legal Services
201 E. Pine Street
Suite 740
Orlando, FL 32801
(407) 872-0707

Our Job Serial Number: LIN-2022028585