## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 4:22-CV-304

Plaintiff:
**Leroy Pernell, et. al.**

vs.

Defendant:
**Florida Board of Governors of the State University System, et.al.**

For:
Jerry Edwards
American Civil Liberties Union of Florida
4343 West Flagler Street
suite 400
Miami, FL 33134

Received by Vause's Process Service on the 25th day of August, 2022 at 9:00 am to be served on **Florida A&M University Board of Trustees, 1610 S. Martin Luther King Blvd, Suite 104 University Commons, Tallahassee, FL 32307.**

I, Richard Campbell, do hereby affirm that on the **25th day of August, 2022** at **3:00 pm, I:**

Served the listed **government agency**, by delivering a true copy of the **a Summons, Complaint, Plaintiffs' Motion for Preliminary Injunction, and Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction (including 9 exhibits), Order Setting Conference Schedule** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **Candice Stuart Morris** as **Assistant General Counsel** at the alternate address of **1700 Lee Hall Drive, Admin. Center Foote Hilyer Building 3rd Floor, Tallahassee, FL 32307** for **Florida A&M University Board of Trustees**, who is authorized to accept on behalf of the agency; and informed said person of the contents therein, in compliance with State Statutes.

**Additional Information pertaining to this Service:**

The provided address was incorrect so they sent the server to 1700 Lee Hall Drive Admin. Center Foote Hilyer Build. 3rd Floor Tallahassee

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

Richard Campbell
I.D. #115 2nd Circuit

**Vause's Process Service**
**P.O. Box 1777**
**Tallahassee, FL 32302-1777**
**(850) 656-2605**

Our Job Serial Number: VPS-2022006907