## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 4:22-CV-304

Plaintiff:
**LEROY PERNELL et al.**

vs.

Defendant:
**FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM et al.**


LIN2022028587

For:
Jerry C. Edwards
ACLU
4343 West Flagler Street
Miami, FL 33134

Received by Lynx Legal Services, LLC on the 24th day of August, 2022 at 6:32 pm to be served on **University of Central Florida Board of Trustees, University of Central Florida, 4365 Andromeda Loop North, Suite 360, Orlando, FL 32816.**

I, Raymond Bounds, being duly sworn, depose and say that on the **25th day of August, 2022** at **1:35 pm, I:**

served a **University of Central Florida Board of Trustees, University of Central Florida** by delivering a true copy of the **21-Day Summons in a Civil Action, Verified Complaint, Plaintiffs' Motion for Preliminary Injunction, Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction, Exhibits 1-9 and Order Setting Conference Schedule** with the date and hour of service endorsed thereon by me, to: **Siana Sianadattani as Assistant** for **University of Central Florida Board of Trustees,**, at the address of: **4365 Andromeda Loop North, Suite 360, Orlando, FL 32816**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: Hispanic, Height: _, Weight: _, Hair: Brown, Glasses: N

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

Subscribed and Sworn to before me by means of [X] Physical Presence or [ ] Online Notarization on the _25_ day of _August_, _2022_ by the affiant who is personally known to me

NOTARY PUBLIC

**Raymond Bounds**
ID No. 528   Exp. 12/10/22

**Lynx Legal Services, LLC**
**201 E. Pine Street**
**Suite 740**
**Orlando, FL 32801**
(407) 872-0707

Our Job Serial Number: LIN-2022028587

Notary Public State of Florida
C. Lyn Weaver
My Commission
HH 173716
Exp. 9/9/2025