## RETURN OF SERVICE

**State of Florida**  **County of Northern**  **District Court**

Case Number: 4:22-CV-304   Court Date: 8/30/2022 5:00 pm

Plaintiff:
**LEROY PERNELL et al.**

vs.

Defendant:
**FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM et al.**

For:
Jerry C. Edwards
ACLU
4343 West Flagler Street
Miami, FL 33134

LIN2022028589

Received by Lynx Legal Services, LLC on the 24th day of August, 2022 at 6:29 pm to be served on **University of Florida Board of Trustees, 123 Tigert Hall, Gainesville, FL 32611-3125.**

I, Scott Hart, do hereby affirm that on the **26th day of August, 2022** at **11:30 am**, I:

**CORPORATE** served by delivering a true copy of the **Summons in a Civil Action, Verified Complaint, Plaintiff's Motion for Preliminary Injunction, Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction, Exhibits and Order Setting Conference Schedule** with the date and hour of service endorsed thereon by me, to: **Ryan Fuller** as Deputy General Council for **University of Florida Board of Trustees**, at the address of: **123 Tigert Hall, Gainesville, FL 32611-3125**, and informed said person of the contents therein, in compliance with F.S. 48.081

**Description** of Person Served: Age: 48 to 50, Sex: M, Race/Skin Color: White, Height: 6'0" to 6'2", Weight: 175, Hair: Dark Brown, Glasses: Y

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

Scott Hart
CPS 2021-005

Lynx Legal Services, LLC
201 E. Pine Street
Suite 740
Orlando, FL 32801
(407) 872-0707

Our Job Serial Number: LIN-2022028589

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k