## AFFIDAVIT OF SERVICE

**State of Florida**                           **County of Northern**                                    **District Court**

Case Number: 4:22-CV-304   Court Date: 8/30/2022  5:00 pm

Plaintiff:
**LEROY PERNELL et al.**

vs.

Defendant:
**FLORIDA BOARD OF GOVERNORS OF THE
STATE UNIVERSITY SYSTEM et al.**

For:
Jerry C. Edwards
ACLU
4343 West Flagler Street
Miami, FL 33134

LIN2022028584

Received by Lynx Legal Services, LLC on the 24th day of August, 2022 at 6:29 pm to be served on **University of South Florida Board of Trustees, 4202 East Fowler Avenue, CGS401, Tampa, FL 33620**

I, Noah Bamberg, being duly sworn, depose and say that on the **26th day of August, 2022** at **10:54 am, I:**

**CORPORATE** served by delivering a true copy of the **Summons in a Civil Action, Verified Complaint, Order Setting Conference Schedule, Plaintiff's Motion for Preliminary Injunction, Order Setting Conference Schedule, Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction and Exhibits** with the date and hour of service endorsed thereon by me, to: **Lori Mohn** as **Legal Assistant** for **University of South Florida Board of Trustees**, at the address of: **4202 East Fowler Avenue, CGS401, Tampa, FL 33620**, and informed said person of the contents therein, in compliance with F.S. 48.081

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

Subscribed and Sworn to before me by means of [X] Physical
Presence or [ ] Online Notarization on the 30th day of
___Aug___, 2022 by the affiant who is personally
known to me

_____
NOTARY PUBLIC

**Noah Bamberg**
CPS #22-999620

**Lynx Legal Services, LLC**
**201 E. Pine Street**
**Suite 740**
**Orlando, FL 32801**
**(407) 872-0707**

Our Job Serial Number: LIN-2022028584

Notary Public State of Florida
Ryan Shane Jones
My Commission
HH 198826
Exp. 11/15/2025

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k