## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 4:22-CV-304

Plaintiff:
**Leroy Pernell, et. al.**

vs.

Defendant:
**Florida Board of Governors of the State University System, et.al.**

For:
Jerry Edwards
American Civil Liberties Union of Florida
4343 West Flagler Street
suite 400
Miami, FL 33134

Received by Vause's Process Service on the 25th day of August, 2022 at 9:00 am to be served on **Timothy M. Cerio in his official capacity as member of the Florida Board of Governors the State University System, 325 West Gaines Street, Suite 1614, Tallahassee, FL 32399.**

I, Richard Campbell, do hereby affirm that on the **25th day of August, 2022** at **2:00 pm, I:**

Served the listed **government agency**, by delivering a true copy of the **a Summons, Complaint, Plaintiffs' Motion for Preliminary Injunction, and Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction (including 9 exhibits), Order Setting Conference Schedule** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **Vikki Shirley** as **General Counsel** at the address of **325 West Gaines Street, Suite 1614, Tallahassee, FL 32399** for **Timothy M. Cerio in his official capacity as member of the Florida Board of Governors the State University System**, who is authorized to accept on behalf of the agency; and informed said person of the contents therein, in compliance with State Statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

**Richard Campbell**
I.D. #115 2nd Circuit

**Vause's Process Service**
P.O. Box 1777
Tallahassee, FL 32302-1777
(850) 656-2605

Our Job Serial Number: VPS-2022006886