# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

   *Plaintiffs*,

v.

FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, et al.,

   *Defendants*.

Case No.:  4:22-cv-304-MW-MAF

## **NOTICE OF APPEARANCE**

The undersigned attorney, Daniel B. Tilley, enters his appearance in this matter on behalf of all Plaintiffs.

Date:  August 30, 2021

Respectfully submitted,

/s/ Daniel B. Tilley
**Daniel B. Tilley**
Florida Bar No. 102882
American Civil Liberties Union
  Foundation of Florida, Inc.
4343 W. Flagler Street, Suite 400
Miami  FL  33134
786.363.2714
dtilley@aclufl.org

*Attorney for Plaintiffs*