IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL,**
**et al.,**

      *Plaintiffs*,

v.                          Case No.: 4:22cv304-MW/MAF

**FLORIDA BOARD OF GOVERNORS**
**OF THE STATE UNIVERSITY**
**SYSTEM, et al.,**

      *Defendants*.
_____/

## ORDER ADMITTING JASON LECKERMAN *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Jason Leckerman *pro hac vice.* ECF No. 22. The motion is **GRANTED**. Mr. Leckerman has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

    **SO ORDERED on August 30, 2022.**

                                        s/Mark E. Walker_____
                                        **Chief United States District Judge**