IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, et al.,<br><br>    *Defendants*. | Case No. 4:22-cv-304-MW-MAF |

## NOTICE OF APPEARANCE

Charles J. Cooper, of Cooper and Kirk, PLLC, 1523 New Hampshire Ave., N.W., Washington, D.C. 20036, telephone (202) 220-9600, hereby appears as counsel for defendants FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM; BRIAN LAMB, ERIC SILAGY, TIMOTHY M. CERIO, RICHARD CORCORAN, AUBREY EDGE, PATRICIA FROST, NIMNA GABADAGE, EDWARD HADDOCK, KEN JONES, DARLENE LUCCIO JORDAN, ALAN LEVINE, CHARLES H. LYDECKER, CRAIG MATEER, STEVEN M. SCOTT, WILLIAM SELF, and KENT STERMON, in their official capacities as members of the Florida Board of Governors of the State University System; MANNY DIAZ JR., in his official capacity as the Commissioner of the Florida State Board of Education; UNIVERSITY OF FLORIDA BOARD OF TRUSTEES; UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES;

1

FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES; FLORIDA A&M UNIVERSITY BOARD OF TRUSTEES, FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES, and UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES; and requests that all correspondence, pleadings, and papers be served upon him at the address below.

Dated: August 31, 2022

Respectfully Submitted,

/s/ Charles J. Cooper
Charles J. Cooper
Bar No. 248070DC
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

## **CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 31st of August, 2022.

        Respectfully submitted,

        /s/ Charles J. Cooper
        Charles J. Cooper