IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, et al.,<br><br>    *Defendants*. | Case No. 4:22-cv-304-MW-MAF |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Attorney John D. Ramer, of Cooper and Kirk, PLLC, 1523 New Hampshire Ave., N.W., Washington, D.C. 20036, telephone (202) 220-9600, hereby moves this Honorable Court to grant permission to appear *pro hac vice* in the above-styled case on behalf of defendants FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM; BRIAN LAMB, ERIC SILAGY, TIMOTHY M. CERIO, RICHARD CORCORAN, AUBREY EDGE, PATRICIA FROST, NIMNA GABADAGE, EDWARD HADDOCK, KEN JONES, DARLENE LUCCIO JORDAN, ALAN LEVINE, CHARLES H. LYDECKER, CRAIG MATEER, STEVEN M. SCOTT, WILLIAM SELF, and KENT STERMON, in their official capacities as members of the Florida Board of Governors of the State University System; MANNY DIAZ JR., in his official capacity as the Commissioner of the Florida State Board of Education; UNIVERSITY OF FLORIDA BOARD OF

1

TRUSTEES; UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES; FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES; FLORIDA A&M UNIVERSITY BOARD OF TRUSTEES, FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES, and UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES. The undersigned so moves pursuant to Rule 11.1 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 19, 2004. Given the pace of this proceeding, this motion was filed as soon as practicable.

In support of this motion, the undersigned avers that he is familiar with the CM/ECF e-filing system, as he has practiced in several federal courts since his admission. The undersigned further avers that he has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court. Additionally, counsel successfully completed the Tutorial of the Local Rules for the Northern District of Florida on April 28, 2022, Confirmation Number FLND16511463386123. Furthermore, the undersigned is an attorney in good standing in the Eastern District of Michigan, as evidenced by the Certificate of Good Standing, dated August 29, 2022, from the United States District Court for the Eastern District of Michigan, which is attached hereto as "EXHIBIT A" and

incorporated herein by express reference.

WHEREFORE, John D. Ramer respectfully moves this Honorable Court to issue an order permitting counsel to appear *pro hac vice* in the above-styled case on behalf of the above-listed defendants.

Dated: August 31, 2022                              Respectfully Submitted,

/s/ John D. Ramer
John D. Ramer
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
jramer@cooperkirk.com

## **CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 31st of August, 2022.

Respectfully submitted,

/s/ John D. Ramer
John D. Ramer