# EXHIBIT A

# United States District Court
## Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, Kinikia D. Essix, Clerk of Court, certify that

## *John D. Ramer*

was duly admitted to practice in this Court on 07/15/2019,

and is in good standing as a member of the Bar of this Court.

Dated at Detroit, Michigan on 08/29/2022.

*Kinikia D. Essix*
Clerk

*Tracy Thompson*
Deputy Clerk

