IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL,**
**et al.,**

    *Plaintiffs*,

v.                                  Case No.: 4:22cv304-MW/MAF

**FLORIDA BOARD OF GOVERNORS**
**OF THE STATE UNIVERSITY**
**SYSTEM, et al.,**

    *Defendants*.
_____/

## ORDER ADMITTING MEGAN WOLD *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Megan M. Wold *pro hac vice.* ECF No. 29. The motion is **GRANTED**. Ms. Wold has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Defendants.

**SO ORDERED on August 31, 2022.**

                                                     **s/Mark E. Walker**_____
                                                     **Chief United States District Judge**