IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL,**
**et al.,**

    *Plaintiffs*,

v.                                  Case No.: 4:22cv304-MW/MAF

**FLORIDA BOARD OF GOVERNORS**
**OF THE STATE UNIVERSITY**
**SYSTEM, et al.,**

    *Defendants*.
_____/

**ORDER ADMITTING JOHN RAMER *PRO HAC VICE***

This Court has considered, without hearing, the motion to admit John D. Ramer *pro hac vice*. ECF No. 30. The motion is **GRANTED**. Mr. Ramer has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Defendants.

**SO ORDERED on August 31, 2022.**

                                                               **s/Mark E. Walker**
                                                               **Chief United States District Judge**