IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL,**
**et al.,**

    *Plaintiffs*,

v.                                                                   Case No.: 4:22cv304-MW/MAF

**FLORIDA BOARD OF GOVERNORS**
**OF THE STATE UNIVERSITY**
**SYSTEM, et al.,**

    *Defendants*.
_____/

## ORDER ADMITTING JOHN OHLENDORF *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit John D. Ohlendorf *pro hac vice.* ECF No. 28. The motion is **GRANTED**. Mr. Ohlendorf has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Defendants.

**SO ORDERED on August 31, 2022.**

                                                **s/Mark E. Walker**
                                                **Chief United States District Judge**