# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, DANA THOMPSON DORSEY, SHARON AUSTIN, SHELLEY PARK, JENNIFER SANDOVAL, RUSSELL ALMOND, MARVIN DUNN, and JOHANA DAUPHIN,<br>    *Plaintiffs*,<br><br>v.<br><br>FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, BRIAN LAMB, ERIC SILAGY, TIMOTHY M. CERIO, RICHARD CORCORAN, AUBREY EDGE, PATRICIA FROST, NIMNA GABADAGE, EDWARD HADDOCK, KEN JONES, DARLENE LUCCIO JORDAN, ALAN LEVINE, CHARLES H. LYDECKER, CRAIG MATEER, STEVEN M. SCOTT, WILLIAM SELF, AND KENT STERMON, in their official capacities as members of the Florida Board of Governors of the State University System, MANNY DIAZ JR., in his official capacity as the Commissioner of the Florida State Board of Education, UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, FLORIDA A&M UNIVERSITY BOARD OF TRUSTEES, FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES, and UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES,<br>    *Defendants*. | Case No. 4:22-cv-304 |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Isiuwa Jacqueline Mabatah ("Jacqueline Mabatah") respectfully moves this Court for leave to appear *pro hac vice* on behalf of Leroy Pernell, Dana Thompson Dorsey, Sharon Austin, Shelley Park, Jennifer Sandoval, Russell Almond, Marvin Dunn, and Johana Dauphin (collectively "Plaintiffs"), and states as follows:

1. Plaintiffs have retained the law firm of Ballard Spahr LLP to represent them in this matter. In addition, Plaintiffs have retained the American Civil Liberties Union Foundation, the American Civil Liberties Union Foundation of Florida, Inc., and the NAACP Legal Defense and Educational Fund, Inc. as counsel in this matter.

2. I am an associate with Ballard Spahr, and regularly practice law at Ballard's office in Salt Lake City, Utah.

3. I am an active member in good standing of the Utah Bar, as indicated by the attached certificate.

4. I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND16608713056597.

5. I have successfully completed the CM/ECF online tutorials.

6. I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Jacqueline Mabatah respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs.

Dated: September 1, 2022					**BALLARD SPAHR LLP**


							<u>*/s/Jacqueline Mabatah*</u>
							Jacqueline Mabatah
							201 S. Main St., Suite 800
							Salt Lake City, UT 84111-2221
							(801) 531-3000
							mabatahj@ballardspahr.com

							*Counsel for Plaintiffs*

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 8/18/2022

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Isiuwa J Mabatah

This is to certify that Isiuwa J Mabatah, Utah State Bar No. 17265 was admitted to practice law in Utah on 10/24/2019.

Isiuwa J Mabatah is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Nancy J. Sylvester
General Counsel
Utah State Bar

No.2022 -1006089
verify by email at cogsrequest@utahbar.org