IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL,**
**et al.,**

    *Plaintiffs*,

v.                                    Case No.: 4:22cv304-MW/MAF

**FLORIDA BOARD OF GOVERNORS**
**OF THE STATE UNIVERSITY**
**SYSTEM, et al.,**

    *Defendants*.
_____/

## ORDER ADMITTING JACQUELINE MABATAH *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Jacqueline Mabatah *pro hac vice.* ECF No. 35. The motion is **GRANTED**. Ms. Mabatah has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED on September 1, 2022.**

                                          s/Mark E. Walker
                                          **Chief United States District Judge**