# United States District Court

## CIVIL MINUTES - GENERAL

Time: 2:00 – 2:13 p.m.                                          Case # 4:22cv304-MW-MAF

Date  September 2, 2022

### LEROY PERNELL, et al. v. FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, et al.

DOCKET ENTRY:  TELEPHONIC SCHEDULING CONFERENCE held.  Parties discuss case status and schedule for [12] Motion for Preliminary Injunction hearing.  Defendants' response to [12] Motion, motion to dismiss/answer and counter witness declarations due 9/22/22; Plaintiffs' Reply to [12] Motion, response to motion dismiss and rebuttal declarations are due 10/4/22.  Defendants' reply to motion to dismiss due 10/11/22.  Preliminary injunction hearing set for 9:00 am on 10/13/22.  Order to follow.

PRESENT:   HONORABLE **MARK E. WALKER**, CHIEF U.S. DISTRICT JUDGE

| Victoria Milton McGee | Megan Hague |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEY(S) APPEARING FOR PLAINTIFF(S):

Laura Watson

ATTORNEY(S) APPEARING FOR DEFENDANT(S):

Charles Cooper and John Ohlendorf

Initials of the Clerk:  VMM