**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**LEROY PERNELL,**
**et al.,**

    *Plaintiffs*,

v.                                    Case No.: 4:22cv304-MW/MAF

**FLORIDA BOARD OF GOVERNORS
OF THE STATE UNIVERSITY
SYSTEM, et al.,**

    *Defendants*.

_____/

**ORDER SETTING HEARING ON MOTION FOR
PRELIMINARY INJUNCTION AND OTHER DEADLINES**

On September 2, 2022, this Court held an expedited telephonic scheduling conference regarding Plaintiffs' motion for preliminary injunction. At the hearing, the parties agreed to the following dates and deadlines.

The hearing on Plaintiffs' motion for preliminary injunction is set for Thursday, **October 13, 2022**, at 9:00 a.m. (ET).

The parties have not asked to conduct discovery ahead of the hearing. And the parties agree that declarations are sufficient in lieu of live testimony. Defendants' answer or motion to dismiss, response to Plaintiffs' motion, and any declarations in support of their response, are due on or before **September 22, 2022**. Plaintiffs' response to Defendant's motion to dismiss, reply in support of their preliminary

injunction motion, and any rebuttal declarations are due on or before **October 4, 2022**. Finally, Defendants' reply in support of any motion to dismiss is due on or before **October 11, 2022**.

     **SO ORDERED on September 2, 2022.**

                                        <u>s/Mark E. Walker            </u>
                                        **Chief United States District Judge**