# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LEROY PERNELL,**
**et al.,**

    *Plaintiffs*,

v.                                   Case No.: 4:22cv304-MW/MAF

**FLORIDA BOARD OF GOVERNORS**
**OF THE STATE UNIVERSITY**
**SYSTEM, et al.,**

    *Defendants*.

_____/

## **ORDER ADMITTING ALEXSIS M. JOHNSON *PRO HAC VICE***

    This Court has considered, without hearing, the motion to admit Alexsis M. Johnson *pro hac vice.* ECF No. 40. The motion is **GRANTED**. Ms. Johnson has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

    **SO ORDERED on September 6, 2022.**

                                                    s/Mark E. Walker_____
                                                  **Chief United States District Judge**