# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, DANA THOMPSON DORSEY, SHARON AUSTIN, SHELLEY PARK, JENNIFER SANDOVAL, RUSSELL ALMOND, MARVIN DUNN, and JOHANA DAUPHIN, <br>     *Plaintiffs*, <br>v. <br><br> FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, BRIAN LAMB, ERIC SILAGY, TIMOTHY M. CERIO, RICHARD CORCORAN, AUBREY EDGE, PATRICIA FROST, NIMNA GABADAGE, EDWARD HADDOCK, KEN JONES, DARLENE LUCCIO JORDAN, ALAN LEVINE, CHARLES H. LYDECKER, CRAIG MATEER, STEVEN M. SCOTT, WILLIAM SELF, AND KENT STERMON, in their official capacities as members of the Florida Board of Governors of the State University System, MANNY DIAZ JR., in his official capacity as the Commissioner of the Florida State Board of Education, UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, FLORIDA A&M UNIVERSITY BOARD OF TRUSTEES, FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES, and UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES, <br>     *Defendants*. | Case No. 4:22cv304 MW-MAF |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs, Leroy Pernell, Dana Thompson Dorsey, Sharon Austin, Shelley Park, Jennifer Sandoval, Russell Almond, Marvin Dunn, and Johana Dauphin through the undersigned counsel, respectfully move for the admission *pro hac vice* of Santino Coleman, a licensed member of the South Carolina Bar. Mr. Coleman has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1. Santino Coleman resides in South Carolina, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

2. Mr. Coleman is licensed to practice law in South Carolina and is a member in good standing of the South Carolina Bar, as verified by the Chief Deputy Clerk. *See also* Exhibit A.

3. Mr. Coleman, who works remotely from South Carolina, is counsel at the NAACP Legal Defense and Educational Fund, Inc., located at 700 14th Street, Suite 600, Washington, DC, 20005.

4. Mr. Coleman completed the online Attorney Admission Tutorial and exam and the online CM/ECF Tutorial. His confirmation number is FLND16613664686631.

5. Mr. Coleman studied and is familiar with the Local Rules of this District.

6. Mr. Coleman has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is scoleman@naacpldf.org.

7. Mr. Coleman is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit Santino Coleman to appear *pro hac vice*.

Dated: September 6, 2022

Respectfully submitted,

/s/Santino Coleman
Santino Coleman
(SC Bar No. 101150)
NAACP Legal Defense &
Educational Fund, Inc.
700 14th Street, Suite 600
Washington, DC 20005 †
Tel.: (646) 847-5302
Fax: (202) 682-1312
scoleman@naacpldf.org

†Mailing address *only*
(licensed in and working
remotely from South
Carolina)

*Counsel for Plaintiffs*