# EXHIBIT A

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Santino Coleman was duly sworn and admitted as an attorney in this state on November 18, 2013 and is currently a regular member of the South Carolina Bar in good standing.

PATRICIA A. HOWARD, CLERK

BY _____
CHIEF DEPUTY CLERK

Columbia, South Carolina

August 25, 2022