IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL,**
**et al.,**

     *Plaintiffs*,

v.                                 Case No.: **4:22cv304-MW/MAF**

**FLORIDA BOARD OF GOVERNORS**
**OF THE STATE UNIVERSITY**
**SYSTEM, et al.,**

     *Defendants*.
_____/

## ORDER ADMITTING SANTINO COLEMAN *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Santino Coleman *pro hac vice.* ECF No. 42. The motion is **GRANTED**. Mr. Coleman has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED** on September 6, 2022.

                                                     s/Mark E. Walker
                                                   **Chief United States District Judge**