# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, DANA THOMPSON DORSEY, SHARON AUSTIN, SHELLEY PARK, JENNIFER SANDOVAL, RUSSELL ALMOND, MARVIN DUNN, and JOHANA DAUPHIN,<br>    *Plaintiffs*,<br>v.<br><br>FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, BRIAN LAMB, ERIC SILAGY, TIMOTHY M. CERIO, RICHARD CORCORAN, AUBREY EDGE, PATRICIA FROST, NIMNA GABADAGE, EDWARD HADDOCK, KEN JONES, DARLENE LUCCIO JORDAN, ALAN LEVINE, CHARLES H. LYDECKER, CRAIG MATEER, STEVEN M. SCOTT, WILLIAM SELF, AND KENT STERMON, in their official capacities as members of the Florida Board of Governors of the State University System, MANNY DIAZ JR., in his official capacity as the Commissioner of the Florida State Board of Education, UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, FLORIDA A&M UNIVERSITY BOARD OF TRUSTEES, FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES, and UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES,<br>    *Defendants*. | Case No. 4:22cv304 MW/MAF |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs, Leroy Pernell, Dana Thompson Dorsey, Sharon Austin, Shelley Park, Jennifer Sandoval, Russell Almond, Marvin Dunn, and Johana Dauphin, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Jin Hee Lee, a licensed member of the bars for the District of Columbia, the State of New York, and the Commonwealth of Virginia. Ms. Lee has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1. Jin Hee Lee resides in Fairfax Station, Virginia, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida (the "District").

2. Ms. Lee is licensed to practice law in the District of Columbia, New York, and Virginia. The attached certification confirms that she is in good standing of the District of Columbia Bar. *See also* Exhibit A.

3. Ms. Lee is counsel at the NAACP Legal Defense and Educational Fund, Inc., located at 700 14th Street, Suite 600, Washington, DC, 20005.

4. Ms. Lee completed the online Attorney Admission Tutorial and exam and the online CM/ECF Tutorial. Her confirmation number is FLND16624941376696.

5. Ms. Lee studied and is familiar with the Local Rules of this District.

6. Ms. Lee has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is jlee@naacpldf.org.

7. Ms. Lee is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit Jin Hee Lee to appear *pro hac vice*.

Dated: September 9, 2022

Respectfully submitted,

/s/Jin Hee Lee
Jin Hee Lee
(DC Bar No. 1740850)
(NY Bar No. 3961158)
(VA Bar No. 97813)
 NAACP Legal Defense &
   Educational Fund, Inc.
700 14th Street, Suite 600
Washington, DC 20005
Tel.: (202) 682-1300
Fax: (202) 682-1312
jlee@naacpldf.org

*Counsel for Plaintiffs*