## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**LEROY PERNELL,**
**et al.,**

               *Plaintiffs,*

  v.                             **Case No.: 4:22cv304-MW/MAF**

**FLORIDA BOARD OF GOVERNORS**
**OF THE STATE UNIVERSITY**
**SYSTEM, et al.,**

               *Defendants.*

_____/

## ORDER REQUIRING ATTORNEYS TO APPEAR AT TELEPHONIC
## <u>SCHEDULING CONFERENCE IN RELATED CASE</u>

Now pending before this Court is a related case with a pending motion for preliminary injunction. *See Novoa, et al. v. Diaz, et al.*, Case No.: 4:22cv324-MW/MAF. This Court has set the matter in *Novoa* for a telephonic scheduling conference on the pending motion for preliminary injunction. Given the overlapping issues these two cases present, and that Defendants are represented by the same attorneys in both cases, the attorneys in this case shall appear at the telephonic scheduling conference at 11:00 a.m. (ET) on September 21, 2022, to discuss running

the hearing schedules for both cases together.

**SO ORDERED on September 16, 2022.**

s/Mark E. Walker
**Chief United States District Judge**