# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, et al., <br><br> *Defendants*. | Case No.: 4:22-cv-304-MW-MAF |

## NOTICE OF APPEARANCE

The undersigned attorney, Caroline A. McNamara, enters her appearance in this matter on behalf of all Plaintiffs.

Date:  September 20, 2022

Respectfully submitted,

*/s/ Caroline A. McNamara*
**Caroline A. McNamara**
Florida Bar No. 1038312
American Civil Liberties Union
   Foundation of Florida, Inc.
4343 W. Flagler Street, Suite 400
Miami  FL  33134
786.363.1392
cmcnamara@aclufl.org

*Attorney for Plaintiffs*