UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, et al.,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, et al.,<br><br>    *Defendants*. | Case No. 4:22-cv-00304-MW-MAF |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants move to dismiss Plaintiffs' claims on several grounds. First, no Plaintiff has standing to sue any Defendant Board of Trustees other than that of the Plaintiff's home institution. Second, Plaintiff Dunn lacks standing on all claims because the Individual Freedom Act does not apply to his bus tour. Third, no Plaintiff has standing to assert an injury to *other* professors, students, or universities. Fourth, Plaintiff Dauphin lacks standing to challenge the Act as an instructor. Fifth, Plaintiffs lack standing to challenge the first, third, fifth, sixth, and seventh concepts identified in the Act. Sixth, Counts One, Two, and Three should be dismissed because Plaintiffs have failed to state a claim under the Free Speech or Due Process Clauses

of the U.S. Constitution. Seventh and finally, Count Four should be dismissed because Plaintiffs have failed to state a claim under the Equal Protection Clause of the U.S. Constitution.

Date: September 22, 2022

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070DC)
John D. Ohlendorf (*Pro Hac Vice*)
Megan M. Wold (*Pro Hac Vice*)
John D. Ramer (*Pro Hac Vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 220-9600
Facsimile:  (202) 220-9601
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants Florida Board of Governors of the State University System, et al.*