UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

     Plaintiffs,

v.

                                  Case No.: 4:22-cv-304-MW-MAF

FLORIDA BOARD OF GOVERNORS OF
THE STTE UNIVERSITY SYSTEM et al.,

     Defendants.

_____ /

## JOINT STATUS REPORT ON DISCOVERY

Pursuant to this Court's Order (ECF No. 34), the parties file their joint status report on discovery as follows:

1. The parties conducted the Federal Rule of Civil Procedure 26(f) conference on September 28, 2022, and will be submitting a joint report to this Court by the deadline of October 12, 2022.

2. Plaintiffs Leroy Pernell, Dana Thompson Dorsey, Sharon Austin, Shelley Park, Jennifer Sandoval, Russell Almond, Marvin Dunn, and Johana Dauphin have served their First Set of Requests for Production on Defendant Florida Board of Governors of the State University System, and Defendant Florida Board of Governors of the State University System is preparing responses and objections.

3.  Plaintiffs Leroy Pernell, Dana Thompson Dorsey, Sharon Austin, Shelley Park, Jennifer Sandoval, Russell Almond, Marvin Dunn, and Johana Dauphin have served their First Set of Requests for Production on the Defendants University of Florida Board of Trustees, University of South Florida Board of Trustees, Florida International University Board of Trustees, Florida A&M University Board of Trustees, Florida State University Board of Trustees, and University of Central Florida Board of Trustees (collectively, "the Boards of Trustees Defendants"); and the Boards of Trustees Defendants are preparing responses and objections.

4.  The parties intend to exchange initial disclosures on or before October 12, 2022.

5.  Defendants have not yet served discovery requests.

Respectfully submitted,

/s/ Katherine H. Blankenship
**Katherine H. Blankenship**
Fla. Bar No. 1031234
ACLU Found. of Fla.
4343 W. Flagler St., Suite 400
Miami, FL 33134
T. 786.363.1871
kblankenship@aclufl.org

**Caroline A. McNamara**
Fla. Bar No. 1038312
ACLU Found. of Fla.
4343 W. Flagler St., Suite 400
Miami, FL 33134
T. 786.363.1392
cmcnamara@aclufl.org

 **COUNSEL FOR PLAINTIFFS**

/s/ John D. Ohlendorf
**John D. Ohlendorf**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20046
johlendorf@cooperkirk.com
(202) 220-9617

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Katherine H. Blankenship
Katherine H. Blankenship