# United States District Court
## CIVIL MINUTES - GENERAL

Case #  4:22cv304-MW-MAF & 4:22cv324-MW-MAF          Date   October 13, 2022

LEROY PERNELL, et al. v. FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, et al.
&
ADRIANA NOVOA, et al. v. MANNY DIAZ, JR et al.

DOCKET ENTRY: Preliminary Injunction Hearing Held  9:01 – 10:11 a.m.; 10:23 – 10:33 a.m.; 10:56 a.m. – 12:01 p.m.; 12:02 – 12:05 p.m.

Court hears argument regarding Plaintiffs' [12] & [19] Motions for Preliminary Injunction and Defendants' [51] & [33] Motions to Dismiss. Order to follow.

PRESENT: HONORABLE MARK E. WALKER, CHIEF UNITED STATES DISTRICT JUDGE

| Victoria Milton McGee | Megan Hague |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) for Plaintiff(s):
Emerson Sykes, Morenike Fajana, Laura Moraff and Katie Blankenship (Pernell)
Greg Greubel, Adam Steinbaugh and Gary Edinger (Novoa)

Attorney(s) for Defendant(s):
Charles Cooper, Megan Wold and John Ohlendorf

PROCEEDINGS:     Preliminary Injunction Hearing Held

9:01   Court in session
       Court addresses parties
9:03   Court reviews the record and sets protocol for hearing
9:10   Court hears argument regarding Plaintiffs' [12] & [19] Motions for Preliminary Injunction and Defendants' [51] & [33] Motions to Dismiss. Order to follow.
10:11  Court in recess

10:23  Court in session
       Court addresses parties
10:33  Court in recess

10:56  Court in session
       Argument continues
12:01  Parties confer
       Court in recess

12:02  Court in session
       Court addresses parties
12:05  Court adjourned


Initials of Clerk: **VMM**