UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    Plaintiffs,

v.                                        Case No.: 4:22-cv-304-MW-MAF

FLORIDA BOARD OF GOVERNORS OF
THE STATE UNIVERSITY SYSTEM, et
al.,

    Defendants.

                                        /

### JOINT STATUS REPORT ON DISCOVERY

Pursuant to this Court's Order (ECF No. 34), the parties file their joint status report on discovery as follows:

1. The Parties submitted their Joint Report of their Rule 26(f) Conference (ECF No. 56) to this Court on October 11, 2022, and the Court issued the Scheduling and Mediation Order (ECF No. 58) on October 12, 2022.

2. The Parties exchanged Initial Disclosures on October 12, 2022.

3. The Parties agreed that Defendants will serve their initial responses and objections to the Requests for Production described in paragraphs 2 and 3 of the September 30, 2022 Joint Status Report on Discovery (ECF No. 53) by November 14, 2022.

4. Plaintiffs are preparing additional discovery requests and third-party subpoenas.

5. Defendants have not yet served discovery requests.

Respectfully submitted,

/s/ Caroline A. McNamara
**Caroline A. McNamara**
Fla. Bar No. 1038312
ACLU Found. of Fla.
4343 W. Flagler St., Suite 400
Miami, FL 33134
T. 786.363.1392
cmcnamara@aclufl.org

**Katherine H. Blankenship**
Fla. Bar. No. 1031234
ACLU Found. of Fla.
4343 W. Flagler St., Suite 400
Miami, FL 33134
T. 786.363.1871
kblankenship@aclufl.org

**COUNSEL FOR PLAINTIFFS**

/s/ John D. Ohlendorf
**John D. Ohlendorf**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20046
johlendorf@cooperkirk.com
(202) 220-9617

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Caroline A. McNamara
Caroline A. McNamara
