# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    *Plaintiffs*,

v.

FLORIDA BOARD OF GOVERNORS
OF THE STATE UNIVERSITY
SYSTEM, et al.,

    *Defendants*.

Case No.: 4:22-cv-304-MW-MAF

## NOTICE OF APPEARANCE

The undersigned attorney, Jacqueline Azis, enters her appearance in this matter on behalf of all Plaintiffs.

Date: November 14, 2022

Respectfully submitted,

*/s/ Jacqueline Azis*
**Jacqueline Azis**
Florida Bar No. 101057
American Civil Liberties Union
  Foundation of Florida, Inc.
4023 N. Armenia Avenue, Suite 450
Tampa FL 33607
786.363.2700
jazis@aclufl.org

*Attorney for Plaintiffs*