UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, et al., *Plaintiffs*, v. FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, et al., *Defendants*. | Case No. 4:22-cv-304-MW-MAF |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given this 29th day of November, 2022, that Defendants Manny Diaz, Jr., Brian Lamb, Eric Silagy, Timothy M. Cerio, Richard Corcoran, Aubrey Edge, Patricia Frost, Nimna Gabadage, Edward Haddock, Ken Jones, Darlene Luccio Jordan, Alan Levine, Charles H. Lydecker, Craig Mateer, Steven M. Scott, Deanna Michael, and Kent Stermon, all in their official capacities as members of the Florida Board of Governors of the State University System, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order granting a preliminary injunction, Dkt. 63, entered in this action on Nov. 22, 2022.

1

Date: November 29, 2022                Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070DC)
John D. Ohlendorf (*Pro Hac Vice*)
Megan M. Wold (*Pro Hac Vice*)
John D. Ramer (*Pro Hac Vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants Board of Governors, et al.*
