UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

   Plaintiffs,

v.                                  Case No.: 4:22-cv-304-MW-MAF

BRIAN LAMB, et al.,

   Defendants.

### JOINT STATUS REPORT ON DISCOVERY

Pursuant to this Court's Order (ECF No. 34), the parties file their joint status report on discovery as follows:

1. Plaintiffs served their first set of Requests for Production on Defendants on September 29, 2022. After an agreed-upon extension, Defendants served their Responses and Objections to the Requests for Production on November 14, 2022. The parties are beginning the meet and confer process, and Defendants have not yet begun to produce documents or other materials in response to Plaintiffs' Requests for Production.

2. On November 15, 2022, Plaintiffs withdrew several third-party subpoenas that had mistakenly been served without the required notice given to the parties under Rule 45, and gave Defendants notice of their intention to serve third-party subpoenas on 25 current and former members of the Florida

Legislature and Christopher Rufo. Plaintiffs then served the third-party subpoenas on Mr. Rufo and the members of the Florida Legislature.

3. Plaintiffs served a deficiency letter challenging Defendants' initial disclosures. Defendants responded that, in their view, Plaintiffs' letter relied on a misunderstanding of the disclosure requirements under Rule 26(a), but Defendants agreed to provide supplemental disclosures and served them on November 14, 2022.

4. Defendants have not yet served discovery requests.

Respectfully submitted,

/s/ Jerry C. Edwards
**Jerry Edwards**
Fla. Bar No. 1003437
ACLU Found. of Fla.
933 Lee Road, Suite 102
Orlando, FL 32810
T. 786.363.1107
jedwards@aclufl.org

**Caroline A. McNamara**
Fla. Bar No. 1038312
ACLU Found. of Fla.
4343 W. Flagler St., Suite 400
Miami, FL 33134
T. 786.363.1392
cmcnamara@aclufl.org

**COUNSEL FOR PLAINTIFFS**

/s/ John D. Ohlendorf
**John D. Ohlendorf**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20046
johlendorf@cooperkirk.com
(202) 220-9617

**COUNSEL FOR DEFENDANTS**