IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, DANA THOMPSON DORSEY, SHARON AUSTIN, SHELLEY PARK, JENNIFER SANDOVAL, RUSSELL ALMOND, MARVIN DUNN, and JOHANA DAUPHIN,<br>    *Plaintiffs*,<br>v.<br><br>BRIAN LAMB, ERIC SILAGY, TIMOTHY M. CERIO, RICHARD CORCORAN, AUBREY EDGE, PATRICIA FROST, NIMNA GABADAGE, EDWARD HADDOCK, KEN JONES, DARLENE LUCCIO JORDAN, ALAN LEVINE, CHARLES H. LYDECKER, CRAIG MATEER, STEVEN M. SCOTT, WILLIAM SELF, KENT STERMON, AND DEEANA MICHAEL, in their official capacities as members of the Florida Board of Governors of the State University System, MANNY DIAZ JR., in his official capacity as the Commissioner of the Florida State Board of Education<br>    *Defendants*. | Case No. 4:22cv304 MW/MAF |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs, Leroy Pernell, Dana Thompson Dorsey, Sharon Austin, Shelley Park, Jennifer Sandoval, Russell Almond, Marvin Dunn, and Johana Dauphin, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Lauren A. Johnson, a licensed member of the

1

bar for the District of Columbia. Ms. Johnson has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

    1.    Lauren A. Johnson resides in Washington, District of Columbia, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida (the "District").

    2.    Ms. Johnson is licensed to practice law in the District of Columbia. The attached certification confirms that she is in good standing of the District of Columbia Bar. *See also* Exhibit A.

    3.    Ms. Johnson is counsel at the NAACP Legal Defense and Educational Fund, Inc., located at 700 14th Street NW, Suite 600, Washington, DC, 20005.

    4.    Ms. Johnson completed the online Attorney Admission Tutorial and exam and the online CM/ECF Tutorial. Her confirmation number is FLND16698573237047.

    5.    Ms. Johnson studied and is familiar with the Local Rules of this District.

    6.    Ms. Johnson has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is ljohnson@naacpldf.org.

7.   Ms. Johnson is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit Lauren A. Johnson to appear *pro hac vice*.

Dated: December 2, 2022

Respectfully submitted,

/s/Lauren A. Johnson
Lauren A. Johnson
(DC Bar No. 1011382)
NAACP Legal Defense &
   Educational Fund, Inc.
700 14th Street, Suite 600
Washington, DC 20005
Tel.: (202) 682-1300
Fax: (202) 682-1312
ljohnson@naacpldf.org

*Counsel for Plaintiffs*