UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    Plaintiffs,

v.                                        Case No.: 4:22-cv-304-MW-MAF

BRIAN LAMB, et al.,

    Defendants.

_____/

### PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a) and Local Rule 15.1(B), Plaintiffs LeRoy Pernell, Dana Thompson Dorsey, Sharon Austin, Marvin Dunn, Shelley Park, Jennifer Sandoval, Russell Almond, and Johana Dauphin, (collectively, "Plaintiffs"), by their undersigned counsel, file this Motion for Leave Amend Complaint. Plaintiffs file their amended complaint simultaneously with the filing of this motion.

### Memorandum in Support

On November 22, 2022, the Court issued its Order on Motion to Dismiss (ECF No. 64) ("MTD Order"). In the MTD Order, the Court granted the Motion to Dismiss in part: "Plaintiffs' claims against the Florida Board of Governors, as an entity, and the various Boards of Trustees, as entities, are barred by the Eleventh Amendment and, thus, dismissed without prejudice." Plaintiffs seek to amend their

complaint to replace the dismissed Boards of Trustees, as entities, through the joinder of individual members of those Boards, as well as to update the pleadings based on factual and procedural development subsequent to the filing of the original complaint on August 18, 2022.

The MTD Order did not specify whether Plaintiffs required further leave to amend the complaint in response. After Plaintiffs conferred with Chief Judge Walker's chambers on the afternoon of December 2, 2022, we were advised that the MTD Order should have addressed this issue and that, because it did not, we should file a motion for leave to amend the complaint today per Federal Rule of Civil Procedure 15.

This Court's Scheduling and Mediation Order (ECF No. 58) ("Scheduling Order") and the Parties' Joint Report of Rule 26(f) Conference (ECF No. 58) ("Joint Report") provide that the parties have already agreed that December 2, 2022 is the deadline for filing an amended complaint without leave of the Court. Paragraph five of the Joint Report provides: "The parties stipulate to a deadline of December 2, 2022 for the joinder of any additional parties and amendments to the Complaint, subject to later order of the Court on Defendants' pending Motion to Dismiss (ECF No. 51)." Paragraph three of the Scheduling Order provides that the Joint Report "will control the matters it addresses, except to the extent of any conflict with this order." Further, paragraph four of the Scheduling Order provides

that "[a] pleading may be amended only by the deadline set out in the [Joint Report] or on a motion showing good cause for not amending by that date. When the Federal Rules of Civil Procedure allow an amendment only with leave of court, a pleading may be amended only with leave of court."

In these circumstances it is unclear whether Plaintiffs are required to seek leave to amend. Federal Rule of Civil Procedure 15(a)(2) provides: "A party may amend its pleading only with the opposing party's written consent or the court's leave." Plaintiffs contend that paragraph five of the Joint Report as quoted above provides written consent to amend by the stipulated date of December 2, 2022. Plaintiffs provided email notice to Counsel for Defendants on the afternoon of December 2, 2022 but were unable to obtain further written consent beyond the stipulation in the Joint Report.

### Certificate of Compliance

This document complies with the word limit of Loral Rule 7.1(F) because this document contains 522 words. This document complies with the type-style requirements of Local Rule 5.1(C) because this document has been prepared in a proportionally spaced typeface using the word-processing system Microsoft Word 2016 in 14-point Times New Roman. Because of the confusion whether a motion for leave to amend was required, as described in the memorandum above, Plaintiffs

did not confer with Counsel for Defendants more than 24 hours before filing as required by Local Rule 7.1(B).

Dated: December 2, 2022

Respectfully submitted,

<u>/s/ Caroline A. McNamara</u>
Caroline A. McNamara (Fla. Bar No. 1038312)
American Civil Liberties Union Foundation of Florida
4343 W. Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1392
cmcnamara@aclufl.org

<u>/s/ Emerson Sykes</u>
Emerson Sykes*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
esykes@aclu.org

* Admitted *pro hac vice*

**COUNSEL FOR PLAINTIFFS**