IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL,**
**et al.,**

    *Plaintiffs*,

v.                          Case No.: 4:22cv304-MW/MAF

**FLORIDA BOARD OF GOVERNORS**
**OF THE STATE UNIVERSITY**
**SYSTEM, et al.,**

    *Defendants*.
_____/

## ORDER FOR EXPEDITED RESPONSE

Pending before this Court is Plaintiffs' motion for leave to file an amended complaint. ECF No. 70. Defendants shall file an expedited response to this motion setting out whether they oppose the motion, and if so, why, **on or before Friday, December 9, 2022.**

**SO ORDERED** on December 5, 2022.

                                    s/Mark E. Walker          
                                    **Chief United States District Judge**