UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

        *Plaintiffs*,

v.

BRIAN LAMB, in his official capacity, et al.,

        *Defendants*.

Case No. 4:22-cv-00304-MW-MAF

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
FOR LEAVE TO AMEND COMPLAINT (DOC. 70)**

On Friday afternoon, December 2, Plaintiffs notified Defendants by email that Plaintiffs intended to move for leave to file an amended complaint. Plaintiffs filed their motion two hours later before Defendants were able to respond. *See* Doc. 70. The following Monday, the Court entered an Order for Expedited Response, directing Defendants to state by Friday, December 9, whether they oppose the motion. *See* Doc. 72. Pursuant to that Order, Defendants hereby notify the Court that they do not oppose Plaintiffs' motion to file an amended complaint.

Date: December 8, 2022

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070DC)
John D. Ohlendorf (*Pro Hac Vice*)
Megan M. Wold (*Pro Hac Vice*)
John D. Ramer (*Pro Hac Vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 220-9600
Facsimile:  (202) 220-9601
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants Brian Lamb, in his official capacity, et al.*