## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

LEROY PERNELL,
et al.,

      *Plaintiffs*,

 v.                              **Case No.: 4:22cv304-MW/MAF**

FLORIDA BOARD OF GOVERNORS
OF THE STATE UNIVERSITY
SYSTEM, et al.,

      *Defendants*.
_____/

## ORDER GRANTING LEAVE TO AMEND

Pending before this Court is Plaintiffs' motion for leave to file an amended complaint. ECF No. 70. Defendants have indicated that they do not oppose the motion. ECF No. 74. Accordingly, Plaintiffs' motion, ECF No. 70, is **GRANTED**. Plaintiffs shall file their amended complaint as a separate docket entry **on or before Monday, December 12, 2022.**

     **SO ORDERED on December 8, 2022.**

                         **s/Mark E. Walker**_____
                         **Chief United States District Judge**