# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

December 15, 2022

Leah Watson
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Appeal Number: 22-13992-J
Case Style: LeRoy Pernell, et al v. Commissioner of the FL State Board of Education, et al
District Court Docket No: 4:22-cv-00304-MW-MAF

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Your Application to Appear Pro Hac Vice in this appeal has been GRANTED.

Counsel who wish to participate in this appeal must complete and electronically file an appearance form within fourteen (14) days (appearance of counsel forms are available on the court's website). The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

If you have not yet registered for the Electronic Case Files (ECF) system, information regarding registration can be found on the court's website under "E-Filing Information (CM/ECF)".

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C Burney-Smith, J
Phone #: (404) 335-6135

MOT-2 Notice of Court Action