# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LEROY PERNELL, DANA THOMPSON DORSEY, SHARON AUSTIN, SHELLEY PARK, JENNIFER SANDOVAL, RUSSELL ALMOND, MARVIN DUNN, and JOHANA DAUPHIN,

    *Plaintiffs*,

v.

TIMOTHY M. CERIO, *et al.*,

    *Defendants*.

Case No. 4:22-cv-304

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Catharine Lubin respectfully moves this Court for leave to appear *pro hac vice* on behalf of Leroy Pernell, Dana Thompson Dorsey, Sharon Austin, Shelley Park, Jennifer Sandoval, Russell Almond, Marvin Dunn, and Johana Dauphin (collectively "Plaintiffs"), and states as follows:

1. Plaintiffs have retained the law firm of Ballard Spahr LLP to represent them in this matter. In addition, Plaintiffs have retained the American Civil Liberties Union Foundation, the American Civil Liberties Union Foundation of Florida, Inc., and the NAACP Legal Defense and Educational Fund, Inc. as counsel in this matter.

2. I am an associate with Ballard Spahr LLP ("Ballard"), and regularly practice law at Ballard's office in Philadelphia, Pennsylvania.

3. I am an active member in good standing of the Pennsylvania Bar, as indicated by the attached certificate.

4. I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND167086762011.

5. I have successfully completed the CM/ECF online tutorials.

6. Finally, I have paid the required pro hac vice fee concurrent with the filing of this motion.

WHEREFORE, Catharine Lubin respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs.

Dated: December 21, 2022    **BALLARD SPAHR LLP**

*/s/ Catharine Lubin*
Catharine Lubin
1735 Market St., 51st Fl.
Philadelphia, PA 19103
lubink@ballardspahr.com

*Counsel for Plaintiffs*



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Catharine Elizabeth Lubin, Esq.**

DATE OF ADMISSION

*April 30, 2020*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  December 19, 2022

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk