UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    Plaintiffs,

v.                                                      Case No.: 4:22-cv-304-MW-MAF

BRIAN LAMB, et al.,

    Defendants.

_____/

### INITIAL DECEMBER 2022 JOINT STATUS REPORT ON DISCOVERY

Pursuant to this Court's Order (ECF No. 34), the Parties file their initial joint status report on discovery for December 2022 as follows:

1. Plaintiffs served their first set of Requests for Production on Defendants on September 29, 2022. The Parties have begun the meet and confer process, and negotiations as to Defendants' first production of documents are ongoing. As such, and due to the holiday weekend, the Parties require additional time to confer on discovery matters and, with the Court's permission, will file a supplemental joint status report by January 6, 2023.

Respectfully submitted this 30th day of December, 2022,

| | |
|---|---|
| **Caroline A. McNamara**<br>Fla. Bar No. 1038312<br>ACLU Found. of Fla.<br>4343 W. Flagler St., Suite 400<br>Miami, FL 33134<br>T. 786.363.1392<br>cmcnamara@aclufl.org | /s/ Katherine H. Blankenship<br>**Katherine H. Blankenship**<br>Fla. Bar. No. 1031234<br>ACLU Found. of Fla.<br>4343 W. Flagler St., Suite 400<br>Miami, FL 33134<br>T. 786.363.1871<br>kblankenship@aclufl.org |

**COUNSEL FOR PLAINTIFFS**

/s/ John D. Ohlendorf
**John D. Ohlendorf**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20046
johlendorf@cooperkirk.com
(202) 220-9617

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Katherine H. Blankenship
Katherine H. Blankenship