IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA TALLAHASSEE DIVISION

LEROY PERNELL, et al.,
    *Plaintiffs*,

v.

BRIAN LAMB, et al.,

    *Defendants*.

Case No. 4:22cv304 MW/MAF

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs, Leroy Pernell, Dana Thompson Dorsey, Sharon Austin, Shelley Park, Jennifer Sandoval, Russell Almond, Marvin Dunn, and Johana Dauphin, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Anna Occhipinti, a licensed member of the bar for the State of New York. Ms. Occhipinti has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

    1.    Anna Occhipinti resides in New York, New York and is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida (the "District").

    2.    Ms. Occhipinti is licensed to practice law in the State of New York. The attached certification confirms that she is in good standing of the Supreme

1

Court of New York, Appellate Division, First Judicial Department. *See* Exhibit A.

     3.     Ms. Occhipinti is Secondee Counsel at the NAACP Legal Defense and Educational Fund, Inc., located at 40 Rector Street, Fifth Floor, New York, NY 10006.

     4.     Ms. Occhipinti completed the online Attorney Admission Tutorial and exam and the online CM/ECF Tutorial. Her confirmation number is FLND167174314040.

     5.     Ms. Occhipinti studied and is familiar with the Local Rules of this District.

     6.     Ms. Occhipinti has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is aocchipinti@naacpldf.org.

     7.     Ms. Occhipinti is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

     WHEREFORE, Plaintiffs respectfully request that the Court permit Anna Occhipinti to appear *pro hac vice*.

3

Dated: January 6, 2023       Respectfully submitted,

<span style="margin-left:3em">/s/Anna Occhipinti</span>
Anna Occhipinti†
(NY Bar No. 5867817)
NAACP Legal Defense &
   Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
Fax: (212) 226-7592
aocchipinti@naacpldf.org

† Mailing address only

*Counsel for Plaintiffs*