# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LEROY PERNELL,**
**et al.,**

    *Plaintiffs*,

v.                                        Case No.: 4:22cv304-MW/MAF

**BRIAN LAMB, et al.,**

    *Defendants*.

_____/

## ORDER ADMITTING ANNA OCCHIPINTI *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Anna Occhipinti *pro hac vice.* ECF No. 84. The motion is **GRANTED**. Ms. Occhipinti has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED on January 6, 2023.**

                                                              **s/Mark E. Walker**
                                                              **Chief United States District Judge**