IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL,**
**et al.,**

    *Plaintiffs*,

v.                                    Case No.: 4:22cv304-MW/MAF

**FLORIDA BOARD OF GOVERNORS**
**OF THE STATE UNIVERSITY**
**SYSTEM, et al.,**

    *Defendants*.
_____/

## ORDER FOR EXPEDITED RESPONSE

Pending before this Court is Plaintiffs' motion to compel compliance with this Court's preliminary injunction. ECF No. 86. Defendants shall file an expedited response **on or before 5:00 PM (ET) on Thursday, January 12, 2023.**

In ordering an expedited response given the time-sensitive nature of Plaintiffs' motion, this Court in no way intends to telegraph that it agrees or disagrees with Plaintiffs' motion and requested relief.

**SO ORDERED on January 11, 2023.**

                                            **s/Mark E. Walker**
                                            **Chief United States District Judge**