IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL,**
et al.,

    *Plaintiffs*,

v.                              Case No.: 4:22cv304-MW/MAF

**FLORIDA BOARD OF GOVERNORS
OF THE STATE UNIVERSITY
SYSTEM, et al.,**

    *Defendants*.
_____/

**ORDER DENYING MOTION TO
COMPEL COMPLIANCE WITH PRELIMINARY INJUNCTION**

This Court has considered, without hearing, Plaintiffs' motion to compel compliance with this Court's preliminary injunction, ECF No. 86, and Defendants' expedited response, ECF No. 88. Although this Court would not hesitate to compel compliance with its preliminary injunction, this Court finds there has been no violation of the injunction at this time. Accordingly, Plaintiffs' motion, ECF No. 86, is **DENIED**.

SO ORDERED on January 12, 2023.

                                           **s/Mark E. Walker**
                                           **Chief United States District Judge**