UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

   Plaintiffs,

v.                                                 Case No.: 4:22-cv-304-MW-MAF

BRIAN LAMB, et al.,

   Defendants.

_____/

### SUPPLEMENTAL JOINT STATUS REPORT ON DISCOVERY

Pursuant to this Court's Order (ECF No. 34) and the Parties' Initial Joint Status Report filed on December 30, 2022 (ECF No. 83), the Parties file their supplemental joint status report on discovery as follows:

1. The Parties are continuing the meet and confer process and are attempting to negotiate search terms and dates to begin the rolling production of documents and materials responsive to Plaintiffs' Requests for Production. The Defendants have not yet produced documents or other materials in response to Plaintiffs' Requests for Production propounded on September 29, 2022.

2. The Plaintiffs plan to submit responses and to produce documents responsive to Defendants' discovery requests by February 3, 2022, as agreed upon by the Parties.

3. On December 23, 2022, Plaintiffs sent a letter to Defendants notifying the Defendants of what Plaintiffs view as certain deficiencies in Defendants' discovery responses and requesting the prompt production of documents responsive to Plaintiffs' Requests for Production. Defendants have responded to this letter, and the Parties are attempting to reach an agreement through the meet and confer process. The Plaintiffs requested that the Defendants propose a substantial completion deadline and date for their initial production of documents and materials responsive to Plaintiffs' Requests for Production. The Defendants have stated that they expect to be in a position to propose a substantial completion deadline for their submission of documents and materials responsive to Plaintiffs' Requests for Production and to commence rolling productions of responsive documents and materials by January 30, 2023.

Respectfully submitted,

| | |
|---|---|
| **Caroline A. McNamara** | /s/ Katherine H. Blankenship |
| Fla. Bar No. 1038312 | **Katherine H. Blankenship** |
| ACLU Found. of Fla. | Fla. Bar. No. 1031234 |
| 4343 W. Flagler St., Suite 400 | ACLU Found. of Fla. |
| Miami, FL 33134 | 4343 W. Flagler St., Suite 400 |
| T. 786.363.1392 | Miami, FL 33134 |
| cmcnamara@aclufl.org | T. 786.363.1871 |
| | kblankenship@aclufl.org |

**COUNSEL FOR PLAINTIFFS**

/s/ John D. Ohlendorf
**John D. Ohlendorf**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20046
johlendorf@cooperkirk.com
(202) 220-9617

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Katherine H. Blankenship
Katherine H. Blankenship