**Axelman, David**

| | |
|---|---|
| **From:** | Jerry Edwards <JEdwards@aclufl.org> |
| **Sent:** | Sunday, December 11, 2022 6:59 PM |
| **To:** | Axelman, David |
| **Cc:** | Leah Watson; Maida, Michael; Lauren Johnson; Anna Occhipinti |
| **Subject:** | Re: Pernell - House objections to subpoenas |
| **Attachments:** | ESI Search Terms for Leg Subpoenas.docx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**EXTERNAL EMAIL:** This email originated from outside of the Legislature. USE CAUTION when clicking links or opening attachments unless you recognize the sender and know the content is safe.

David,

Attached are proposed search terms. Some of the terms involve Boolean searches. We can discuss if your search engine requires alterations to the terms.

I am out of the office tomorrow, but I am happy to discuss later this week. Thanks!

**Jerry C. Edwards | Staff Attorney**
American Civil Liberties Union of Florida
Office: (786) 363-1107 | Cell: (904) 588-3705 | jedwards@aclufl.org
Pronouns: he, him, his

---

**From:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Sent:** Friday, December 9, 2022 5:28 PM
**To:** Jerry Edwards <JEdwards@aclufl.org>
**Subject:** RE: Pernell - House objections to subpoenas

Thanks, Jerry. Same to you.

David

*David Axelman*
*General Counsel*
*Florida House of Representatives*
*Office of General Counsel*
*329 The Capitol*
*402 South Monroe Street*
*Tallahassee, FL 32399-1300*
*(850) 717-5500*

---

**From:** Jerry Edwards <JEdwards@aclufl.org>
**Sent:** Friday, December 9, 2022 12:39 PM
**To:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Cc:** Leah Watson <LWatson@aclu.org>; Lauren Johnson <ljohnson@naacpldf.org>; Anna Occhipinti

1

<aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>
**Subject:** Re: Pernell - House objections to subpoenas

> **EXTERNAL EMAIL:** This email originated from outside of the Legislature. USE CAUTION when clicking links or opening attachments unless you recognize the sender and know the content is safe.

Correct on the subpoena. You have not misstated the nature of the extension.

I anticipate getting you the proposed search terms today or later this weekend. With regard to the other unresolved questions, I don't anticipate having an answer for you until Tuesday or Wednesday of next week. We are still discussing those questions internally.

I hope you enjoy your weekend!

**Jerry C. Edwards | Staff Attorney**
American Civil Liberties Union of Florida
Office: (786) 363-1107 | Cell: (904) 588-3705 | jedwards@aclufl.org
Pronouns: he, him, his

---

**From:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Sent:** Friday, December 9, 2022 12:09 PM
**To:** Jerry Edwards <JEdwards@aclufl.org>
**Cc:** Leah Watson <LWatson@aclu.org>; Lauren Johnson <ljohnson@naacpldf.org>; Anna Occhipinti <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>
**Subject:** RE: Pernell - House objections to subpoenas

Thanks, Jerry. Just to clarify, the new return date for the subpoena will be January 6, which will allow us more time to attempt to resolve the objections without the need for a motion to quash (and will allow me additional time to move to quash if we aren't able to reach an agreement). Please let me know if I have misstated the nature of the agreed extension.

Also, do you still expect to be able to get back to me today regarding (1) the timeframe for your requests; (2) proposed search terms; (3) the scope of the legislative privilege regarding communications; (4) the scope of your SB 2524 request (specifically, whether it is limited to performance funding); and (5) the scope of request #16?

*David Axelman*
General Counsel
Florida House of Representatives
Office of General Counsel
329 The Capitol
402 South Monroe Street
Tallahassee, FL 32399-1300
(850) 717-5500

---

**From:** Jerry Edwards <JEdwards@aclufl.org>
**Sent:** Friday, December 9, 2022 11:04 AM
**To:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Cc:** Leah Watson <LWatson@aclu.org>; Lauren Johnson <ljohnson@naacpldf.org>; Anna Occhipinti <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>
**Subject:** Re: Pernell - House objections to subpoenas

> **EXTERNAL EMAIL:** This email originated from outside of the Legislature. USE CAUTION when clicking links or opening attachments unless you recognize the sender and know the content is safe.

