**Pernell *et al.* v. FL Board of Governors *et al.***

**ESI Search Terms for Legislative Subpoenas**

| Search Terms | Hits |
| --- | --- |
| "Black Lives Matter" | |
| BLM | |
| "Black Lives" | |
| #BLM | |
| Antifa | |
| Riot! | |
| Protest! | |
| Race-based | |
| Antiracis! | |
| "George Floyd" OR (Floyd /s protest! or riot!) | |
| Woke! | |
| Terroris! /s (protest! OR riot! OR vandal! OR antifa) | |
| "Stop Woke Act" OR "Stop Woke" | |
| "Critical Race Theory" OR CRT – – including hashtag of same phrases | |
| state-sanctioned racism | |
| State-sanctioned violence | |
| Privilege! /5 White OR Black OR Race | |
| "Affirmative action" | |
| ACLU | |
| All lives matter – including hashtag of same phrase | |
| Blue lives matter – including hashtag of same phrase | |
| Not all men – including hashtag of same phrase | |
| Colorblind! | |
| Racism /5 of Systemic OR Systematic OR Institutional | |
| Racial /5 Justice | |
| Racist | |
| Thug! /s (protest! OR riot!) | |
| Jim Crow | |
| Racial | |
| Indoctrinat! | |
| white supremacy | |
| Woke-at-work | |
| Colonizer! | |
| Oppress! | |
| Whiteness | |
| 1619 | |
| Slavery | |

| Term | |
|---|---|
| "Civil rights" | |
| Marxis! (to capture marxism or Marxist) | |
| Race essentialism | |
| "Black communism" | |
| "divisive concepts" | |
| Reverse /3 (discriminat! OR racis!) | |
| Socialis! AND (school! OR college! OR universit!) | |
| Moms /3 liberty | |
| "Breonna Taylor" | |
| "Ahmaud Arbery" | |
| "Tony McDade" | |
| Black Identity Extremist | |
| Rebellion | |
| Unrest | |
| Abolish | |
| Abolition | |
| Defund! /5 Police | |
| "Black Studies" | |
| "African American Studies" | |
| "Ethnic Studies" | |
| Intersectionality | |
| Reparations | |
| NAACP | |
| "Unconscious bias" | |
| "Implicit bias" | |
| Sexis! | |
| Feminis! | |
| Social /s Emotional /s Learning | |
| "Robin DiAngelo" OR DiAngelo | |
| "Chris! Rufo" OR Rufo | |
| "Ibram Kendi" OR Kendi | |
| "Kimberle Crenshaw" | |
| "Nikole Hannah-Jones" OR "Hannah-Jones" | |
| White /s fragility | |
| Cult AND (woke! OR indoctrinate!) | |
| ("Tucker Carlson" OR Tucker OR Carlson) /s (woke! OR indoctrinat! OR CRT OR "Critical Race Theory") | |