# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    *Plaintiffs*,

v.

FLORIDA BOARD OF GOVERNORS OF
THE STATE UNIVERSITY SYSTEM, et al.,

    *Defendants*.

Case No.: 4:22-cv-304

## [PROPOSED] AMENDED SCHEDULING AND MEDIATION ORDER

This order is entered upon consideration of the parties' Stipulation to Amend the Scheduling and Mediation Order. ECF No. 58. Accordingly,

**IT IS ORDERED:**

1. Discovery must be completed no later than **June 2, 2023**.

In order to ensure the just, efficient, and continuing administration of discovery, the parties agree to produce documents on a rolling basis as follows:

    a. Regarding outstanding discovery requests between the parties, the producing party shall begin producing documents no later than January 30, 2023.

    b. Otherwise, production shall begin by the producing party within 14 days of serving its written response to the applicable request for production of documents, unless otherwise mutually agreed upon by the parties.

    c. The producing party will ensure subsequent document productions occur at least twice monthly until complete.

2. Discovery requests must be propounded no later than **75 days** before the end of the discovery period, **March 20, 2023**.

3. Unless otherwise ordered by the Court, motions to compel discovery are due no later than **30 days** before the close of discovery, **May 3, 2023**. The Court will ordinarily entertain a motion to compel brought during the last 30 days of discovery only on a showing of reasonable diligence during the discovery period and the discovery dispute in question arose during the last 30 days of discovery.

4. The deadline for filing summary-judgment motions is within **21 days** of the discovery deadline, **June 23, 2023**, but the motions should be filed at the earliest appropriate time.

5. The first mediation conference must begin within **14 days** of the discovery deadline, **June 16, 2023**, though it may begin at any earlier time. Mediation must be completed within **28 days** of the discovery deadline, **June 30, 2023**.

6. Rule 26(a)(2) expert disclosures and reports shall be provided at least **60 days** before the close of discovery, **April 3, 2023**. Rebuttal expert disclosures and reports shall be provided within **30 days** of initial expert disclosures and reports, **May 3, 2023**.

7. On all other matters not addressed in this Order, the Scheduling and Mediation Order, the joint scheduling report, or the Initial Scheduling Order remain in effect accordingly.

**SO ORDERED on January __, 2023.**

_____
**Chief United States District Judge**