# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# FLORIDA TALLAHASSEE DIVISION

LEROY PERNELL, et al,
    *Plaintiffs*,

v.

BRIAN LAMB, et al.
    *Defendants*.

Case No. 4:22cv304 MW/MAF

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs, Leroy Pernell, Dana Thompson Dorsey, Sharon Austin, Shelley Park, Jennifer Sandoval, Russell Almond, Marvin Dunn, and Johana Dauphin, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Charles McLaurin, a licensed member of the bar for the District of Columbia. Mr. McLaurin has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

    1.    Charles McLaurin resides in Washington, District of Columbia, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida (the "District").

    2.    Mr. McLaurin is licensed to practice law in the District of Columbia. The attached certification confirms that he is in good standing of the District of

Columbia Bar. *See also* Exhibit A.

3. Mr. McLaurin is counsel at the NAACP Legal Defense and Educational Fund, Inc., located at 700 14th Street NW, Suite 600, Washington, DC, 20005.

4. Mr. McLaurin completed the online Attorney Admission Tutorial and exam and the online CM/ECF Tutorial. His confirmation number is FLND1674232689101.

5. Mr. McLaurin studied and is familiar with the Local Rules of this District.

6. Mr. McLaurin has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is cmclaurin@naacpldf.org.

7. Mr. McLaurin is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit Charles McLaurin to appear *pro hac vice*.

Dated: January 23, 2023

Respectfully submitted,

/s/Charles McLaurin
Charles McLaurin
(DC Bar No. 1000107)
NAACP Legal Defense &
   Educational Fund, Inc.
700 14th Street, Suite 600
Washington, DC 20005
Tel.: (202) 216-5572
Fax: (202) 682-1312
cmclaurin@naacpldf.org

*Counsel for Plaintiffs*