# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LEROY PERNELL,**
et al.,

    *Plaintiffs*,

v.                                             Case No.: 4:22cv304-MW/MAF

**BRIAN LAMB, et al.,**

    *Defendants*.

_____/

## ORDER ADMITTING CHARLES MCLAURIN *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Charles McLaurin *pro hac vice.* ECF No. 94. The motion is **GRANTED**. Mr. McLaurin has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED** on January 24, 2023.

                                                      s/Mark E. Walker
                                                      **Chief United States District Judge**