# Jerry Edwards

| | |
|---|---|
| **From:** | Jerry Edwards |
| **Sent:** | Wednesday, January 11, 2023 9:51 AM |
| **To:** | Axelman, David |
| **Cc:** | 'Leah Watson'; 'Lauren Johnson'; 'Anna Occhipinti'; Maida, Michael; Katie Blankenship; Salomao Nascimento, Isabella; Emahunn Campbell |
| **Subject:** | RE: Pernell - House objections to subpoenas |

Yes, that should be fine. We'll start at 10:15.

Jerry

---

**From:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Sent:** Wednesday, January 11, 2023 9:49 AM
**To:** Jerry Edwards <JEdwards@aclufl.org>
**Cc:** 'Leah Watson' <LWatson@aclu.org>; 'Lauren Johnson' <ljohnson@naacpldf.org>; 'Anna Occhipinti' <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>; Katie Blankenship <KBlankenship@aclufl.org>
**Subject:** Re: Pernell - House objections to subpoenas

Can we push back our call to 10:15?

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Sent:** Monday, January 9, 2023 2:11:50 PM
**To:** 'Jerry Edwards' <JEdwards@aclufl.org>
**Cc:** 'Leah Watson' <LWatson@aclu.org>; 'Lauren Johnson' <ljohnson@naacpldf.org>; 'Anna Occhipinti' <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>; Katie Blankenship <KBlankenship@aclufl.org>
**Subject:** RE: Pernell - House objections to subpoenas

I could do 10 but not 12.

*David Axelman*
*General Counsel*
*Florida House of Representatives*
*Office of General Counsel*
*317 The Capitol*
*402 South Monroe Street*
*Tallahassee, FL 32399-1300*
*(850) 717-5500*

---

**From:** Jerry Edwards <JEdwards@aclufl.org>
**Sent:** Monday, January 9, 2023 2:10 PM
**To:** Axelman, David <David.Axelman@myfloridahouse.gov>

1

**Cc:** 'Leah Watson' <LWatson@aclu.org>; 'Lauren Johnson' <ljohnson@naacpldf.org>; 'Anna Occhipinti' <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>; Katie Blankenship <KBlankenship@aclufl.org>
**Subject:** RE: Pernell - House objections to subpoenas

> **EXTERNAL EMAIL:** This email originated from outside of the Legislature. USE CAUTION when clicking links or opening attachments unless you recognize the sender and know the content is safe.

Hey David,

Thanks for following up. Are you available at 10 AM or 12 PM on Wednesday, January 9, for a meeting?

**Jerry C. Edwards | Staff Attorney**
American Civil Liberties Union of Florida
Office: (786) 363-1107 | Cell: (904) 588-3705 | jedwards@aclufl.org
Pronouns: he, him, his

---

**From:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Sent:** Monday, January 9, 2023 12:20 PM
**To:** Jerry Edwards <JEdwards@aclufl.org>
**Cc:** 'Leah Watson' <LWatson@aclu.org>; 'Lauren Johnson' <ljohnson@naacpldf.org>; 'Anna Occhipinti' <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>; Katie Blankenship <KBlankenship@aclufl.org>
**Subject:** RE: Pernell - House objections to subpoenas

Hi, Jerry. Please let me know which day and time would work for you this week.

Thanks,

David

*David Axelman*
*General Counsel*
*Florida House of Representatives*
*Office of General Counsel*
*317 The Capitol*
*402 South Monroe Street*
*Tallahassee, FL 32399-1300*
*(850) 717-5500*

---

**From:** Jerry Edwards <JEdwards@aclufl.org>
**Sent:** Tuesday, January 3, 2023 5:06 PM
**To:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Cc:** 'Leah Watson' <LWatson@aclu.org>; 'Lauren Johnson' <ljohnson@naacpldf.org>; 'Anna Occhipinti' <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>; Katie Blankenship <KBlankenship@aclufl.org>
**Subject:** Re: Pernell - House objections to subpoenas

> **EXTERNAL EMAIL:** This email originated from outside of the Legislature. USE CAUTION when clicking links or opening attachments unless you recognize the sender and know the content is safe.

David,

Yes, we are willing to stipulate to that and extend the deadline for production a week to January 13. We will get back with you about setting a meeting time next week. Thanks.

