# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, et al.<br>    *Plaintiffs*,<br><br>v.<br><br>FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, et al.<br>    *Defendants*. | Case No. 4:22-cv-304 (MW) |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 11.1(H)(1)(b), the undersigned hereby notifies the Court and counsel of the withdrawal of Isabella Salomão Nascimento as counsel for Plaintiffs Pernell, Thompson Dorsey, Austin, Park, Sandoval, Almond, Dunn, and Dauphin, with their consent. Plaintiffs will remain represented by all other counsel who have appeared in the case from the American Civil Liberties Union Foundation, the American Civil Liberties Union Foundation of Florida, the NAACP Legal Defense and Education Fund, Inc., and Ballard Spahr LLP.

Dated: February 1, 2023       BY: *s/Isabella Salomão Nascimento*
    Isabella Salomão Nascimento (admitted *pro hac vice*)
    **Ballard Spahr LLP**
    2000 IDS Center 80 South 8th Street
    Minneapolis, MN 55402
    Tel: (612) 371-3281
    Fax: (612) 371-3207
    Email: nascimentoi@ballardspahr.com

    *Attorney for Plaintiffs*