IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

*Plaintiffs,*

v.

BRIAN LAMB, et al.,

*Defendant*.

Case No. 4:22cv 304-MW/MAF

## MOTION OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 11.1(H), Counsel for Plaintiffs move this court to withdraw Lauren Johnson as counsel of record for Plaintiffs Russell Almond, Sharon Wright Austin, Johana Dauphin, Dana Thompson Dorsey, Marvin Dunn, Shelley Park, Leroy Pernell, and Jennifer Sandoval.

Effective February 6, 2023, Ms. Johnson will no longer be employed at the NAACP Legal Defense and Educational Fund, Inc. Plaintiffs' counsel have notified Plaintiffs of these developments, and Plaintiffs do not oppose the withdrawal. The Parties should serve all future correspondence and pleadings on the remaining counsel of record for the Plaintiffs.

1

Date:  February 6, 2023

/s/ *Lauren Johnson*
Lauren Johnson
NAACP LEGAL DEFENSE &
  EDUCATIONAL FUND, INC.
700 14th Street, Suite 600
Washington, DC 20005
Tel.: (202) 682-1300
Fax: (202) 682-1312
ljohnson@naacpldf.org

*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

 */s/ Lauren Johnson*          
Lauren Johnson
