IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL, et al.,**

    *Plaintiffs*,

v.                                                         Case No.: 4:22cv304-MW/MAF

**BRIAN LAMB, et al.,**

    *Defendants*.

_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, the motion to withdraw Lauren Johnson as counsel for Plaintiffs. ECF No. 98. Plaintiffs continues to be represented by counsel, and representation will continue uninterrupted. This motion is, therefore, **GRANTED**. The Clerk shall disconnect Ms. Johnson from CM/ECF in this matter.

    **SO ORDERED on February 7, 2023.**

                                                                 s/Mark E. Walker
                                                                 **Chief United States District Judge**