UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    Plaintiffs,

v.                                              Case No.: 4:22-cv-304-MW-MAF

BRIAN LAMB, et al.,

    Defendants.

_____/

**JOINT STATUS REPORT ON DISCOVERY**

Pursuant to this Court's Order (ECF No. 34), the Parties file their joint status report on discovery as follows:

1. Defendants have commenced rolling productions of responsive documents to Plaintiffs discovery requests and have made two productions to date, on January 30 and February 16, 2023, respectively.

2. Plaintiffs submitted responses and produced documents responsive to Defendants' discovery requests on February 3, 2022.

3. Defendants have yet to identify a date for substantial completion of their document production. Defendants are unable to do so until they are able to assess the impact that the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99) will have on their production. To date, Plaintiffs have agreed to allow Defendants to work

through this issue before further discussions as the substantial completion deadline. The parties are working to finish negotiations of search terms through the meet and confer process.

4. On February 9, 2023, Defendants' counsel provided written responses and objections to the third-party subpoena served by the Plaintiffs on Governor DeSantis, whom Defendants' counsel is also representing. Plaintiffs disagree as to Governor DeSantis's objections and the Parties are currently communicating about these issues through the meet and confer process. The Parties will continue these discussions in good faith and will seek assistance from the Court when and if necessary.

Respectfully submitted,

/s/ Caroline A. McNamara
**Caroline A. McNamara**
Fla. Bar No. 1038312
ACLU Found. of Fla.
4343 W. Flagler St., Suite 400
Miami, FL 33134
T. 786.363.1392
cmcnamara@aclufl.org

**Katherine H. Blankenship**
Fla. Bar. No. 1031234
ACLU Found. of Fla.
4343 W. Flagler St., Suite 400
Miami, FL 33134
T. 786.363.1871
kblankenship@aclufl.org

**COUNSEL FOR PLAINTIFFS**

/s/ John D. Ohlendorf
**John D. Ohlendorf**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.

Washington, D.C. 20046
johlendorf@cooperkirk.com
(202) 220-9617

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Caroline A. McNamara
Caroline A. McNamara
