UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL**, et al.,

   *Plaintiffs*,

   v.                              No. 4:22-cv-304-MW-MAF

**FLORIDA BOARD OF GOVERNORS
OF THE STATE UNIVERSITY SYSTEM**, et al.,

   *Defendants*.

_____

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** of the appearance of Daniel W. Bell as counsel for Representatives Andrade, Bell, Borrero, Fernandez-Barquin, Fine, Maggard, Massullo, McClain, Overdorf, Payne, Roth, Shoaf, Sirois, and Truenow.

                                        Respectfully submitted,

                                        ASHLEY MOODY
                                        ATTORNEY GENERAL

                                        */s/ Daniel William Bell*
                                        Daniel William Bell (FBN 1008587)
                                        CHIEF DEPUTY SOLICITOR GENERAL
                                        Office of the Attorney General
                                        The Capitol, PL-01
                                        Tallahassee, FL 32399
                                        Phone: (850) 414-3300
                                        Facsimile: (850) 410-2672
                                        daniel.bell@myfloridalegal.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 28th day of February, 2023.

*/s/ Daniel William Bell*
Daniel William Bell