UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL**, et al.,

   *Plaintiffs*,

v.     No. 4:22-cv-304-MW-MAF

**FLORIDA BOARD OF GOVERNORS
OF THE STATE UNIVERSITY SYSTEM**, et al.,

   *Defendants*.

_____

### NOTICE OF APPEAL

Notice is hereby given that Representatives Andrade, Bell, Borrero, Fernandez-Barquin, Fine, Maggard, Massullo, McClain, Overdorf, Payne, Roth, Shoaf, Sirois, and Truenow appeal to the United States Court of Appeals for the Eleventh Circuit the order denying in part their motion to quash (DE100), which was entered by this Court on February 22, 2023. *See In re Hubbard*, 803 F.3d 1298, 1305 (11th Cir. 2015) (holding that denied legislative privilege claims are immediately appealable).

1

Respectfully submitted,

ASHLEY MOODY
*Attorney General*

HENRY C. WHITAKER (FBN 1031175)
   *Solicitor General*
*/s/ Daniel William Bell*
DANIEL WILLIAM BELL (FBN 1008587)
   *Chief Deputy Solicitor General*
EVAN EZRAY (FBN 1008228)
   *Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
PL-01 the Capitol
Tallahassee, Florida 32399
(850) 414-3300
(850) 410-2672 (fax)
*daniel.bell@myfloridalegal.com*

DAVID AXELMAN (FBN 90872)
   *General Counsel*
J. MICHAEL MAIDA (FBN 95055)
   *Deputy General Counsel*
The Florida House of Representatives
329 The Capitol
Tallahassee, Florida 32399
(850) 717-5500
*david.axelman@myfloridahouse.gov*

*Counsel for Representatives Andrade, Bell, Borrero, Fernandez-Barquin, Fine, Maggard, Massullo, McClain, Overdorf, Payne, Roth, Shoaf, Sirois, and Truenow*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Daniel William Bell*
Chief Deputy Solicitor General
