# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    *Plaintiffs*,

v.

FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, et al.,

    *Defendants*.

Case No.: 4:22-cv-304

## [PROPOSED] SECOND AMENDED SCHEDULING AND MEDIATION ORDER

This order is entered upon consideration of the parties' Joint Status Report and Motion to Further Amend Scheduling and Mediation Order. ECF No. 93. Accordingly,

**IT IS ORDERED:**

1. Discovery must be completed no later than **June 2, 2023**, however the following interim discovery deadlines are stayed:

   a. The deadline to propound discovery requests (formerly March 20, 2023);

   b. The deadline to exchange initial expert disclosures & reports (formerly April 3, 2023);

c. The deadline to exchange expert disclosures & reports (formerly May 3, 2023); and

d. The deadline to file motions to compel discovery (formerly May 3, 2023).

2. The parties shall no later than **May 3, 2023** submit to the Court a joint status report presenting their respective positions regarding (i) whether the Parties are able to complete discovery by June 2, 2023; (ii) appropriate deadlines related to discovery and expert disclosures; and (iii) whether the Amended Scheduling and Mediation Order (ECF No. 93) should be further modified.

3. On all other matters not addressed in this Order, the Amended Scheduling and Mediation Order, the Scheduling and Mediation Order, the joint scheduling report, or the Initial Scheduling Order remain in effect accordingly.

**SO ORDERED on March __, 2023.**

_____
**Chief United States District Judge**