# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL, et al.<br>    *Plaintiffs*,<br><br>v.<br><br>FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, et al.<br>    *Defendants*. | Case No. 4:22-cv-304 (MW) |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Emily ("Emmy") Parsons respectfully moves this Court for leave to appear *pro hac vice* on behalf of Leroy Pernell, Dana Thompson Dorsey, Sharon Austin, Shelley Park, Jennifer Sandoval, Russell Almond, Marvin Dunn, and Johana Dauphin (collectively "Plaintiffs"), and states as follows:

1. Plaintiffs have retained the law firm of Ballard Spahr LLP to represent them in this matter. In addition, Plaintiffs have retained the American Civil Liberties Union Foundation, the American Civil Liberties Union Foundation of Florida, Inc., and the NAACP Legal Defense and Educational Fund, Inc. as counsel in this matter.

2. I am an associate with Ballard Spahr LLP ("Ballard"), and regularly practice law at Ballard Spahr's office in Washington, D.C.

3. I am an active member in good standing of the District of Columbia Bar, as indicated by the attached certificate.

4. I have successfully completed the online Local Rules tutorial exam. My confirmation number is **FLND1679407707277**.

     5.    I have successfully completed the CM/ECF online tutorials.

     6.    I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

     WHEREFORE, Emily ("Emmy") Parsons respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs.

Dated: March 23, 2023           **BALLARD SPAHR LLP**

*/s/Emily ("Emmy") Parsons*
Emily ("Emmy") Parsons
1909 K St., NW, 12th Fl.
Washington, D.C. 20006
(202) 661-7603
parsonse@ballardspahr.com

*Counsel for Plaintiffs*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Emily Shaw Parsons*

was duly qualified and admitted on April 6, 2015 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 21, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*