IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL, et al.,**

   *Plaintiffs*,

v.                                                                       Case No.: 4:22cv304-MW/MAF

**BRIAN LAMB, et al.,**

   *Defendants*.

_____/

### ORDER ADMITTING EMILY PARSONS *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Emily "Emmy" Parsons *pro hac vice*. ECF No. 113. The motion is **GRANTED**. Ms. McLaurin has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED on March 24, 2023.**

                                                              **s/Mark E. Walker**
                                                              **Chief United States District Judge**