UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    Plaintiffs,

v.                                                                Case No.: 4:22-cv-304-MW-MAF

BRIAN LAMB, et al.,

    Defendants.

_____/

### JOINT STATUS REPORT ON DISCOVERY

Pursuant to this Court's Order (ECF No. 34), the Parties file their joint status report on discovery as follows:

1. Plaintiffs submitted responses and produced documents responsive to Defendants' Rule 34 document requests on February 3, 2023.

2. Defendants have produced 3,277 documents responsive to Plaintiffs' Rule 34 document requests. As detailed below, Defendants currently anticipate producing at least 100,000 additional records responsive to Plaintiffs' requests.

3. Many records responsive to Plaintiffs' requests may contain information protected by the Family Education Rights and Privacy Act (FERPA) (20 U.S.C. § 1232(g); 34 C.F.R. Part 99). On March 13, 2023, Defense counsel

represented they had developed a process with their document vendor by which to identify possible FERPA-protected information. Counsel represented that this process takes a minimum of five days to search records in the possession of each Defendant university. Counsel represented that this process was completed for all Defendant universities except for one. That search has now been completed. Defendants are continuing to assess the quality of this search process.

4. Defense counsel is now in the process of reviewing these records to confirm the presence of FERPA-protected material, to redact any such material, and to quality check the productions.[1]

5. Defense counsel anticipates making an additional production to Plaintiffs on Monday, April 17.

6. At this time, Defendants are not yet able to identify a date for substantial completion of their document production. Defendants are also unable to provide a firm estimate regarding the number of responsive documents they anticipate producing. During a meet and confer on March 13, 2023, Defendants' counsel provided a good faith estimate that their production

---

[1] Plaintiffs reserve the right to challenge the applicability of FERPA to information that Defendants redact in their discovery responses or to seek production of the purportedly protected information consistent with the scope of discovery under Fed. R. Civ. P. 26.

would consist of approximately 50,000 documents. Subsequently, during a meet and confer on April 3, 2023, Defendants' counsel estimated that more than 100,000 documents may be produced. Defense counsel represented that they hope to be able to identify a more specific estimate, but at this time, they cannot.

7. On February 9, 2023, Governor DeSantis—also represented by Defendants' counsel—provided written responses and objections to the third-party subpoena served by the Plaintiffs. On March 15, 2023, Plaintiffs agreed to withdraw without prejudice the subpoena directed to Governor DeSantis pending the completion of further discovery.

8. On March 16, 2023, the parties submitted a Joint Status Report and Motion to Amend the Scheduling Order (the "Motion") (ECF No. 110), requesting that the Court: 1) stay all discovery deadlines prior to the June 2, 2023 deadline set forth in the Amended Scheduling and Mediation Order ("the Amended Scheduling Order") (ECF No. 93); and 2) allow the parties to submit a joint status report to the Court by no later than May 3, 2023 presenting their respective positions regarding (i) whether the Parties are able to complete discovery by June 2, 2023 (ii) appropriate deadlines related to discovery and expert disclosures, and (iii) whether the Amended Scheduling Order should be further modified. *See* ECF No. 110.

9. The Motion is still pending before the Court. The parties anticipate, however, that given the significant amount of documents still to be produced by Defendants, that they will require further relief from the Court with respect to the deadlines set forth in the current Amended Scheduling and Mediation Order (ECF No. 93).

Dated: April 17, 2023

Respectfully submitted,

/s/     *Jason Leckerman*

Jason Leckerman (*pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
leckermanj@ballardspahr.com
(215) 864-8266

**COUNSEL FOR PLAINTIFFS**

/s/   *John Ohlendorf (with permission)*
**John D. Ohlendorf**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20046
johlendorf@cooperkirk.com
(202) 220-9617

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/     *Jason Leckerman*