IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL, et al.,**

    *Plaintiffs*,

v.                                                  Case No.: 4:22cv304-MW/MAF

**BRIAN LAMB, et al.,**

    *Defendants*.
_____/

## ORDER STAYING ALL DISCOVERY DEADLINES

This Court has considered, without hearing, the parties' joint status report and motion to further amend scheduling and mediation order, ECF No. 110. In it, the parties request to stay all discovery deadlines prior to the June 2, 2023 discovery deadline, while leaving in place all other deadlines not addressed in their motion. The motion, ECF No. 110, is **GRANTED**. All discovery deadlines are hereby **STAYED** pending further Order from this Court.

The parties shall submit a joint status report on or before May 3, 2023, presenting their positions as to whether they are able to complete discovery by June 2, 2023, any appropriate deadlines related to discovery and expert disclosures, and

whether this Court should further modify the amended scheduling and mediation order.

**SO ORDERED on April 18, 2023.**

<u>s/Mark E. Walker</u>     <br>
**Chief United States District Judge**