UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    Plaintiffs,

v.                                                                                              Case No.: 4:22-cv-304-MW-MAF

BRIAN LAMB, et al.,

    Defendants.

_____/

### JOINT STATUS REPORT ON DISCOVERY

Pursuant to this Court's Orders (ECF No. 34 and No. 116), the Parties file their joint status report on discovery as follows:

1. Since the Parties' last joint status report (ECF No. 117) Defendants have produced two sets of records responsive to Plaintiffs' Rule 34 document requests totaling approximately 50,000 documents.

2. Defendants anticipate producing an additional 200,000 documents responsive to Plaintiffs' Rule 34 discovery requests, and they believe it will take them until August 28, 2023 to complete production of these documents.

3. Plaintiffs have begun reviewing Defendants' productions, and, based on the review conducted to date, believe that it will take several months to review Defendants' anticipated production.

4. The Parties also anticipate that there will be a significant number of depositions conducted in this matter.

5. Separately, in the appeal filed by the Florida Legislators of this Court's Order Granting in Part and Denying Motion to Quash (ECF No. 100), the Court of Appeals for the Eleventh Circuit ordered that oral argument on the Legislators' appeal be heard during the week of July 17, 2023.

6. The Parties therefore agree that they are unable to complete discovery by June 2, 2023, and they seek leave from this Court to modify the deadlines in this matter as follows:

| Proposed Deadline | Event | Previous Deadline |
|---|---|---|
| August 28, 2023 | Defendants substantially complete production of documents responsive to Plaintiffs' September 29, 2022 Rule 34 discovery requests with rolling productions to Plaintiffs every two weeks | n/a |
| December 18, 2023 | Deadline to propound written party discovery | March 20, 2023 |
| February 1, 2024 | Rule 26(a)(2) expert disclosures and reports<br><br>*Within 60 days before close of discovery* | April 3, 2023 |
| March 1, 2024 | Rebuttal expert disclosures and reports<br><br>*Within 30 days before close of discovery* | May 3, 2023 |
| March 1, 2024 | Motions to compel | May 3, 2023 |

|  | *Within 30 days before close of discovery* |  |
|---|---|---|
| April 1, 2024 | Close of Discovery | June 2, 2023 |
| April 21, 2024 | Motions for summary judgment<br><br>*Within 21 days after close of discovery* | June 23, 2023 |

7. In addition, according to the Court's current Order, mediation must begin within 14 days after the discovery deadline, and completed within 28 days after the discovery deadline (ECF 93).  Accordingly, the Parties respectfully request that the Court order mediation to begin by April 15, 2024 and be completed by April 29, 2024.

8. Finally, the Parties note that with this proposed revised timeline, discovery would conflict with this Court's current Order setting this matter for a trial during the trial period that begins on Monday, September 18, 2023.  (ECF 93).  The Parties respectfully request that the Court confirm that trial will not occur during the September 18, 2023 trial block, should it grant the relief the Parties seek.  The Parties do not, however, take a position on an appropriate alternative date for trial in this matter at this time.

Dated: May 3, 2023                                     Respectfully submitted,

/s/ *Jason Leckerman*

Jason Leckerman (*pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
leckermanj@ballardspahr.com
(215) 864-8266

**COUNSEL FOR PLAINTIFFS**


/s/   *John D. Ohlendorf (with permission*)
**John D. Ohlendorf**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20046
johlendorf@cooperkirk.com
(202) 220-9617

**COUNSEL FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/     Jason Leckerman