## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**LEROY PERNELL,**
**et al.,**

        *Plaintiffs,*

 **v.**                     **Case No.: 4:22cv304-MW/MAF**

**FLORIDA BOARD OF GOVERNORS**
**OF THE STATE UNIVERSITY**
**SYSTEM, et al.,**

        *Defendants.*
_____/

### ORDER MODIFYING SCHEDULING AND MEDIATION ORDER

This Court has considered, without hearing, the parties' joint status report on discovery, ECF No. 117. In light of the parties' status report, the stay of discovery is hereby lifted, and this Court's Scheduling and Mediation Order is amended pursuant to the parties' request, as follows.

The parties' deadline to propound written party discovery is extended to **on or before December 18, 2023**. The deadline for expert disclosures and reports is extended to **on or before February 1, 2024**. The deadline for rebuttal expert disclosures and reports is extended to **on or before March 1, 2024**. Motions to compel must be filed **no later than March 1, 2024**. The final discovery deadline is extended to **April 1, 2024**. Any motions for summary judgment are due **on or before**

**April 22, 2024**. Mediation must begin **on or before April 15, 2024,** and must be completed **on or before April 29, 2024**. The bench trial is reset for the trial period beginning **Monday, July 15, 2024**.

      **SO ORDERED on May 3, 2023.**

                         **s/ MARK E. WALKER**
                         **Chief United States District Judge**