IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,
*Plaintiffs*,

v.

BRIAN LAMB, et al.,
*Defendants*.

Case No.: 4:22cv304-MW/MAF

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Crystal Pardue respectfully moves this Court for leave to appear *pro hac vice* on behalf of LEROY PERNELL, DANA THOMPSON DORSEY, SHARON AUSTIN, SHELLEY PARK, JENNIFER SANDOVAL, RUSSELL ALMOND, MARVIN DUNN, and JOHANA DAUPHIN ("Plaintiffs"), and states as follows:

1. Plaintiffs have retained the law firm of the American Civil Liberties Union Foundation ("ACLU") to represent them in this matter. In addition, Plaintiffs have retained the American Civil Liberties Union Foundation of Florida, Inc., Ballard Spahr LLP, and the NAACP Legal Defense and Educational Fund, Inc. as counsel in this matter.

1

2. I am an attorney with the ACLU, and regularly practice law at the ACLU's office in New York, NY.

3. I am an active member in good standing of the Supreme Court of the State of Washington and all the Courts of the State of Washington, as indicated by the attached certificate.

4. I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND1680290218324.

5. I have reviewed the CM/ECF Attorney User's Guide.

6. I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Crystal Pardue respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs.

Dated: May 17, 2023    American Civil Liberties Union Foundation

*/s/ Crystal Pardue*
Crystal Pardue
125 Broad Street, 18th Floor
New York, NY 10004
206-584-4039
CPardue@aclu.org

*Counsel for Plaintiffs*

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | ) | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 54371 |
| | ) | |
| OF | ) | **CERTIFICATE** |
| | ) | |
| CRYSTAL ANDREA PARDUE | ) | **OF** |
| | ) | |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |
| | ) | |

_____

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**CRYSTAL ANDREA PARDUE**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 2, 2018, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 12th day of May, 2023.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court