IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    *Plaintiffs*,

v.                                            Case No.: 4:22cv304-MW/MAF

BRIAN LAMB, et al.,

    *Defendants*.

_____/

## ORDER ADMITTING CRYSTAL PARDUE *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Crystal Pardue *pro hac vice.* ECF No. 119. The motion is **GRANTED**. Ms. Pardue has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED on May 17, 2023.**

                                                                    **s/Mark E. Walker           **
                                                                    **Chief United States District Judge**