UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    Plaintiffs,

v.                                              Case No.: 4:22-cv-304-MW-MAF

BRIAN LAMB, et al.,

    Defendants.

_____/

### JOINT STATUS REPORT ON DISCOVERY

Pursuant to this Court's Order (ECF No. 34), the Parties file their joint status report on discovery as follows:

1. Since the Parties' last joint status report (ECF No. 117) Defendants have produced two sets of records responsive to Plaintiffs' Rule 34 document requests totaling approximately 9,000 documents. Thus far, Defendants have produced 59,929 documents.

2. Plaintiffs are assessing the collection process for records that are responsive to Defendants' Rule 34 document requests. The Parties are continuing the meet-and-confer process regarding those requests.

Dated: June 7, 2023

Respectfully submitted,

/s/*John D. Ohlendorf*
**John D. Ohlendorf**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20046
johlendorf@cooperkirk.com
(202) 220-9617

**COUNSEL FOR DEFENDANTS**

/s/*Jason Leckerman*
**Jason Leckerman** (*pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
leckermanj@ballardspahr.com
(215) 864-8266

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/     *John D. Ohlendorf*