UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    Plaintiffs,

v.                                      Case No.: 4:22-cv-304-MW-MAF

BRIAN LAMB, et al.,

    Defendants.

_____/

**JOINT STATUS REPORT ON DISCOVERY**

Pursuant to this Court's Order (ECF No. 34), the Parties file their joint status report on discovery as follows:

1. Defendants have continued to produce documents responsive to Plaintiffs' discovery requests on a rolling basis and have produced 4,696 documents since the last status report was filed.

2. Plaintiffs continue to assess the collection process for records that are responsive to Defendants' discovery requests.

3. The Parties are continuing to meet and confer regarding two protective orders that would aid in the parties' continued production of documents.

Dated: July 10, 2023

        Respectfully submitted,

        */s/ Morenike Fajana*
        **Morenike Fajana** (*pro hac vice*)
        NAACP LDF, INC.
        40 Rector Street, 5th Floor
        New York, NY 10006
        (212) 217-1690
        mfajana@naacpldf.org

        **COUNSEL FOR PLAINTIFFS**

        */s/ John D. Ohlendorf*
        **John D. Ohlendorf**
        Cooper & Kirk, PLLC
        1523 New Hampshire Avenue, N.W.
        Washington, D.C. 20046
        (202) 220-9617
        johlendorf@cooperkirk.com

        **COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 10th day of July 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                      */s/ Morenike Fajana*
                                      Morenike Fajana