UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    Plaintiffs,

v.

                                Case No.: 4:22-cv-304-MW-MAF

BRIAN LAMB, et al.,

    Defendants.
                                            /

**JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), the Parties have developed the proposed Protective Order attached hereto as Exhibit A. For the reasons stated below, the Parties respectfully request the Court enter this proposed Protective Order[1].

1. The Parties agree that discovery in this matter will likely represent or contain sensitive, confidential, or other confidential personal, financial, and/or commercial information within the meaning of Rule 26(c) of the Federal Rules of Civil Procedure.

---

[1] The Defendants are filing an Unopposed Motion for Entry of a FERPA Protective Order contemporaneously, which addresses the unique obligations of FERPA.

1

2. Because of the sensitive and confidential information that will be exchanged in discovery, the Parties believe that enabling them to mark such information pursuant to the terms of the attached proposed Protective Order will appropriately safeguard the Parties' interests and that good cause exists for the entry of this Protective Order.

For the reasons stated herein, the Parties respectfully request that the Court enter this proposed Order.

Dated: July 21, 2023

Respectfully submitted,

/s/Jason Leckerman
Jason Leckerman (*pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
leckermanj@ballardspahr.com
(215) 864-8266

**COUNSEL FOR PLAINTIFFS**

/s/*John D. Ohlendorf*
**John D. Ohlendorf**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20046
johlendorf@cooperkirk.com
(202) 220-9617

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/*John D. Ohlendorf*
John D. Ohlendorf
