# ATTACHMENT A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    Plaintiffs,

Case No.: 4:22-cv-304-MW-MAF

v.

BRIAN LAMB, et al.,

    Defendants.

_____/

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

The undersigned hereby acknowledges that he/she has read the Stipulated Protective Order entered in the above-captioned action, understands the terms thereof, and agrees to be bound by its terms. The undersigned further submits to the jurisdiction of the United States District Court for the Northern District of Florida in matters relating to the Stipulated Protective Order and understands that the terms of the Stipulated Protective Order obligate him/her to use Confidential Materials in strict accordance with the Order and solely for the purposes of the above-captioned action, and to not disclose any Confidential Materials or information derived directly therefrom to any other person, firm, or concern unless authorized by the Stipulated Protective Order or another applicable Court Order.

The undersigned acknowledges that violation of the Stipulated Protective Order may result in penalties.

Name:_____

Business Address: _____

                                _____

                                _____

Date:_____            Signature:_____