UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　Case No.: 4:22-cv-304-MW-MAF

BRIAN LAMB, et al.,

    Defendants.

_____/

### JOINT STATUS REPORT ON DISCOVERY

Pursuant to this Court's Order (ECF No. 34), the Parties file their joint status report on discovery as follows:

1. Defendants have continued to produce documents responsive to Plaintiffs' discovery requests on a rolling basis and have produced 171 documents since the last status report was filed.

2. Plaintiffs continue to assess the collection process for records that are responsive to Defendants' discovery requests.

3. On July 24, the Court entered two protective orders to facilitate the parties' continued production of documents.

4. Plaintiffs have served interrogatories, requests for admission, and a second set of requests for production. Defendants are preparing their written responses and objections.

Dated: August 11, 2023

        Respectfully submitted,

        */s/ John D. Ohlendorf*
        **John D. Ohlendorf**
        Cooper & Kirk, PLLC
        1523 New Hampshire Avenue, N.W.
        Washington, D.C. 20046
        (202) 220-9617
        johlendorf@cooperkirk.com

        **COUNSEL FOR DEFENDANTS**

        */s/ Morenike Fajana*
        **Morenike Fajana** (*pro hac vice*)
        NAACP LDF, INC.
        40 Rector Street, 5th Floor
        New York, NY 10006
        (212) 217-1690
        mfajana@naacpldf.org

        **COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ John D. Ohlendorf*
John D. Ohlendorf