IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEROY PERNELL et al.<br><br>   *Plaintiffs*,<br><br>           v.<br><br>FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM et al.<br><br>   *Defendants*. | Case No. 4:22-cv-304 (MW) |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 11.1(H)(1)(b), the undersigned hereby notifies the Court and counsel of the withdrawal of Laura Moraff as counsel for Plaintiffs Leroy Pernell, Dana Thompson Dorsey, Sharon Wright Austin, Shelley Park, Jennifer Sandoval, Russell Almond, Marvin Dunn, and Johana Dauphin, with their consent. Plaintiffs will remain represented by all remaining counsel who have appeared in the case from the American Civil Liberties Union Foundation, the American Civil Liberties Union Foundation of Florida, the NAACP Legal Defense and Education Fund, Inc., and Ballard Spahr LLP.

Dated: September 5, 2023

                                        */s/ Laura Moraff*
                                        Laura Moraff (admitted *pro hac vice*)
                                        AMERICAN CIVIL LIBERTIES
                                          UNION FOUNDATION
                                        125 Broad Street
                                        New York, NY 10004, Floor 18
                                        Tel: (212) 549-2500
                                        Fax: (212) 549-2654
                                        Email: lmoraff@aclu.org

                                        *Attorney for Plaintiffs*