UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    Plaintiffs,

v.                                           Case No.: 4:22-cv-304-MW-MAF

BRIAN LAMB, et al.,

    Defendants.

## JOINT STATUS REPORT ON DISCOVERY

Pursuant to this Court's Order (ECF No. 34), the Parties file their joint status report on discovery as follows:

1. The Parties apologize to the Court for neglecting to file the Joint Status Report that was due on January 29, 2024.

2. On January 5, 2024, Defendants served a second set of requests for production on Plaintiffs. On February 5, 2014, Plaintiffs served their responses and objections.

3. On January 5, 2024, Defendants notified Plaintiffs of their intention to serve a third-party subpoena on the Boston University Center for Antiracist Research. After the Center reported that no responsive documents exist, Defendants withdrew the subpoena on February 9, 2024.

4. On January 19, 2024, the parties held a meet and confer regarding Defendants' outstanding responses to Plaintiffs' Requests for Production Nos. 20 and 21. The parties continue to confer on this issue.

5. Defendants completed their review of the unresponsive, confidential documents that were produced to Plaintiffs. Defendants provided a list of those documents to the Plaintiffs on January 19, 2024. Defendants will supplement the list if any further unresponsive, confidential documents are identified.

6. On January 30, 2024, Plaintiffs served seven notices of deposition pursuant to FRCP 30(b)(6) and Fla. R. Civ. P. 1.310(b)(6). The parties continue to meet and confer regarding the topics of examination, scheduling and locations for these depositions.

7. On February 21, 2024, Plaintiffs produced 62 documents in response to Defendants' Second Requests for Production. At this time, Plaintiffs' production is substantially complete.

8. On February 22, 2024, Plaintiffs served their privilege log on Defendants.

Dated: February 23, 2024

Respectfully submitted,

*/s/ Morenike Fajana*
**Morenike Fajana** (*pro hac vice*)
NAACP LDF, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 217-1690
mfajana@naacpldf.org

**COUNSEL FOR PLAINTIFFS**

*/s/ John D. Ohlendorf*
**John D. Ohlendorf**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20046
(202) 220-9617
johlendorf@cooperkirk.com

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ John D. Ohlendorf*
John D. Ohlendorf
