UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    *Plaintiffs*,

v.

BRIAN LAMB, et al.,

    *Defendants*.

    Case No.: 4:22-cv-304-MW-MAF

_____/

**JOINT MOTION TO FURTHER AMEND SCHEDULING AND MEDIATION ORDER**

Plaintiffs LEROY PERNELL, DANA THOMPSON DORSEY, SHARON AUSTIN, SHELLEY PARK, JENNIFER SANDOVAL, RUSSELL ALMOND, and MARVIN DUNN; and Defendants ASHLEY BELL BARNETT, TIMOTHY M. CERIO, AUBREY EDGE, PATRICIA FROST, EDWARD HADDOCK, JACK HITCHCOCK, KEN JONES, DARLENE LUCCIO JORDAN, BRIAN LAMB, ALAN LEVINE, CHARLES H. LYDECKER, CRAIG MATEER, JOSE OLIVA, AMANDA J. PHALIN, ERIC SILAGY, MANNY DIAZ JR., MORTEZA HOSSEINI, DAVID L. BRANDON, RICHARD P. COLE, CHRISTOPHER T. CORR, JAMES W. HEAVENER, DANIEL T. O'KEEFE, RAHUL PATEL, MARSHA D. POWERS, FRED S. RIDLEY, DANAYA C. WRIGHT, PATRICK

O. ZALUPSKI, ANITA G. ZUCKER, WILLIAM WEATHERFORD, MICHAEL E. GRIFFIN, SANDRA CALLAHAN, MICHAEL CARRERE, N. ROGAN DONELLY, OSCAR HORTON, JENIFER JASINSKI SCHNEIDER, LAURAN MONBARREN, SHILEN PATEL, FREDRICK PICCOLO, MELISSA SEIXAS, ROGELIO TOVAR, CARLOS A. DUART, CESAR L. ALVAREZ, NOËL C. BARENGO, DEAN C. COLSON, ALAN GONZALEZ, FRANCIS A. HONDAL, NATASHA LOWELL, YAFFA POPACK, T. GENE PRESCOTT, CHANEL T. ROWE, MARC D. SARNOFF, KRISTIN HARPER, DR. JAMAL A. BROWN, OTIS CLIATT, II, JOHN CROSSMAN, NATLIE G. FIGGERS, DEVBERON GIBBONS, CRAIG REED, KENWARD STONE, NICOLE WASHINGTON, MICHAEL WHITE, PETER COLLINS, MAXIMO ALVAREZ, KATHRYN BALLARD, BRIDGETT BIRMINGHAM, VIVIAN DE LAS CUEVAS-DIAZ, JORGE GONZALEZ, JIM W. HENDERSON, JUSTIN ROTH, DEBORAH SARGEANT, BOB SASSER, JOHN THIEL, DREW WEATHERFORD, ALEX MARTINS, HAROLD MILLS, TIFFANY ALTIZER, RICK CARDENAS, BILL CHRISTY, JEFF CONDELLO, JOSEPH CONTE, DANNY GAEKWAD, STEPHEN KING, CARYL MCALPIN, JOHN MIKLOS, and MICHAEL OKATY, jointly move this Court for entry of an order further amending the Court's Order Modifying Scheduling and Mediation Order (ECF No. 139) pursuant

to Federal Rule of Civil Procedure 16(b)(4).  As grounds for this Motion, the Parties state as follows:

WHEREAS, in the Parties' Joint Status Report on Discovery submitted on February 23, 2024 (ECF No. 149), the Parties disclosed that they have been working to schedule depositions of Defendants' Rule 30(b)(6) witnesses;

WHEREAS, the Parties are in the process of negotiating the scope of the Rule 30(b)(6) notices;

WHEREAS, the Defendants are engaged in identifying the witnesses and coordinating schedules;

WHEREAS, the parties are working through the logistics of scheduling the depositions of the Defendants' Rule 30(b)(6) witnesses;

WHEREAS, the parties have agreed that all Rule 30(b)(6) depositions should be completed by April 12, 2024;

NOW THEREFORE, the Parties jointly move the Court for entry of the Proposed Fourth Amended Scheduling and Mediation Order submitted with this Motion to Further Amend Scheduling and Mediation Order.

1.	The Proposed Fourth Amended Scheduling and Mediation Order reflects the Parties' request that the Court modify the below deadlines in this matter as follows:

| Proposed Deadline | Event | Previous Deadline |
|---|---|---|
| May 22, 2024 | Rule 26(a)(2) expert disclosures and reports<br><br>*Within 60 days before close of discovery* | May 1, 2024 |
| June 21, 2024 | Rebuttal expert disclosures and reports<br><br>*Within 30 days before close of discovery* | May 31, 2024 |

Dated: February 29, 2024        Respectfully submitted,

/s/ Jason Leckerman

Jason Leckerman (*pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
leckermanj@ballardspahr.com
(215) 864-8266

**COUNSEL FOR PLAINTIFFS**

/s/ John D. Ohlendorf

John D. Ohlendorf
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20046
johlendorf@cooperkirk.com
(202) 220-9617

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of February 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ John D. Ohlendorf

John D. Ohlendorf
