IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL, et al.,**

   *Plaintiffs*,

v.                                          Case No.: 4:22cv304-MW/MAF

**BRIAN LAMB, et al.,**

   *Defendants*.

_____/

## ORDER FOR EXPEDITED RESPONSE

Pending before this Court is Non-Party Copeland's Motion to Quash Rule 45 Subpoena. ECF No. 165. **On or before Friday, April 19, 2024,** Plaintiffs shall file an expedited response to the motion and explain why this Court should not grant the motion to quash outright pursuant to Rule 45(d)(3)(A)(ii) or for the other grounds stated in Mr. Copeland's motion.

     **SO ORDERED on April 16, 2024.**

                                                 s/Mark E. Walker
                                                 **Chief United States District Judge**