UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    *Plaintiffs*,

v.

BRIAN LAMB, et al.,

    *Defendants*.

Case No.: 4:22-cv-304-MW-MAF

**JOINT MOTION TO FURTHER AMEND SCHEDULING AND MEDIATION ORDER REGARDING EXPERT DISCOVERY DEADLINES**

Plaintiffs LEROY PERNELL, DANA THOMPSON DORSEY, SHARON AUSTIN, SHELLEY PARK, JENNIFER SANDOVAL, RUSSELL ALMOND, MARVIN DUNN; and Defendants ASHLEY BELL BARNETT, TIMOTHY M. CERIO, AUBREY EDGE, PATRICIA FROST, EDWARD HADDOCK, JACK HITCHCOCK, KEN JONES, DARLENE LUCCIO JORDAN, BRIAN LAMB, ALAN LEVINE, CHARLES H. LYDECKER, CRAIG MATEER, JOSE OLIVA, AMANDA J. PHALIN, ERIC SILAGY, MANNY DIAZ JR., MORTEZA HOSSEINI, DAVID L. BRANDON, RICHARD P. COLE, CHRISTOPHER T. CORR, JAMES W. HEAVENER, DANIEL T. O'KEEFE, RAHUL PATEL, MARSHA D. POWERS, FRED S. RIDLEY, DANAYA C. WRIGHT, PATRICK O. ZALUPSKI, ANITA G. ZUCKER, WILLIAM WEATHERFORD, MICHAEL

1

E. GRIFFIN, SANDRA CALLAHAN, MICHAEL CARRERE, N. ROGAN DONELLY, OSCAR HORTON, JENIFER JASINSKI SCHNEIDER, LAURAN MONBARREN, SHILEN PATEL, FREDRICK PICCOLO, MELISSA SEIXAS, ROGELIO TOVAR, CARLOS A. DUART, CESAR L. ALVAREZ, NOËL C. BARENGO, DEAN C. COLSON, ALAN GONZALEZ, FRANCIS A. HONDAL, NATASHA LOWELL, YAFFA POPACK, T. GENE PRESCOTT, CHANEL T. ROWE, MARC D. SARNOFF, KRISTIN HARPER, DR. JAMAL A. BROWN, OTIS CLIATT, II, JOHN CROSSMAN, NATLIE G. FIGGERS, DEVBERON GIBBONS, KELVIN LAWSON, BELVIN PERRY, JR., CRAIG REED, KENWARD STONE, NICOLE WASHINGTON, MICHAEL WHITE, PETER COLLINS, MAXIMO ALVAREZ, KATHRYN BALLARD, BRIDGETT BIRMINGHAM, VIVIAN DE LAS CUEVAS-DIAZ, JORGE GONZALEZ, JIM W. HENDERSON, JUSTIN ROTH, DEBORAH SARGEANT, BOB SASSER, JOHN THIEL, DREW WEATHERFORD, ALEX MARTINS, HAROLD MILLS, TIFFANY ALTIZER, RICK CARDENAS, BILL CHRISTY, JEFF CONDELLO, JOSEPH CONTE, DANNY GAEKWAD, STEPHEN KING, CARYL MCALPIN, JOHN MIKLOS, and MICHAEL OKATY, (the "Parties") jointly move this Court for entry of an order further amending the Court's Order Modifying Scheduling and Mediation Order (ECF No. 151) pursuant to FEDERAL RULE OF CIVIL PROCEDURE 16(b)(4). As grounds for this Motion, the Parties state as follows:

2

1. On October 12, 2022, the Court entered its Scheduling and Mediation Order. (ECF No. 58.)

2. Most relevant here, on February 29, 2024, the Parties filed an additional Joint Motion to Further Amend Scheduling and Mediation Order (the "Second Joint Motion") to, *inter alia*, extend Rule 26(a)(2) expert disclosures from May 1, 2024 to May 22, 2024 and rebuttal expert disclosures and reports from May 31, 2024 to June 21, 2024. (ECF No. 150.)

3. The Court granted the Second Joint Motion on the same day, thereby extending expert disclosures to May 22, 2024 and rebuttal expert disclosures and reports to June 21, 2024. (ECF No. 151.)

4. Despite diligent efforts to timely produce all documents responsive to Plaintiffs' discovery requests, Defendants require additional time to produce documents identified in written correspondence sent by Plaintiffs' counsel, which contains information that Plaintiffs' experts will rely upon to formulate their expert opinions.

5. The Parties have conferred and agreed that extending the current deadlines of May 22, 2024 and June 21, 2024 to August 15, 2024 and September 12, 2024 respectfully will allow sufficient time for Defendants to produce the

outstanding documents and Plaintiffs' experts to incorporate the contents of the same into their expert reports.

6. The Parties further agree that any depositions of experts will be completed by Friday, October 11, 2024.

7. This request is not for the purposes of delay and does not alter the relief requested in the Parties' Motion to Amend Scheduling and Mediation Order filed on May 15, 2024 (ECF No. 179).

**WHEREFORE**, the Parties respectfully request the Court enter an Order granting the Parties' Joint Motion to Further Amend Scheduling and Mediation Order Regarding Expert Discovery Deadlines and extend the deadline for expert disclosures and reports to August 15, 2024 and rebuttal expert disclosures and reports to September 12, 2024, and any expert depositions shall be completed by October 11, 2024, as set forth in the Proposed Order filed concurrently herewith.

Dated: May 20, 2024                                     Respectfully submitted,

                                                        /s/ Emmy Parsons
                                                        Emmy Parsons (admitted *pro hac vice*)
                                                        BALLARD SPAHR LLP
                                                        1909 K Street, NW
                                                        12th Floor
                                                        Washington, D.C. 20006-1157
                                                        (202) 661-2200
                                                        parsonse@ballardspahr.com

                                                        *COUNSEL FOR PLAINTIFFS*

4