UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

     Plaintiffs,

v.

                             Case No.: 4:22-cv-304-MW-MAF

BRIAN LAMB, et al.,

     Defendants.

_____/

## STIPULATION OF DISMISSAL OF PLAINTIFF MARVIN DUNN AND BOARD OF TRUSTEES FOR FLORIDA INTERNATIONAL UNIVERSITY

     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties in this case stipulate to the voluntary dismissal of Plaintiff Marvin Dunn and his claims against Rogelio Tovar, Carlos A. Duart, Cesar L. Alvarez, Noël C. Barengo, Dean C. Colson, Alan Gonzalez, Francis A. Hondal, Natasha Lowell, Yaffa Popack, T. Gene Prescott, Chanel T. Rowe, Marc D. Sarnoff, each in their official capacity as a member of the Florida International University Board of Trustees with prejudice.

     [continued on following page]

Mr. Dunn and the Florida International University Board of Trustees agree to pay their own costs and attorneys' fees.

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA, INC.**

*/s/ Jerry Edwards*
Jerry Edwards
Fla. Bar No. 1003437
933 Lee Road, Suite 102
Orlando, FL 32810
(786) 363-1107
jedwards@aclufl.org

**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**

*/s/ Morenike Fajana*
Morenike Fajana*
40 Rector Street, 5th Floor
New York, NY 10006
(212) 217-1690
mfajana@naacpldf.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

*/s/ Leah Watson*
Leah Watson*
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
lwatson@aclu.org

**BALLARD SPAHR LLP**

*/s/ Jason Leckerman*
Jason Leckerman*
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 864-8266
leckermanj@ballardspahr.com

†Mailing address *only*
*Admitted *pro hac vice*

*Counsel for Plaintiffs*

**COOPER & KIRK PLLC**

*/s/ Charles J. Cooper*
Charles J. Cooper (Bar No. 248070DC)
John D. Ohlendorf (Pro Hac Vice)
Megan M. Wold (Pro Hac Vice) John D.
Ramer (Pro Hac Vice) COOPER &
KIRK, PLLC 1523 New Hampshire
Avenue, N.W. Washington, D.C. 20036

Telephone: (202) 220-9600 Facsimile:
(202) 220-9601
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

Counsel for:

Defendants Brian Lamb, *et al,* in their
official capacities as members of the
Florida Board of Governors of the State
University System

Manny Diaz Jr., in his official capacity
as the Commissioner of the Florida
Board of Education

Morteza Hosseini, *et al*, in their official
capacities as members of the University
of Florida Board of Trustees

William Weatherford, *et al*, in their
official capacities as members of the
University of South Florida Board of
Trustees

Kevin Lawson, *et al*, in their official
capacities as members of Florida A&M
Board of Trustees

Peter Collins, *et al*, in their official
capacities as members of the Florida
State University Board of Trustees

Alex Martins, *et al*, in their official
capacities as members of the University
of Central Florida Board of Trustees

*Counsel for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

_/s/ Morenike Fajana_
Morenike Fajana