IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL, et al.,**

   *Plaintiffs*,

v.                                         Case No.: 4:22cv304-MW/MAF

**BRIAN LAMB, et al.,**

   *Defendants*.

_____/

**ORDER ACKNOWLEDGING THE PARTIES' JOINT STIPULATION OF DISMISSAL OF PLAINTIFF MARVIN DUNN'S CLAIMS**

The parties filed a joint stipulation of dismissal with prejudice as to Plaintiff Marvin's Dunn's claims. ECF No. 189. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, Plaintiff Marvin Dunn's claims are **DISMISSED with prejudice**. The rest of this case remains active.

   **SO ORDERED on June 7, 2024.**

                                            s/Mark E. Walker
                                            **Chief United States District Judge**