UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

   *Plaintiffs*,

v.

BRIAN LAMB, et al.,

   *Defendants*.

Case No.: 4:22-cv-304-MW-MAF

**JOINT MOTION TO FURTHER AMEND SCHEDULING AND MEDIATION ORDER REGARDING EXPERT DISCOVERY DEADLINES**

Plaintiffs LEROY PERNELL, DANA THOMPSON DORSEY, SHARON AUSTIN, SHELLEY PARK, JENNIFER SANDOVAL and RUSSELL ALMOND; and Defendants ASHLEY BELL BARNETT, TIMOTHY M. CERIO, AUBREY EDGE, PATRICIA FROST, EDWARD HADDOCK, JACK HITCHCOCK, KEN JONES, DARLENE LUCCIO JORDAN, BRIAN LAMB, ALAN LEVINE, CHARLES H. LYDECKER, CRAIG MATEER, JOSE OLIVA, AMANDA J. PHALIN, ERIC SILAGY, MANNY DIAZ JR., MORTEZA HOSSEINI, DAVID L. BRANDON, RICHARD P. COLE, CHRISTOPHER T. CORR, JAMES W. HEAVENER, DANIEL T. O'KEEFE, RAHUL PATEL, MARSHA D. POWERS, FRED S. RIDLEY, DANAYA C. WRIGHT, PATRICK O. ZALUPSKI, ANITA G. ZUCKER, WILLIAM WEATHERFORD, MICHAEL

E. GRIFFIN, SANDRA CALLAHAN, MICHAEL CARRERE, N. ROGAN DONELLY, OSCAR HORTON, JENIFER JASINSKI SCHNEIDER, LAURAN MONBARREN, SHILEN PATEL, FREDRICK PICCOLO, MELISSA SEIXAS, KRISTIN HARPER, DR. JAMAL A. BROWN, OTIS CLIATT, II, JOHN CROSSMAN, NATLIE G. FIGGERS, DEVBERON GIBBONS, KELVIN LAWSON, BELVIN PERRY, JR., CRAIG REED, KENWARD STONE, NICOLE WASHINGTON, MICHAEL WHITE, PETER COLLINS, MAXIMO ALVAREZ, KATHRYN BALLARD, BRIDGETT BIRMINGHAM, VIVIAN DE LAS CUEVAS-DIAZ, JORGE GONZALEZ, JIM W. HENDERSON, JUSTIN ROTH, DEBORAH SARGEANT, BOB SASSER, JOHN THIEL, DREW WEATHERFORD, ALEX MARTINS, HAROLD MILLS, TIFFANY ALTIZER, RICK CARDENAS, BILL CHRISTY, JEFF CONDELLO, JOSEPH CONTE, DANNY GAEKWAD, STEPHEN KING, CARYL MCALPIN, JOHN MIKLOS, and MICHAEL OKATY, (the "Parties") jointly move this Court for entry of an Order further amending the Court's Order Modifying Scheduling and Mediation Order (ECF No. 182) pursuant to FEDERAL RULE OF CIVIL PROCEDURE 16(b)(4). As grounds for this Motion, the Parties state as follows:

1. On May 15, 2024, the Parties filed a joint Motion to Further Amend the Court's Scheduling and Mediation Order that was originally entered on October 12, 2022. (ECF No. 179.)

2. Specifically, that motion sought a stay of mediation, summary judgment briefing, and trial in light of the United States Court of Appeals for the Eleventh Circuit ("Eleventh Circuit")'s forthcoming decision regarding Defendants' appeal of the preliminary injunction order issued by this court on November 17, 2022. *See id.* at 3-4. That motion further required the Parties to confer and file an Amended Scheduling Order within thirty (30) days of the remand of the appeal from the Eleventh Circuit to this Court. *See id.*

3. On May 16, 2024, this Court granted the Parties' motion. (ECF No. 180).

4. On May 20, 2024, the parties filed another joint Motion to Further Amend Scheduling and Mediation Order to, *inter alia*, extend the deadlines to file Rule 26(a)(2) expert disclosures and reports, rebuttal expert disclosures and reports, and to take expert depositions. (ECF No. 181).

5. This Court granted the motion the same day and ordered all expert discovery to be completed by October 11, 2024. (ECF No. 182).

6. Following the entry of this Order, the Parties have worked diligently and collaboratively to complete expert discovery within this timeframe. However, the parties continue to work in good faith to identify and provide information bearing on documents that Plaintiffs anticipated experts plan to rely upon.

7. In an effort to obviate the need to seek further piecemeal extensions of the expert discovery deadline from the Court, and in light of the Court's staying the rest of summary judgment, mediation, and trial, the Parties respectfully request the Court to amend its Scheduling Order as follows:

   a. Stay the current deadlines for the service of expert reports, rebuttal reports, expert depositions, and all other expert disclosures. (ECF No. 182).

   b. Order the Parties to file and serve Rule 26 (a)(2) expert disclosures and reports within seven (7) days after an Amended Scheduling Order is entered pursuant to ECF Nos 179 and 180, or within thirty-seven (37) days after this case is remanded from the Eleventh Circuit.

   c. Order the Parties to file and serve rebuttal expert disclosures and reports ninety (90) days following the service of expert disclosures and reports.

   d. Order the Parties to complete all expert depositions within forty-five (45) days following the service of rebuttal expert disclosures and reports.

**WHEREFORE**, the Parties respectfully request the Court amend its Amended Scheduling and Mediation Order as set forth in the Proposed Order submitted together with this motion.

Dated: August 15, 2024

Respectfully submitted,

*/s/ Morenike Fajana*
**Morenike Fajana** (*pro hac vice*)
NAACP LDF, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 217-1690
mfajana@naacpldf.org

**COUNSEL FOR PLAINTIFFS**