UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    Plaintiffs,

v.                                                      Case No.: 4:22-cv-304-MW-MAF

BRIAN LAMB, et al.,

    Defendants.

_____/

## STIPULATION OF DISMISSAL OF PLAINTIFF DANA THOMPSON DORSEY AND BOARD OF TRUSTEES FOR THE UNIVERSITY OF SOUTH FLORIDA

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties in this case stipulate to the voluntary dismissal of Plaintiff Dana Thompson Dorsey and her claims against William Weatherford, Michael E. Griffin, Sandra Callahan, Michael Carrere, N. Rogan Donnelly, Oscar Horton, Jenifer Jasinski Schneider, Lauran Monbarren, Cesar Esmeraldi, Shilen Patel, Fredrick Piccolo, and Melissa Seixas, each in their official capacity as a member of the University of South Florida Board of Trustees with prejudice.

[continued on following page]

Ms. Thompson Dorsey and the University of South Florida Board of Trustees agree to pay their own costs and attorneys' fees.

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA, INC.** | **AMERICAN CIVIL LIBERTIES UNION FOUNDATION** |
| */s/ Jerry Edwards* <br> Jerry Edwards <br> Fla. Bar No. 1003437 <br> 933 Lee Road, Suite 102 <br> Orlando, FL 32810 <br> (786) 363-1107 <br> jedwards@aclufl.org | */s/ Leah Watson* <br> Leah Watson* <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> (212) 549-2500 <br> lwatson@aclu.org |
| **NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.** | **BALLARD SPAHR LLP** |
| */s/ Morenike Fajana* <br> Morenike Fajana* <br> 40 Rector Street, 5th Floor <br> New York, NY 10006 <br> (212) 217-1690 <br> mfajana@naacpldf.org | */s/ Jason Leckerman* <br> Jason Leckerman* <br> 1735 Market Street, 51st Floor <br> Philadelphia, PA 19103-7599 <br> (215) 864-8266 <br> leckermanj@ballardspahr.com |
| *Counsel for Plaintiffs* | †Mailing address *only* <br> *Admitted *pro hac vice* |

**COOPER & KIRK PLLC**

*/s/ Charles J. Cooper*
Charles J. Cooper (Bar No. 248070DC)
John D. Ohlendorf (Pro Hac Vice)
Megan M. Wold (Pro Hac Vice)
John D. Ramer (Pro Hac Vice)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600

Facsimile: (202) 220-9601
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

Counsel for:

Defendants Brian Lamb, *et al.,* in their official capacities as members of the Florida Board of Governors of the State University System

Manny Diaz Jr., in his official capacity as the Commissioner of the Florida Board of Education

Morteza Hosseini, *et al.*, in their official capacities as members of the University of Florida Board of Trustees

William Weatherford, *et al.*, in their official capacities as members of the University of South Florida Board of Trustees

Kevin Lawson, *et al.*, in their official capacities as members of Florida A&M Board of Trustees

Peter Collins, *et al.*, in their official capacities as members of the Florida State University Board of Trustees

Alex Martins, *et al.*, in their official capacities as members of the University of Central Florida Board of Trustees

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Leah Watson*
Leah Watson
