**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**LEROY PERNELL, et al.,**

***Plaintiffs*,**

**v.** **Case No.: 4:22cv304-MW/MAF**

**BRIAN LAMB, et al.,**

***Defendants*.**
**____________________________/**

**ORDER ACKNOWLEDGING THE PARTIES' JOINT STIPULATION OF DISMISSAL OF PLAINTIFF DANA THOMPSON'S CLAIMS**

The parties filed a joint stipulation of dismissal with prejudice as to Plaintiff Dana Thompson's claims. ECF No. 193. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, Plaintiff Dana Thompson's claims are **DISMISSED with prejudice**. The rest of this case remains active.[1]

**SO ORDERED on January 27, 2025.**

**s/Mark E. Walker**
**Chief United States District Judge**

[1] This Court recognizes that a stipulation of dismissal was also filed at the Eleventh Circuit Court of Appeals. This Order is entered assuming the Eleventh Circuit grants the pending stipulation of dismissal. In the event the Eleventh Circuit does not permit Ms. Thompson to voluntarily dismiss her claims, this Court will vacate this Order.