# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13992

_____

LEROY PERNELL,
DANA THOMPSON DORSEY,
SHARON WRIGHT AUSTIN,
SHELLEY PARK,
JENNIFER SANDOVAL, et al.,

                                                     Plaintiffs-Appellees,

*versus*

FLORIDA BOARD OF GOVERNORS
OF THE STATE UNIVERSITY, et al.,

                                                     Defendants,

BRIAN LAMB,
ERIC SILAGY,
TIMOTHY CERIO,
RICHARD CORCORAN,
AUBREY EDGE, et al.,

                                                     Defendants-Appellants.

2            Order of the Court            22-13992

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00304-MW-MAF

_____

_____

No. 22-13994

_____

ADRIANA NOVOA,
SAMUEL RECHEK,
FIRST AMENDMENT FORUM AT
UNIVERSITY OF SOUTH FLORIDA,

                                                                      Plaintiffs-Appellees,

*versus*

COMMISSIONER OF THE FLORIDA STATE
BOARD OF EDUCATION,
TIMOTHY M. CERIO,
RICHARD CORCORAN,
AUBREY EDGE,
PATRICIA FROST, et al.,

                                                                      Defendants-Appellants.

22-13992                      Order of the Court                      3

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00324-MW-MAF

_____

ORDER:

The joint stipulation of dismissal of plaintiff-appellee Dana Thompson Dorsey is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 31, 2025

Leah Watson
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Appeal Number: 22-13992-JJ  ; 22-13994 -JJ
Case Style: LeRoy Pernell, et al v. Commissioner of the FL State Board of Education, et al
District Court Docket No: 4:22-cv-00304-MW-MAF

The enclosed copy of this Court's Order of Dismissal pursuant to **plaintiff-appellee Dana Thompson Dorsey only** is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter