IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL, et al.,**

    *Plaintiffs*,

v.                                    Case No.: 4:22cv304-MW/MAF

**BRIAN LAMB, et al.,**

    *Defendants*.

_____/

**ORDER DIRECTING CLERK TO
ADMINISTRATIVELY CLOSE FILE PENDING APPEAL**

This Court previously stayed all deadlines for mediation, summary judgment, and trial pending remand from the Eleventh Circuit. ECF No. 180. Inasmuch as this case remains pending on appeal, the Clerk is directed to administratively close the file to be reopened once this case is remanded from the Eleventh Circuit.

**SO ORDERED on July 14, 2025.**

                                                     s/Mark E. Walker
                                                     **United States District Judge**