IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY PERNELL, et al.,

    Plaintiffs,

v.                                                        Case No. 4:22-cv-304-MW/MAF

FLORIDA BOARD OF GOVERNORS
OF THE STATE UNIVERSITY
SYSTEM, et al.,

    Defendants,

_____/

### MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR NON-PARTY, JAMES R. COPLAND

The undersigned counsel from Shutts & Bowen LLP hereby moves for leave to withdraw as counsel for Non-Party, James R. Copland. James R. Copland has consented to the relief requested in this motion, which is supported by good cause in that undersigned counsel no longer works for Gray Robinson, P.A. James R. Copland will continue to be represented by the attorneys from Gray Robinson in this action. James R. Copland may be contacted at the address of their remaining counsel of record. No party will be prejudiced by the relief requested in this motion.

WHEREFORE, the undersigned counsel respectfully requests that the Court enter an Order approving the withdrawal of Thomasina F. Moore and relieving her of all further responsibility in this action.

Respectfully submitted this 6th day of August, 2025.

/s/ *Thomasina Moore*
**THOMASINA MOORE**
Florida Bar No.: 57990
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Ste 804
Tallahassee, Florida 32301
(850) 241-1717
Email: tmoore@shutts.com
Secondary: chill@shutts.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic mail via the Florida Federal CMECF electronic system's transmission of the Notice of Electronic Filing to all counsel of record, on this 6th day of August 2025.

/s/ *Thomasina Moore*
**Thomasina Moore**