IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY PERNELL, et al.,**

    *Plaintiffs*,

v.                                                 Case No.: **4:22cv304-MW/MAF**

**BRIAN LAMB, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

This Court has considered, without hearing, Thomasina Moore's motion for withdrawal as counsel for James R. Copland. ECF No. 200. Mr. Copland has consented to the withdrawal and continues to be represented by counsel. Accordingly, the motion, ECF No. 200, is **GRANTED**. The Clerk shall disconnect Ms. Moore from CM/ECF in this matter and terminate the motion.

**SO ORDERED on August 6, 2025.**

                                                              s/Mark E. Walker_____
                                                              **United States District Judge**