David,

I spoke with our team about the extension of time you requested regarding the production dates on the subpoenas. We are willing to grant you an extension to the first week of January. Let me know if January 6 works.

Thanks,

**Jerry C. Edwards | Staff Attorney**
American Civil Liberties Union of Florida
Office: (786) 363-1107 | Cell: (904) 588-3705 | jedwards@aclufl.org
Pronouns: he, him, his

---

**From:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Sent:** Monday, December 5, 2022 12:13 PM
**To:** Jerry Edwards <JEdwards@aclufl.org>
**Cc:** Leah Watson <lwatson@aclu.org>; Lauren Johnson <ljohnson@naacpldf.org>; Carrie McNamara <CMcNamara@aclufl.org>; Anna Occhipinti <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>
**Subject:** RE: Pernell - House objections to subpoenas

Yes; how about 11?

*David Axelman*
General Counsel
Florida House of Representatives
Office of General Counsel
329 The Capitol
402 South Monroe Street
Tallahassee, FL 32399-1300
(850) 717-5500

---

**From:** Jerry Edwards <JEdwards@aclufl.org>
**Sent:** Monday, December 5, 2022 11:54 AM
**To:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Cc:** Leah Watson <lwatson@aclu.org>; Lauren Johnson <ljohnson@naacpldf.org>; Carrie McNamara <CMcNamara@aclufl.org>; Anna Occhipinti <aocchipinti@naacpldf.org>
**Subject:** Re: Pernell - House objections to subpoenas

> **EXTERNAL EMAIL:** This email originated from outside of the Legislature. USE CAUTION when clicking links or opening attachments unless you recognize the sender and know the content is safe.

Hey David,

Regarding the meet and confer, are you available for a meeting during the window of 11 AM to 1 PM on Wednesday (December 7)? Thanks!

**Jerry C. Edwards | Staff Attorney**
American Civil Liberties Union of Florida
Office: (786) 363-1107 | Cell: (904) 588-3705 | jedwards@aclufl.org
Pronouns: he, him, his

---

**From:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Sent:** Friday, December 2, 2022 10:25 AM
**To:** Jerry Edwards <JEdwards@aclufl.org>
**Subject:** RE: Pernell - House objections to subpoenas

Thanks, Jerry. You too.

*David Axelman*
*General Counsel*
*Florida House of Representatives*
*Office of General Counsel*
*329 The Capitol*
*402 South Monroe Street*
*Tallahassee, FL 32399-1300*
*(850) 717-5500*

---

**From:** Jerry Edwards <JEdwards@aclufl.org>
**Sent:** Thursday, December 1, 2022 8:46 PM
**To:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Subject:** Re: Pernell - House objections to subpoenas

> **EXTERNAL EMAIL:** This email originated from outside of the Legislature. USE CAUTION when clicking links or opening attachments unless you recognize the sender and know the content is safe.

Receipt acknowledged. I'll pass it along to the rest of the team, and we can get back to you on scheduling a meeting. Hope you enjoy your weekend, David!

**Jerry C. Edwards | Staff Attorney**
American Civil Liberties Union of Florida
Office: (786) 363-1107 | Cell: (904) 588-3705 | jedwards@aclufl.org
Pronouns: he, him, his

---

**From:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Sent:** Thursday, December 1, 2022 6:26 PM
**To:** Jerry Edwards <JEdwards@aclufl.org>
**Subject:** Pernell - House objections to subpoenas

Jerry,

In accordance with Rule 45, this email constitutes service of the non-party Representatives' and House Clerk's objections to the subpoenas in the *Pernell* litigation. Please let me know whether you (and your team, if necessary) are available for a meet-and-confer early next week.

Thanks,

David

*David Axelman*
General Counsel
Florida House of Representatives
Office of General Counsel
329 The Capitol
402 South Monroe Street
Tallahassee, FL 32399-1300
(850) 717-5500

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.