**Jerry C. Edwards | Staff Attorney**
American Civil Liberties Union of Florida
Office: (786) 363-1107 | Cell: (904) 588-3705 | jedwards@aclufl.org
Pronouns: he, him, his

---

**From:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Sent:** Tuesday, January 3, 2023 4:00 PM
**To:** Jerry Edwards <JEdwards@aclufl.org>
**Cc:** 'Leah Watson' <LWatson@aclu.org>; 'Lauren Johnson' <ljohnson@naacpldf.org>; 'Anna Occhipinti' <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>; Katie Blankenship <KBlankenship@aclufl.org>
**Subject:** RE: Pernell - House objections to subpoenas

Understood. I am actually in the office all week, but it sounds like that still might be too soon for your team.

In the meantime, will you stipulate that a motion to quash would be timely if filed by the end of next week? I suppose that would require extending the return date of the subpoenas until then as well.

David

*David Axelman*
General Counsel
Florida House of Representatives
Office of General Counsel
317 The Capitol
402 South Monroe Street
Tallahassee, FL 32399-1300
(850) 717-5500

---

**From:** Jerry Edwards <JEdwards@aclufl.org>
**Sent:** Tuesday, January 3, 2023 3:58 PM
**To:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Cc:** 'Leah Watson' <LWatson@aclu.org>; 'Lauren Johnson' <ljohnson@naacpldf.org>; 'Anna Occhipinti' <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>; Katie Blankenship <KBlankenship@aclufl.org>
**Subject:** Re: Pernell - House objections to subpoenas

**EXTERNAL EMAIL:** This email originated from outside of the Legislature. USE CAUTION when clicking links or opening attachments unless you recognize the sender and know the content is safe.

David,

I am still out of the office this week. Unfortunately, our team isn't going to have an answer today. Some people remain out on vacation; others are just returning to work. We would need to meet amongst ourselves, talk it over, and then schedule a call with you. We are willing to set a call for next week, but we can't do it this week (and I know you're out Thursday and Friday of this week).

If you need to speak with a member of our team while I am out this week, Katie Blankenship is the best person to contact. She is cc'd on this email, and her direct number is 786-363-1871. Thanks for following up, David.

**Jerry C. Edwards | Staff Attorney**
American Civil Liberties Union of Florida
Office: (786) 363-1107 | Cell: (904) 588-3705 | jedwards@aclufl.org
Pronouns: he, him, his

**From:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Sent:** Tuesday, January 3, 2023 12:48 PM
**To:** Jerry Edwards <JEdwards@aclufl.org>
**Cc:** 'Leah Watson' <LWatson@aclu.org>; 'Lauren Johnson' <ljohnson@naacpldf.org>; 'Anna Occhipinti' <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>
**Subject:** RE: Pernell - House objections to subpoenas

Hi Jerry, are you available to follow up on this today?

Thanks,

David

*David Axelman*
*General Counsel*
*Florida House of Representatives*
*Office of General Counsel*
*317 The Capitol*
*402 South Monroe Street*
*Tallahassee, FL 32399-1300*
*(850) 717-5500*

**From:** Axelman, David
**Sent:** Tuesday, December 27, 2022 3:24 PM
**To:** 'Jerry Edwards' <JEdwards@aclufl.org>
**Cc:** Leah Watson <LWatson@aclu.org>; Lauren Johnson <ljohnson@naacpldf.org>; Anna Occhipinti <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>
**Subject:** RE: Pernell - House objections to subpoenas

Hi, Jerry, I just tried your cell. Let me know if you still want to try to connect today.

Thanks,

David

*David Axelman*
*General Counsel*
*Florida House of Representatives*
*Office of General Counsel*
*317 The Capitol*
*402 South Monroe Street*

Tallahassee, FL 32399-1300
(850) 717-5500

**From:** Jerry Edwards <JEdwards@aclufl.org>
**Sent:** Thursday, December 22, 2022 9:48 PM
**To:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Cc:** Leah Watson <LWatson@aclu.org>; Lauren Johnson <ljohnson@naacpldf.org>; Anna Occhipinti <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>
**Subject:** Re: Pernell - House objections to subpoenas

**EXTERNAL EMAIL:** This email originated from outside of the Legislature. USE CAUTION when clicking links or opening attachments unless you recognize the sender and know the content is safe.

Sounds good. I should be available on Tuesday afternoon for a call. We'll talk then. Happy holidays to you and your loved ones!

**Jerry C. Edwards | Staff Attorney**
American Civil Liberties Union of Florida
Office: (786) 363-1107 | Cell: (904) 588-3705 | jedwards@aclufl.org
Pronouns: he, him, his

**From:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Sent:** Thursday, December 22, 2022 9:41 PM
**To:** Jerry Edwards <JEdwards@aclufl.org>
**Cc:** Leah Watson <LWatson@aclu.org>; Lauren Johnson <ljohnson@naacpldf.org>; Anna Occhipinti <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>
**Subject:** Re: Pernell - House objections to subpoenas

Understood. I'm happy to discuss this when you're back next week, and yes, my only concern would be timeliness, but I think you've alleviated that with your response. If you're available Tuesday, let's talk then.

Thanks,

David

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Jerry Edwards <JEdwards@aclufl.org>
**Sent:** Thursday, December 22, 2022 9:27:12 PM
**To:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Cc:** Leah Watson <LWatson@aclu.org>; Lauren Johnson <ljohnson@naacpldf.org>; Anna Occhipinti <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>
**Subject:** Re: Pernell - House objections to subpoenas

**EXTERNAL EMAIL:** This email originated from outside of the Legislature. USE CAUTION when clicking links or opening attachments unless you recognize the sender and know the content is safe.

David,

I am unavailable tomorrow, but even if I did find the time for a call, I couldn't give you an answer without running it by the rest of the team. They are out for the holidays, so we wouldn't be able to give you an answer this week. If you're willing to delay filing the motion, we can talk next week.

If you feel there would be a question as to the timeliness of the motion, I'm happy to stipulate that a date next week would be timely or agree to an extension in light of the holidays. Let me know if that's acceptable, as it's the best I can do under the circumstances. Thanks.

**Jerry C. Edwards | Staff Attorney**
American Civil Liberties Union of Florida
Office: (786) 363-1107 | Cell: (904) 588-3705 | jedwards@aclufl.org
Pronouns: he, him, his

---

**From:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Sent:** Thursday, December 22, 2022 7:36 PM
**To:** Jerry Edwards <JEdwards@aclufl.org>
**Cc:** Leah Watson <LWatson@aclu.org>; Lauren Johnson <ljohnson@naacpldf.org>; Anna Occhipinti <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>
**Subject:** RE: Pernell - House objections to subpoenas

Hi, Jerry. During the process of drafting the motion to quash, I reviewed all of the 14 Representatives' emails and documents on the House's server (going back to March 2021) containing the following terms:

"Critical Race Theory"

"CRT"

"H.B. 7"

"House Bill 7"

"Individual Freedom Act"

"Stop W.O.K.E. Act"

"Rufo"

As it turns out, there were very few documents containing the foregoing terms that are even arguably responsive to your document requests, and there were no (or virtually no) responsive documents pertaining to most categories. For example, there were no communications to or from Christopher Rufo except for one mass-mailed newsletter sent to one Representative (to which there was no response). And there were no communications with the Governor's office—only a handful of mass-mailed press releases.

Are your clients really going to take the position that the foregoing searches are insufficient, bearing in mind Rule 45's requirement to avoid undue burden as well as the reasons for the existence of the legislative privilege (primarily, the avoidance of intrusion into the legislative process)? For example, do you continue to insist that we also review and sort through all documents that mention terms such as "civil rights" and "protest"?

Please let me know if you're available for a brief call tomorrow, as I think that might be mutually beneficial.

Thanks,

David

**David Axelman**
General Counsel
Florida House of Representatives
Office of General Counsel
317 The Capitol
402 South Monroe Street
Tallahassee, FL 32399-1300
(850) 717-5500

---

**From:** Jerry Edwards <JEdwards@aclufl.org>
**Sent:** Monday, December 19, 2022 7:56 PM
**To:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Cc:** Leah Watson <LWatson@aclu.org>; Lauren Johnson <ljohnson@naacpldf.org>; Anna Occhipinti <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>
**Subject:** Re: Pernell - House objections to subpoenas

**EXTERNAL EMAIL:** This email originated from outside of the Legislature. USE CAUTION when clicking links or opening attachments unless you recognize the sender and know the content is safe.

Hey David,

I should be available at 4 PM to talk tomorrow. Let me know if that will work for you. Thanks.

**Jerry C. Edwards | Staff Attorney**
American Civil Liberties Union of Florida
Office: (786) 363-1107 | Cell: (904) 588-3705 | jedwards@aclufl.org
Pronouns: he, him, his

---

**From:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Sent:** Monday, December 19, 2022 7:32 PM
**To:** Jerry Edwards <JEdwards@aclufl.org>
**Cc:** Leah Watson <LWatson@aclu.org>; Lauren Johnson <ljohnson@naacpldf.org>; Anna Occhipinti <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>
**Subject:** RE: Pernell - House objections to subpoenas

Hey Jerry, sorry for the delayed response. Let's talk tomorrow if you're available.

**David Axelman**
General Counsel
Florida House of Representatives
Office of General Counsel
329 The Capitol
402 South Monroe Street
Tallahassee, FL 32399-1300
(850) 717-5500

---

**From:** Jerry Edwards <JEdwards@aclufl.org>
**Sent:** Wednesday, December 14, 2022 5:00 PM
**To:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Cc:** Leah Watson <LWatson@aclu.org>; Lauren Johnson <ljohnson@naacpldf.org>; Anna Occhipinti

<aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>
**Subject:** Re: Pernell - House objections to subpoenas

> **EXTERNAL EMAIL:** This email originated from outside of the Legislature. USE CAUTION when clicking links or opening attachments unless you recognize the sender and know the content is safe.

David,

I spoke with our team and can provide more clarity on the other outstanding issues.

1. Timeframe - We are willing to move off of January 1, 2020, but our preference would be May 25, 2020 (death of George Floyd). We think the aftermath is relevant, particularly because "wokeness" and CRT both emerged as more significant issues during that summer. Additionally, a UF Law professor had a critical race theory course cancelled in August 2020 (a decision the school did eventually reverse after backlash), and President Trump issued his anti-CRT order in September 2020. However, at a minimum, we feel the timeframe would need to start in March 2021 when Governor DeSantis publicly spoke out against CRT.

2. I sent the proposed search terms on Sunday. Let me know if you didn't receive them.

3. I believe there were two outstanding questions here. First, would our requests just be narrowed to studies, white papers, newspaper articles, and other purely factual documents (instead of including communications)? We do think there is potential that a communication could include purely factual information or a mix of fact and opinion written in a way that the opinion could be redacted without giving away what the substance of the advice or recommendation is. So our stance is it's still important to examine communications.

    Second, I recall there being a question about staffers. We think purely factual information that staffers accessed is relevant even if they didn't send the specific study, report, article, etc. to the representative because the staffers may have relayed that information in a different way (verbally, for example).

4. The scope of our S.B. 2524 request is limited to Section 9 of the bill, which pertains to performance funding. If the question here is whether just searching "performance funding" would be sufficient, the search would be a bit broader than that.

5. With regard to the privilege log, I concur that one generally isn't necessary for communications that are purely opinion or advice. However, if there are partial redactions of communications/documents with a mix of advice and purely factual information or you fully redact or omit an email that a study, report, article, etc. was attached to because it contains communications protected by the legislative

privilege (for example), our stance is that a privilege log is appropriate under these limited circumstances.

6. We are willing to limit this request to just the final draft of speeches, remarks, or other public appearances/statements that aren't themselves publicly available.

I hope that offers clarity on our stances. I have depositions tomorrow and Friday, so I won't be available this week to discuss these issues. I imagine you're busy with the special session as well, David. Let me know if you want to schedule something for the future. Alternatively, if you think this can be resolved via email, we can work through it on here. Thanks!

Best wishes,

**Jerry C. Edwards | Staff Attorney**
American Civil Liberties Union of Florida
Office: (786) 363-1107 | Cell: (904) 588-3705 | jedwards@aclufl.org
Pronouns: he, him, his

14.

---

**From:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Sent:** Friday, December 9, 2022 12:09 PM
**To:** Jerry Edwards <JEdwards@aclufl.org>
**Cc:** Leah Watson <LWatson@aclu.org>; Lauren Johnson <ljohnson@naacpldf.org>; Anna Occhipinti <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>
**Subject:** RE: Pernell - House objections to subpoenas

Thanks, Jerry. Just to clarify, the new return date for the subpoena will be January 6, which will allow us more time to attempt to resolve the objections without the need for a motion to quash (and will allow me additional time to move to quash if we aren't able to reach an agreement). Please let me know if I have misstated the nature of the agreed extension.

Also, do you still expect to be able to get back to me today regarding (1) the timeframe for your requests; (2) proposed search terms; (3) the scope of the legislative privilege regarding communications; (4) the scope of your SB 2524 request (specifically, whether it is limited to performance funding); and (5) the scope of request #16?


*David Axelman*
*General Counsel*
*Florida House of Representatives*
*Office of General Counsel*
*329 The Capitol*
*402 South Monroe Street*
*Tallahassee, FL 32399-1300*
*(850) 717-5500*

---

**From:** Jerry Edwards <JEdwards@aclufl.org>
**Sent:** Friday, December 9, 2022 11:04 AM
**To:** Axelman, David <David.Axelman@myfloridahouse.gov>

**Cc:** Leah Watson <LWatson@aclu.org>; Lauren Johnson <ljohnson@naacpldf.org>; Anna Occhipinti <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>
**Subject:** Re: Pernell - House objections to subpoenas

> **EXTERNAL EMAIL:** This email originated from outside of the Legislature. USE CAUTION when clicking links or opening attachments unless you recognize the sender and know the content is safe.

David,

I spoke with our team about the extension of time you requested regarding the production dates on the subpoenas. We are willing to grant you an extension to the first week of January. Let me know if January 6 works.

Thanks,

**Jerry C. Edwards | Staff Attorney**
American Civil Liberties Union of Florida
Office: (786) 363-1107 | Cell: (904) 588-3705 | jedwards@aclufl.org
Pronouns: he, him, his

---

**From:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Sent:** Monday, December 5, 2022 12:13 PM
**To:** Jerry Edwards <JEdwards@aclufl.org>
**Cc:** Leah Watson <lwatson@aclu.org>; Lauren Johnson <ljohnson@naacpldf.org>; Carrie McNamara <CMcNamara@aclufl.org>; Anna Occhipinti <aocchipinti@naacpldf.org>; Maida, Michael <Michael.Maida@myfloridahouse.gov>
**Subject:** RE: Pernell - House objections to subpoenas

Yes; how about 11?

*David Axelman*
*General Counsel*
*Florida House of Representatives*
*Office of General Counsel*
*329 The Capitol*
*402 South Monroe Street*
*Tallahassee, FL 32399-1300*
*(850) 717-5500*

---

**From:** Jerry Edwards <JEdwards@aclufl.org>
**Sent:** Monday, December 5, 2022 11:54 AM
**To:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Cc:** Leah Watson <lwatson@aclu.org>; Lauren Johnson <ljohnson@naacpldf.org>; Carrie McNamara <CMcNamara@aclufl.org>; Anna Occhipinti <aocchipinti@naacpldf.org>
**Subject:** Re: Pernell - House objections to subpoenas

> **EXTERNAL EMAIL:** This email originated from outside of the Legislature. USE CAUTION when clicking links or opening attachments unless you recognize the sender and know the content is safe.

Hey David,

Regarding the meet and confer, are you available for a meeting during the window of 11 AM to 1 PM on Wednesday (December 7)? Thanks!

**Jerry C. Edwards | Staff Attorney**
American Civil Liberties Union of Florida
Office: (786) 363-1107 | Cell: (904) 588-3705 | jedwards@aclufl.org
Pronouns: he, him, his

**From:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Sent:** Friday, December 2, 2022 10:25 AM
**To:** Jerry Edwards <JEdwards@aclufl.org>
**Subject:** RE: Pernell - House objections to subpoenas

Thanks, Jerry. You too.

*David Axelman*
*General Counsel*
*Florida House of Representatives*
*Office of General Counsel*
*329 The Capitol*
*402 South Monroe Street*
*Tallahassee, FL 32399-1300*
*(850) 717-5500*

**From:** Jerry Edwards <JEdwards@aclufl.org>
**Sent:** Thursday, December 1, 2022 8:46 PM
**To:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Subject:** Re: Pernell - House objections to subpoenas

**EXTERNAL EMAIL:** This email originated from outside of the Legislature. USE CAUTION when clicking links or opening attachments unless you recognize the sender and know the content is safe.

Receipt acknowledged. I'll pass it along to the rest of the team, and we can get back to you on scheduling a meeting. Hope you enjoy your weekend, David!

**Jerry C. Edwards | Staff Attorney**
American Civil Liberties Union of Florida
Office: (786) 363-1107 | Cell: (904) 588-3705 | jedwards@aclufl.org
Pronouns: he, him, his

**From:** Axelman, David <David.Axelman@myfloridahouse.gov>
**Sent:** Thursday, December 1, 2022 6:26 PM
**To:** Jerry Edwards <JEdwards@aclufl.org>
**Subject:** Pernell - House objections to subpoenas

Jerry,

In accordance with Rule 45, this email constitutes service of the non-party Representatives' and House Clerk's objections to the subpoenas in the *Pernell* litigation. Please let me know whether you (and your team, if necessary) are available for a meet-and-confer early next week.

Thanks,

David

*David Axelman*
General Counsel
Florida House of Representatives
Office of General Counsel
329 The Capitol
402 South Monroe Street
Tallahassee, FL 32399-1300
(850) 717-5500


Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.


Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.


Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.


Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Exhibit 1

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.